**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF IOWA

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ryan's Electrical Services, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-3071904** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **2917 Falls Ave.**  **Waterloo, IA 50701**  Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Black Hawk**  County | **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

| Debtor | **Ryan's Electrical Services, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

　　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Ryan's Electrical Services, LLC** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Ryan's Electrical Services, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 25, 2020**
MM / DD / YYYY

**X /s/ Ryan J. Etten**                              **Ryan J. Etten**
Signature of authorized representative of debtor      Printed name

Title **Member**

**18. Signature of attorney**

**X /s/ Kevin D. Ahrenholz**                         Date **March 25, 2020**
Signature of attorney for debtor                      MM / DD / YYYY

**Kevin D. Ahrenholz AT0000438**
Printed name

**Beecher, Field, Walker, Morris, Hoffman & Johnson**
Firm name

**620 Lafayette St., Suite 300**
**PO Box 178**
**Waterloo, IA 50704-0178**
Number, Street, City, State & ZIP Code

Contact phone **319-234-1766**      Email address **ahrenholz@beecherlaw.com**

**AT0000438 IA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Ryan's Electrical Services, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF IOWA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| ABC Electrical Services<br>5299 NE 15th St.<br>Des Moines, IA 50313 | | Vendor | | | | $11,605.33 |
| American Express<br>PO Box 360001<br>Fort Lauderdale, FL 33336 | | credit card account | | | | $49,658.00 |
| Casey's Business Mastercard<br>PO Box 70995<br>Charlotte, NC 28272-0995 | | Vendor | | | | $13,860.00 |
| Community State Bank<br>817 N Ankeny Blvd.<br>Ankeny, IA 50023-1768 | | credit account / line of credit | | | | $45,773.00 |
| Crescent Electric Supply Company<br>P.O. Box 500<br>East Dubuque, IL 61025-4420 | | Vendor | | | | $13,337.00 |
| Duke Aeriel Equipment, Inc.<br>65037 Boston Rd.<br>Atlantic, IA 50022 | | Vendor | | | | $3,375.00 |
| Echo Group, Inc.<br>P.O. Box 336<br>Council Bluffs, IA 51502 | | Vendor | | | | $518,569.00 |
| Electrical Engineering & Equipment Co.<br>P.O. Box 310365<br>Des Moines, IA 50331-0365 | | Vendor | | | | $81,675.93 |

| Debtor | Ryan's Electrical Services, LLC | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Graybar**  **12437 Collections Center Dr.**  **Chicago, IL 60693-2437** | | **Vendor** | | | | $8,522.00 |
| **Home Depot Credit Services**  **2455 Paces Ferry Rd SE, #B #3**  **Atlanta, GA 30339-1834** | | **credit card account** | | | | $13,733.73 |
| **Internal Revenue Service**  **Centralized Insolvency Operation**  **P.O. Box 7346**  **Philadelphia, PA 19101-7346** | | **Taxes** | **Contingent**  **Unliquidated**  **Disputed** | | | $500,000.00 |
| **Iowa Base Inc**  **1616 270th St.**  **Nashua, IA 50658** | | **Vendor** | | | | $4,328.00 |
| **Iowa Department of Revenue**  **Attn: Bankruptcy Unit**  **P.O. Box 10471**  **Des Moines, IA 50306** | | **Taxes** | | | | $9,915.26 |
| **Johnson Controls Fire Protection**  **LP DEPT CH 10320**  **Palatine, IL 60055-0320** | | **Vendor** | | | | $7,998.00 |
| **Johnson Controls Inc**  **PO Box 730068**  **Dallas, TX 75373** | | **Vendor** | | | | $6,018.00 |
| **Midwest Alarm Services**  **PO Box 4511**  **Davenport, IA 52805** | | **Vendor** | | | | $20,296.49 |
| **Moser Property Maintenance**  **4528 Kimball Ave.**  **Waterloo, IA 50701** | | **Vendor** | | | | $37,921.75 |
| **Per Mar Security Services**  **720 E. 2nd St.**  **Des Moines, IA 50309** | | **Vendor** | | | | $5,351.00 |

