# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 11<br>Bankruptcy No. |
| Ryan's Electrical Services, LLC | 20–00411 |
| Debtor(s) | |

## SERVICE LIST

Parties Served:

20–00411 Notice will be electronically mailed to:

Kevin D. Ahrenholz on behalf of Debtor Ryan's Electrical Services, LLC
ahrenholz@beecherlaw.com, cpetersen@beecherlaw.com;ahrenholzkr88637@notify.bestcase.com

Thomas H. Burke on behalf of Creditor Community State Bank
burke@whitfieldlaw.com

Peter Chalik on behalf of Creditor Community State Bank
chalik@whitfieldlaw.com, norris@whitfieldlaw.com

Douglas Dean Flugum
dflugum@bugeyeventures.com

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov

L Ashley Zubal on behalf of U.S. Trustee United States Trustee
Ashley.zubal@usdoj.gov

20–00411 Notice will be mailed to:

Ryan's Electrical Services, LLC
2917 Falls Ave.
Waterloo, IA 50701

entered on 3/26/20 nbec