# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: | CHAPTER 11<br>Bankruptcy No. |
| Ryan's Electrical Services, LLC | 20–00411 |
| Debtor(s) | |

## NOTICE AND ORDER RE: INCOMPLETE FILING
## Attorney for Debtor/Bankruptcy Petition Preparer

NOTICE IS HEREBY GIVEN that on March 25, 2020, a pleading was filed in the above referenced case containing the following deficiency:

- ☑ Form B2030 Attorney's Disclosure of Compensation with Petition or not completed properly;
- ☐ Form B119 Bankruptcy Petition Preparer's Notice, Declaration and Signature (Form B119 must be filed with any documents prepared)
- ☐ Form B2800 Disclosure of Compensation for Bankruptcy Petition Preparer not filed with the petition.

THEREFORE, IT IS HEREBY ORDERED that the Attorney for Debtor or Bankruptcy Petition Preparer must cure the deficient filing as described in the above Notice, no later than 14 days from the filing date of the Petition. If the Attorney or Bankruptcy Petition Preparer fails to timely cure said deficiency, court will set the matter for hearing and consider the imposition of sanctions.

ORDERED March 26, 2020

Thad J. Collins
Bankruptcy Judge