United States Bankruptcy Court
Northern District of Iowa

In re   Ryan's Electrical Services, LLC          Case No.    20-00411
              Debtor(s)                          Chapter         11

## STATEMENT PURSUANT TO 11 U.S.C. 1116(1)(B)

I, Ryan Etten, state under oath and penalty of perjury that no statement of operations has been prepared.

Date   March 30, 2020           Signature   _____
                                            Ryan Etten for
                                            Ryan's Electrical Services, LLC
                                            Debtor