UNITED STATES BANKRUPTCY COURT
NOTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>**RYAN'S ELECTRICAL SERVICES, LLC.,**<br><br>  Debtors. | Case No. 20-00411<br><br>Chapter 11<br><br>**MOTION TO EXTEND DEADLINE TO FILE SCHEDULES, STATEMENTS, & OTHER DOCUMENTS** |

  COMES NOW, the Debtor, and in support of its Motion to Extend Deadline to file Schedules, Statements, and other documents as required by the United States Trustee, this Court, and as identified in Federal Rule of Bankruptcy Procedure 1007, avers as follows:

1. The Debtor filed a Petition herein under Chapter 11 of the Bankruptcy Code on or about March 25, 2020, in the Northern District of Iowa.
2. Debtor had to change counsel, and the undersigned entered an appearance and application to employ on April 7, 2020.
3. Debtor participated in its Initial Debtor Interview on April 7, 2020.
4. Since seeking out the undersigned, Debtor has expeditiously conferred with counsel on draft schedules, and additional information has been requested of Debtor to most accurately report information.
5. The deadline for filing the schedules, statements, and other documents is April 8, 2020. Under FRBP 1007(c), this Court has discretion to extend this time period.
6. This is the first request for an extension of time. This request for enlargement is brought within the period originally prescribed pursuant to Fed R. Bankr Pro 9006(b).
7. Given the change in counsel, good cause exists for a brief extension, through and including April 13, in which to file Schedules, Statements, and other documents as required by the United States Trustee, this Court, and as identified in Federal Rule of Bankruptcy Procedure 1007.

WHEREFORE, Debtor requests this Court extend the deadline for filing its Bankruptcy Schedules, Statements, and other documents as required by the United States Trustee, this Court, and the Bankruptcy Code and Rules, to and including April 13, 2020; and for any further relief this Court deem just and equitable.

                RESPECTFULLY SUBMITTED,

                */s/ Robert C. Gainer*
                Robert C. Gainer  AT0000305
                CUTLER LAW FIRM, P.C.
                1307 50th Street
                West Des Moines, IA 50266

Tel: 515-223-6600  
Fax: 515-223-6787  
Email: rgainer@cutlerfirm.com  
ATTORNEY FOR DEBTOR

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 8, 2020, the foregoing instrument was filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all registered users party to this case.

_____*/s/ Stephanie Newton*_____