# UNITED STATES BANKRUPTCY COURT
# NOTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Case No. 20-00411 |
| | Chapter 11 |
| **RYAN'S ELECTRICAL SERVICES, LLC.,** | |
| Debtors. | **ORDER ON MOTION TO EXTEND DEADLINE** |

THE COURT, having reviewed this matter, and good cause existing for the requested extension, hereby orders that Debtor shall have through and including April 13, 2020, in which to file Schedules, Statements, and other documents as required by the United States Trustee, this Court, and as identified in Federal Rule of Bankruptcy Procedure 1007.

IT IS SO ORDERED.

Dated and Entered: April 9, 2020

_____
THAD COLLINS, BANKRUPTCY JUDGE