# Ryan's Electrical Services, LLC
## Balance Sheet
### As of April 1, 2020

|  | Apr 1, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **1st Security Bank Checking** | 1,533.79 |
| **Community State Bank** | 3,035.56 |
| **US Bank Checking** | 61,302.72 |
| **zClearing Account** | -0.01 |
| **Total Checking/Savings** | 65,872.06 |
| **Accounts Receivable** | |
| **Accounts Receivable** | 498,586.37 |
| **Allowance for Doubtful Accts** | -10,000.00 |
| **Total Accounts Receivable** | 488,586.37 |
| **Other Current Assets** | |
| **Deposits Receivable** | 70.00 |
| **Employee Receivable** | -154.13 |
| **Inventory** | 281,473.10 |
| **Inventory Asset** | 3.08 |
| **Other Receivable** | -471.74 |
| **Prepaid Expenses** | 8,400.00 |
| **Retention Receivable** | 41,873.60 |
| **Under Billings** | -85,523.11 |
| **Total Other Current Assets** | 245,670.80 |
| **Total Current Assets** | 800,129.23 |
| **Fixed Assets** | |
| **Furniture and Equipment** | 108,040.38 |
| **Leasehold Improvements** | 16,000.00 |
| **Vehicles** | 760,417.58 |
| **Accumulated Depreciation** | -465,716.63 |
| **Total Fixed Assets** | 418,741.33 |
| **Other Assets** | |
| **Clearing Acct** | -71.81 |
| **Loan to Shareholder** | 143,106.67 |
| **Security Deposits** | 3,750.00 |
| **Total Other Assets** | 146,784.86 |
| **TOTAL ASSETS** | **1,365,655.42** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **Accounts Payable** | 377,269.29 |
| **Total Accounts Payable** | 377,269.29 |
| **Credit Cards** | |
| **BlueVine** | 109,170.90 |
| **Amer Express Credit Card- 11009** | 49,658.82 |
| **Community State Bank CreditCard** | 45,773.52 |
| **Home Depot Credit Card - 8693** | 13,760.58 |
| **US Bank Credit Card - 4128 RE** | 35,509.22 |
| **Total Credit Cards** | 253,873.04 |
| **Other Current Liabilities** | |
| **\*Direct Deposit Liabilities** | 245.31 |
| **401(k) Payable** | 52,959.68 |
| **Accrued Interest Payable** | 3,475.00 |
| **Accrued Payroll Taxes** | 122.00 |
| **Accrued Vacation** | 45,438.19 |

# Ryan's Electrical Services, LLC
## Balance Sheet
### As of April 1, 2020

|  | Apr 1, 20 |
|---|---|
| **Customer Deposits Received** | 79.50 |
| **Direct Deposit Liabilities** | -51,663.06 |
| **Insurance Payable** |  |
| **Dental Insurance Payable** | -2,018.16 |
| **Health Insurance Payable** | -16,504.51 |
| **Life Insurance Payable** | -80.59 |
| **Long Term Disability** | 388.18 |
| **Short Term Disability** | -391.79 |
| **Vision Insurance** | -978.62 |
| **Total Insurance Payable** | -19,585.49 |
| **Payroll Liabilities** | 388,606.11 |
| **Sales Tax Payable** | 10,053.87 |
| **Total Other Current Liabilities** | 429,731.11 |
| **Total Current Liabilities** | 1,060,873.44 |
| **Long Term Liabilities** |  |
| **Ally - 7551 Silverado** | 25,871.90 |
| **Ally - 5762 Malibu** | 17,704.76 |
| **Ally - 9716 Express** | 24,166.16 |
| **Ally - 8559 Express Van** | 21,887.75 |
| **CSB - Auto Loan - 8586** | 96,432.63 |
| **CSB Line of Credit - 8547** | 697,029.84 |
| **Echo Material** | 410,078.40 |
| **GM Financial - 0899** | 26,383.55 |
| **GM Financial - 1210 Silverado** | 32,882.65 |
| **GM Financial - 2018 Malibu** | 15,984.07 |
| **Total Long Term Liabilities** | 1,368,421.71 |
| **Total Liabilities** | 2,429,295.15 |
| **Equity** |  |
| **Beginning Bal Equity** | -90,594.61 |
| **Capital Stock** | 100.00 |
| **Owner's Distributions** | 87,740.66 |
| **Owner's Draw** | 5,670.39 |
| **Retained Earnings** | -1,024,990.34 |
| **Net Income** | -41,565.83 |
| **Total Equity** | -1,063,639.73 |
| **TOTAL LIABILITIES & EQUITY** | 1,365,655.42 |