| Debtor | Ryan's Electrical Services, LLC | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SCI Communications, Inc.**<br>**2001 E. Army Post Road**<br>**Des Moines, IA 50320** | | **Vendor** | | | | **$11,813.02** |
| **US Bank N.A.**<br>**Bankruptcy Dept**<br>**P.O. Box 5229**<br>**Cincinnati, OH 45201-5229** | | **credit card account** | | | | **$34,112.93** |

# United States Bankruptcy Court
## Northern District of Iowa

In re  **Ryan's Electrical Services, LLC**  Case No.  
Debtor(s)  Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ryan J. Etten<br>5041 Southfork Lane<br>Waterloo, IA 50701 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 25, 2020**  Signature  **/s/ Ryan J. Etten**  
**Ryan J. Etten**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

United States Trustee
111 7th Avenue SE, Box 17
Cedar Rapids, IA 52401-2101


Iowa Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 10471
Des Moines, IA 50306


A-TEC Recycling, Inc.
PO Box 57580
Des Moines, IA 50317


ABC Electrical Services
5299 NE 15th St.
Des Moines, IA 50313


Ally Financial, Inc.
PO Box 380903
Minneapolis, MN 55438-0903


American Express
PO Box 360001
Fort Lauderdale, FL 33336


Casey's Business Mastercard
PO Box 70995
Charlotte, NC 28272-0995


Community State Bank
817 N Ankeny Blvd.
Ankeny, IA 50023-1768


Crescent Electric Supply Company
P.O. Box 500
East Dubuque, IL 61025-4420

Duke Aeriel Equipment, Inc.
65037 Boston Rd.
Atlantic, IA 50022


Echo Group, Inc.
P.O. Box 336
Council Bluffs, IA 51502


Electrical Engineering & Equipment Co.
P.O. Box 310365
Des Moines, IA 50331-0365


GM Financial
PO Box 78143
Phoenix, AZ 85062-8143


Graybar
12437 Collections Center Dr.
Chicago, IL 60693-2437


Home Depot Credit Services
2455 Paces Ferry Rd SE, #B #3
Atlanta, GA 30339-1834


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Iowa Base Inc
1616 270th St.
Nashua, IA 50658


Johnson Controls Fire Protection
LP DEPT CH 10320
Palatine, IL 60055-0320

Johnson Controls Inc
PO Box 730068
Dallas, TX 75373


Midwest Alarm Services
PO Box 4511
Davenport, IA 52805


Moser Property Maintenance
4528 Kimball Ave.
Waterloo, IA 50701


P&E Engineering Company
245 S. 5th St.
PO Box 620
Carlisle, IA 50047


Per Mar Security Services
720 E. 2nd St.
Des Moines, IA 50309


SCI Communications, Inc.
2001 E. Army Post Road
Des Moines, IA 50320


US Bank N.A.
Bankruptcy Dept
P.O. Box 5229
Cincinnati, OH 45201-5229

# United States Bankruptcy Court
## Northern District of Iowa

In re **Ryan's Electrical Services, LLC**     Case No.  
Debtor(s)     Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Ryan's Electrical Services, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 25, 2020**     **/s/ Kevin D. Ahrenholz**  
Date     **Kevin D. Ahrenholz AT0000438**  
    Signature of Attorney or Litigant  
    Counsel for **Ryan's Electrical Services, LLC**  
    **Beecher, Field, Walker, Morris, Hoffman & Johnson**  
    **620 Lafayette St., Suite 300**  
    **PO Box 178**  
    **Waterloo, IA 50704-0178**  
    **319-234-1766 Fax:319-234-1225**  
    **ahrenholz@beecherlaw.com**