**Fill in this information to identify the case**

Debtor name    **Ryan's Electrical Services, LLC.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF IOWA**

Case number
(if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future
interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also
include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.
In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and
Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any
pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the
additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the
pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a
fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset
only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the
terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

     ☐ No. Go to Part 2.
     ☑ Yes. Fill in the information below.

     **All cash or cash equivalents owned or controlled by the debtor**      Current value of
     debtor's interest

2. **Cash on hand**      _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Community State Bank acount** | **Checking account** | __ __ __ __ | **$0.00** |
| 3.2. | **US Bank checking account** | **Checking account** | __ __ __ __ | **$30,408.40** |

4. **Other cash equivalents**    *(Identify all)*

     Name of institution (bank or brokerage firm)

5. **Total of Part 1**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$30,408.40**

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

     ☐ No. Go to Part 3.
     ☑ Yes. Fill in the information below.

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | Current value of debtor's interest |
|---|---|---|

7.1. __Security deposit on leased premises__ _____ __$3,750.00__

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

__$3,750.00__

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

| | | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | __$423,942.49__ | – | __$20,000.00__ | = ............. ➔ | | __$403,942.49__ |
| | face amount | | doubtful or uncollectible accounts | | | |
| 11b. Over 90 days old: | __$112,962.38__ | – | __$10,000.00__ | = ............. ➔ | | __$102,962.38__ |
| | face amount | | doubtful or uncollectible accounts | | | |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

__$506,904.87__

## Part 4:  Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

__$0.00__

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

Debtor    **Ryan's Electrical Services, LLC.**                                    Case number (if known) _____
_____
          Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| Inventory | 12/31/2019 | $169,941.51 | Auction of materials | $15,000.00 |

**20. Work in progress**

**21. Finished goods, including goods held for resale**

**22. Other inventory or supplies**

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

| $15,000.00 |
|---|

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |

**29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish

**30. Farm machinery and equipment**  (Other than titled motor vehicles)

**31. Farm and fishing supplies, chemicals, and feed**

**32. Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

| $0.00 |
|---|

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
          ☐ No
          ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office furniture and equipment: computers, desks, chairs | $108,040.38 | Auction value | $20,000.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

         **$20,000.00**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2018 Chevy Express** | | | Unknown |
| 47.2. **2019 Chevy Express** | | | Unknown |
| 47.3. **2019 Chevy Malibu** | | | Unknown |
| 47.4. **2019 Chevy Silverado** | | | Unknown |
| 47.5. **2018 Silverado** | | | Unknown |
| 47.6. **2018 Silverado** | | | Unknown |
| 47.7. **2018 Chevy Malibu** | | | Unknown |

47.8.  **(VIN Ending) (Vehicles)**
       **305 2007 Chevy Express Van**
       **996 2009 Silverado K2500**
       **724 2009 Chevy Express G2500**
       **232 2015 Silverado 1500**
       **196 2017 Silveradod C1500**
       **050 2017 Silverado C1500**
       **058 2017 Silverado K1500**                      **Auction**                          **$53,400.00**

47.9.  **(VIN Ending) (Vehicles)**
       **256 2012 Chevy Colorado**
       **232 2012 Chevy Colorado**
       **321 2007 Chevy Colorado**
       **435 2009 Chevy Colorado**
       **457 2009 Chevy Colorado**
       **718 2009 Chevy Colorado**
       **107 2005 Chevy Colorado**
       **305 2009 Chevy 2500 Express**
       **204 2008 Chevy Express AWD**
       **309 2005 Ford E250**
       **102 1999 Ford F350**                            **Auction/Market**                   **$26,194.00**

47.10. **Trailers (6)**                                  **Market/Auction**                   **$6,000.00**

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats
     trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm**
     **machinery and equipment)**

     **3 scissor lifts @$5,000.00 each**
     **Handtools @ $7,500.00**                           **Auction value**                    **$22,500.00**

51.  **Total of Part 8.**                                                             | **$108,094.00** |
     Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 9:    Real property**

54.  **Does the debtor own or lease any real property?**

     ☑ No.  Go to Part 10.
     ☐ Yes.  Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent | Net book value of | Valuation method | Current value of |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | of debtor's interest in property | debtor's interest (Where available) | used for current value | debtor's interest |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$0.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.

$0.00

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 11: All other assets

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

Debtor    **Ryan's Electrical Services, LLC.**
_____    Case number (if known) _____

Name

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** _Examples:_ Season tickets, country club membership

**Loan to sharedholder Ryan Etten / offset by obligation on capital contributions**      $143,106.67

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.      $143,106.67

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $30,408.40 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,750.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $506,904.87 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $15,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $108,094.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $143,106.67 | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | $827,263.94   +   91b. | $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92....................................................................    $827,263.94

**Fill in this information to identify the case:**

Debtor name    **Ryan's Electrical Services, LLC.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF IOWA**

Case number
(if known)

☐ Check if this is an
     amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.1** 

| Creditor's name<br>**Ally Financial Services** | Describe debtor's property that is<br>**subject to a lien** | $23,939.66 | $0.00 |
|---|---|---|---|

Creditor's mailing address
**PO Box 8100**

**2018 Chevy Express**

Describe the lien

**Car Loan**

**Hunt Valley      MD    21030**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in
the same property?**

☑ No

☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.**

     $1,012,975.02

Debtor **Ryan's Electrical Services, LLC.**   Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A <br> **Amount of claim** <br> Do not deduct the value of collateral. | Column B <br> **Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.2**   Creditor's name
**Ally Financial Services**                                          $25,608.18            $0.00

Describe debtor's property that is subject to a lien

Creditor's mailing address
**PO Box 8100**

**2019 Chevy Express**

Describe the lien

**Car Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

**Hunt Valley           MD   21030**

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred _____

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**2.3**   Creditor's name
**Ally Financial Services**                                          $18,761.20            $0.00

Describe debtor's property that is subject to a lien

Creditor's mailing address
**PO Box 8100**

**2019 Chevy Malibu**

Describe the lien

**Car Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

**Hunt Valley           MD   21030**

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred _____

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

Debtor **Ryan's Electrical Services, LLC.**   Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.4** Creditor's name
**Ally Financial Services**

Creditor's mailing address
**PO Box 8100**

_____

_____

**Hunt Valley          MD   21030**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Have you already specified the
     relative priority?

  ☐ No. Specify each creditor, including this
     creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is
     specified on lines _____

Describe debtor's property that is
subject to a lien

**2019 Chevy Silverago**

Describe the lien

**Car Loan**

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$27,415.71**    Column B: **$0.00**

---

**2.5** Creditor's name
**Community State Bank**

Creditor's mailing address
**817 N. Ankeny Blvd**

_____

_____

**Ankeny          IA   50021**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Have you already specified the
     relative priority?

  ☐ No. Specify each creditor, including this
     creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is
     specified on lines _____

Describe debtor's property that is
subject to a lien

**Inventory**

Describe the lien

**Agreement**

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$842,000.00**    Column B: **$116,900.00**

**Part 1:**   **Additional Page**

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

### 2.6

| | | |
|---|---|---|
| **Creditor's name**<br>**Electrical Engineering & Equipment** | **Describe debtor's property that is subject to a lien**<br>**Materials & Credit** | **Unknown**      **$0.00** |

**Creditor's mailing address**
**953 73rd Street**

**Describe the lien**
**Agreement**

_____

**Windsor Heights    IA    50324**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

### 2.7

| | | |
|---|---|---|
| **Creditor's name**<br>**GM Financial** | **Describe debtor's property that is subject to a lien**<br>**2018 Silverado** | **$26,383.55**      **$0.00** |

**Creditor's mailing address**
**801 Cherry Street, Ste. 3600**

**Describe the lien**
**Car Loan**

_____

**Fort Worth    TX    76102**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.8**  Creditor's name
**GM Financial**

Describe debtor's property that is subject to a lien

**2018  Silverado**          $32,882.65          $0.00

Creditor's mailing address
**801 Cherry Street, Ste. 3600**

Describe the lien

**Car Loan**

_____

**Fort Worth          TX   76102**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

_____

Date debt was incurred   _____

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.9**  Creditor's name
**GM Financial**

Describe debtor's property that is subject to a lien

**2018 Chevy Malibu**          $15,984.07          $0.00

Creditor's mailing address
**801 Cherry Street, Ste. 3600**

Describe the lien

**Car Loan**

_____

**Fort Worth          TX   76102**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

_____

Date debt was incurred   _____

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|
| __Husch Blackwell_____ | | | Line __2.6__ | ___ ___ ___ ___ |
| __4801 Main Street_____ | | | | |
| __Suite 1000_____ | | | | |
| _____ | | | | |
| __Kansas City_____ | __MO__ | __64112__ | | |
| __Whitfield and Eddy (atty: Burke)_____ | | | Line __2.5__ | ___ ___ ___ ___ |
| __c/o Tom Burke_____ | | | | |
| __699 Walnut St., Suite 2000_____ | | | | |
| _____ | | | | |
| __Des Moines_____ | __IA__ | __50309__ | | |

**Fill in this information to identify the case:**

Debtor     **Ryan's Electrical Services, LLC.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF IOWA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. **Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.** List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | | |

**Internal Revenue Service**

**PO Box 7346**

_____

**Philadelphia**    **PA**    **19101-7346**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**941 Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$300,000.00**     Priority amount: **$150,000.00**

| **2.2** | **Priority creditor's name and mailing address** | | |
|---|---|---|---|

**Internal Revenue Service**

**PO Box 7346**

_____

**Philadelphia**    **PA**    **19101-7346**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**941 Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **Unknown**     Priority amount: **Unknown**

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|
| | $33,466.16 | $32,381.66 |

**2.3**    **Priority creditor's name and mailing address**

**Iowa Department of Revenue**

**Hoover State Office Building C**

**Adminstrative Wage Levy**

**PO Box 10330**

**Des Moines**            **IA**      **50319**

Date or dates debt was incurred

_____

**Last 4 digits of account
number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:**  11 U.S.C. § 507(a)(   **8**   )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Taxes (Sales & withholding)**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$417.83** |
|---|---|---|---|

**A-TEC Recycling, Inc.**

**PO Box 57580**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Pleasant Hill**         IA     50317          **Vendor**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,605.33** |
|---|---|---|---|

**ABC Electrical Services**

**5299 NE 15th Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Des Moines**         IA     50313          **Vendor**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$49,658.00** |
|---|---|---|---|

**Amex**

**PO Box 297871**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Ft. Lauderdale**         FL     33329          **Credit Card**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,860.87** |
|---|---|---|---|

**Casey's Business Mastercard**

**PO Box 70995**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Charlotte**         NC     28272          **Vendor**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$8,000.00**

__**Communications Engineering Co**_____

__**PO Box 488**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

__**Hiawatha**_____ **IA** ____**52233**____  __**Services / Materials**_____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$842,000.00**

__**Community State Bank**_____

__**817 N. Ankeny Blvd**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

__**Ankeny**_____ **IA** ____**50021**____  __**Loan**_____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$45,773.00**

__**Community State Bank**_____

__**817 N. Ankeny Blvd**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

__**Ankeny**_____ **IA** ____**50021**____  __**Credit Card**_____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$13,337.62**

__**Crescent Electric Supply Co**_____

__**PO Box 500**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

__**East Dubuque**_____ **IL** ____**61025**____  __**Vendor**_____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,375.75 |
|---|---|---|---|

**Duke Aerial Equipment, Inc.**

**65037 Boston Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Atlantic**                IA      50022

Basis for the claim:
**Vendor**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $518,569.86 |
|---|---|---|---|

**Echo Group, Inc.**

**PO Box 336**

**Council Bluffs, IS 51502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81,675.93 |
|---|---|---|---|

**Electrical Engineering & Equipment Co.**

**PO Box 310365**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Des Moins**                IA      50331

Basis for the claim:
**Vendor**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81,675.93 |
|---|---|---|---|

**Electrical Engineering & Equipment Co.**

**953 73rd Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Windsor Heights**                IA      50317

Basis for the claim:
**Materials / Credit**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                               Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.30 |

**Fastenal Company**

**PO Box 1286**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Vendor**

**Winona**      **MN**    **55987**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,522.01 |

**Graybar**

**12437 Collections Center Dr.**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Vendor**

**Chicago**      **IL**    **60693**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,733.73 |

**Home Depot**

**2455 Paces Ferry Road, NW**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Credit Card**

**Atlanta**      **GA**    **30339**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,328.00 |

**Iowa Base, Inc.**

**1616 270th St.**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Vendor**

**Nashua**      **IA**    **50658**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.17**    **Nonpriority creditor's name and mailing address**

$6,018.25

__Johnson Controls__

__PO Box 730068__

_____

__Dallas__        **TX**    __75373__

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Vendor__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18**    **Nonpriority creditor's name and mailing address**

$7,998.30

__Johnson Controls Fire Protection Lp Dept__

_____

_____

__10320 Palatine__        **IL**    __60055__

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Vendor__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19**    **Nonpriority creditor's name and mailing address**

$300.00

__KCL Engineering Co__

__300 4th Street__

_____

__West Des Moines__        **IA**    __50265__

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Vendor__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20**    **Nonpriority creditor's name and mailing address**

$20,269.49

__Midwest Alarm Services__

__PO Box 4511__

_____

__Davenport__        **IA**    __52805__

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Vendor__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address |
|---|---|

**Moser Property Maintenance**

**4528 Kimball Ave.**

_____

_____

**Waterloo**          **IA**    **50701**

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$37,921.75**

| 3.22 | Nonpriority creditor's name and mailing address |
|---|---|

**P&E Engineering Co**

**245 S 5th Street**

**PO Box 620**

_____

**Carlisle**          **IA**    **50047**

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,066.50**

| 3.23 | Nonpriority creditor's name and mailing address |
|---|---|

**Per Mar Security Services**

**720 E 2nd Street**

_____

_____

**Des Moines**          **IA**    **50309**

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,351.94**

| 3.24 | Nonpriority creditor's name and mailing address |
|---|---|

**SCI Communications, Inc**

**2001 E Army Post Rd, Ste B**

_____

_____

**Des Moines**          **IA**    **50320**

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,813.02**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.25** Nonpriority creditor's name and mailing address

$2,249.25

__Siemens Industry, Inc__

__c/o Citibank (Bldg Tech)__

__PO Box 2134__

_____

__Carol Stream__         IL      __60132__

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Vendor__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

$872.60

__Sunbelt Rentals, Inc__

__PO Box 409211__

_____

_____

__Atlanta__              GA      __30384__

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Vendor__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

$1,073.93

__Tri-City Electric__

__6225 N Brady Street__

_____

__Davenport__            IA      __52806__

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Vendor__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

$208.00

__Trimble Inc__

__PO Box 203558__

_____

__Dallas__               TX      __75320__

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Vendor__

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.29 | Nonpriority creditor's name and mailing address |

__United Rentals Inc__

__PO Box 840514__

_____

| __Dallas__ | __TX__ | __75320__ |

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Vendor__

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,451.46

---

| 3.30 | Nonpriority creditor's name and mailing address |

__US Bank__

__4325 17th Ave__

_____

| __Fargo__ | __ND__ | __58125__ |

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Credit Card__

**Is the claim subject to offset?**
☑ No
☐ Yes

$34,112.93

---

| 3.31 | Nonpriority creditor's name and mailing address |

__Van Meter Inc__

__850 32nd Ave. SW__

_____

| __Cedar Rapids__ | __IA__ | __52404__ |

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Vendor__

**Is the claim subject to offset?**
☑ No
☐ Yes

($3.30)

---

| 3.32 | Nonpriority creditor's name and mailing address |

__Willis Sheet Metal Co__

__1538 Vermont Street__

_____

| __Des Moines__ | __IA__ | __50314__ |

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Vendor__

**Is the claim subject to offset?**
☑ No
☐ Yes

$37.65

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5.   Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
| --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a. $333,466.16 |
| 5b. | **Total claims from Part 2** | 5b. + $1,829,290.93 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $2,162,757.09 |

**Fill in this information to identify the case:**

Debtor name    **Ryan's Electrical Services, LLC.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF IOWA**

Case number
(if known)                Chapter    **11**

☐ Check if this is an
    amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

                                                       **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Unexpired Lease | A & N Properties |
| | | | PO Box 487 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Ankeny      IA      50021 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Unexpired lease | Eugene Pint |
| | | | 2713 Falls Ave |
| | State the term remaining | | |
| | List the contract number of any government contract | | Waterloo      IA      50701 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Unexpired lease | Woodside Business Park |
| | | | PO Box 187 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Ankeny      IA      50021 |

Fill in this information to identify the case:

Debtor name    **Ryan's Electrical Services, LLC.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF IOWA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors                                                           12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☐  No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

    ☑  Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
    schedules of creditors,** *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
    owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
    separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1  Carrie Etten** | **5041 Southfork Lane**<br>Number      Street<br><br>**Waterloo**         **IA**   **50701**<br>City                           State   ZIP Code | **Electrical Engineering &<br>Equipment** | ☑ D<br>☐ E/F<br>☐ G |
| **2.2  Ryan Etten** | **5041 Southfork Lane**<br>Number      Street<br><br>**Waterloo**         **IA**   **50701**<br>City                           State   ZIP Code | **Community State Bank** | ☑ D<br>☐ E/F<br>☐ G |
| **2.3  Ryan Etten** | **5041 Southfork Lane**<br>Number      Street<br><br>**Waterloo**         **IA**   **50701**<br>City                           State   ZIP Code | **Electrical Engineering &<br>Equipment** | ☑ D<br>☐ E/F<br>☐ G |

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B............................................................................................ | **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B......................................................................................... | **$827,263.94**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B........................................................................................... | **$827,263.94**

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... | **$1,012,975.02**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................ | **$333,466.16**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.............................. | **+ $1,829,290.93**

4. **Total liabilities**
   Lines 2 + 3a + 3b.................................................................................................................. | **$3,175,732.11**

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/13/2020**    **X** **/s/ Ryan Etten**
     MM / DD / YYYY           Signature of individual signing on behalf of debtor

                              **Ryan Etten**
                              Printed name
                              **Member**
                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Ryan's Electrical Services, LLC.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF IOWA**

Case number
(if known) _____

☐ Check if this is an
   amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

1. **Gross revenue from business**

   ☐ None

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | | | | **Sources of revenue**<br>Check all that apply. | **Gross revenue**<br>(before deductions<br>and exclusions |
   |---|---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From **01/01/2020** to<br>MM / DD / YYYY | Filing date | | ☑ Operating a business<br>☐ Other _____ | **$750,000.00** |
   | **For prior year:** | From **01/01/2019** to<br>MM / DD / YYYY | **12/31/2019**<br>MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | **$3,376,934.00** |
   | **For the year before that:** | From **01/01/2018** to<br>MM / DD / YYYY | **12/31/2018**<br>MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | **$5,367,532.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

   | **Creditor's name and address** | **Dates** | **Total amount or value** | **Reasons for payment or transfer**<br>*Check all that apply* |
   |---|---|---|---|
   | 3.1. **Subject to continuing accounting & audit**<br>Creditor's name<br><br>Street<br><br><br>City        State   ZIP Code | **Multiple** | _____ | ☑ Secured debt<br>☑ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

4.1.   **Ryan and Carrie Etten**_____          _____
       Insider's name
       **None, other than regular salary**_____
       Street
       _____

       _____
       City                          State    ZIP Code

       **Relationship to debtor**
       **Owner and spouse.  Both Employees.**_____

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Community State Bank**_____          **Offset bank account- amount unknown**          _____
Creditor's name

_____
Street

_____
                                                    Last 4 digits or account number: XXXX- ___ ___ ___ ___
City                          State    ZIP Code

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Community State Bank v. Ryan's Electrical Services, et. al.** | | **Iowa District Court Black Hawk County** <br> Name <br><br> Street <br><br> City          State    ZIP Code | ☑ Pending <br><br> ☐ On appeal <br><br> ☐ Concluded |
| | Case number <br> __LACV139740__ | | | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Part 5: | Certain Losses |
|---|---|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Beecher Law Firm** | | | **$7,000.00** |

**Address**

**620 Lafayette St. Suite 300**
Street
**PO Box 178**

**Waterloo**              **IA**      **50704**
City                      State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Cutler Law Firm** | | **April 3, 2020** | **$4,000.00** |

**Address**

_____
Street

_____

_____
City                      State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**
**Ryan Etten**
_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

     Does the debtor have a privacy policy about that information?
     ☐ No.
     ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?
     ☐ No. Go to Part 10.
     ☑ Yes. Fill in below:

| **Name of plan** | **Employer Identification number of the plan** |
|---|---|
| **RES, LLC 401k (via John Hancock)** | **EIN:** ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

     Has the plan been terminated?
     ☑ No
     ☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- ■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- ■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- ■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**

Include settlements and orders.

☑ No

☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.    List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|

26a.1.    **Small Business Resources**_____    From __1/01/2018__ To __Present__
          Name
          **114 NW 5th St,**_____
          Street
          _____

          __Ankeny_____    __IA__    __50023_____
          City              State    ZIP Code

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**                     **If any books of account and records are unavailable, explain why**

26c.1.    **Debtor**_____
          Name
          _____
          Street
          _____

          _____    _____    _____
          City                  State    ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ☑ None

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☐ No.
    ☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Alan Atwood, Procurement** | **12/31/2019** | |

**Name and address of the person who has possession of inventory records**

27.1.  **Ryan's Electrical Services**
       Name

       Street

       City                 State    ZIP Code

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ryan Etten** | **5041 Southfork Lane**<br>**Waterloo, IA 50701** | **Manager Member** | **100%** |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☑ No
    ☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  **Ryan Etten**<br>       Name<br><br>       Street<br><br>       City     State   ZIP Code | **Salary**<br>**$150,000.00** | **paid in**<br>**ordinary**<br>**course** | |

       **Relationship to debtor**
       **Owner**

Debtor **Ryan's Electrical Services, LLC.**           Case number (if known) _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.2. **Carrie Etten**           **Salary**            **paid in**
Name            **$44,000.00**        **ordinary**
                                           **course**
Street

_____
City           State   ZIP Code

**Relationship to debtor**

**spouse of owner**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

---

**Part 14:**    **Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/13/2020**
           MM / DD / YYYY

**X** **/s/ Ryan Etten**                     Printed name **Ryan Etten**
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor **Ryan Etten**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**
**WATERLOO DIVISION**

In re **Ryan's Electrical Services, LLC.**                    Case No. _____

                                                             Chapter    **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept................................................................. **$0.00**

    Prior to the filing of this statement I have received........................................................ **$0.00**

    Balance Due.............................................................................................................. **$0.00**

2. The source of the compensation paid to me was:
    ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
    ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

<div style="border:1px solid black; padding:10px;">

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **04/13/2020** | **/s/ Robert C. Gainer** |
|:---:|:---|
| *Date* | *Robert C. Gainer*  Bar No.  IS8884971 |
| | Cutler Law Firm |
| | 1307 50th St. |
| | West Des Moines, IA 50266 |
| | Phone: (515) 223-6600 / Fax: (515) 223-6787 |

</div>

 **/s/ Ryan Etten**
*Ryan Etten*
*Ryan Etten*

| | |
|---|---|
| Debtor name | **Ryan's Electrical Services, LLC.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF IOWA** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Community State Bank 817 N. Ankeny Blvd Ankeny, IA 50021 | | Loan | | | | $842,000.00 |
| 2 | Community State Bank 817 N. Ankeny Blvd Ankeny, IA 50021 | | | | $842,000.00 | $116,900.00 | $725,100.00 |
| 3 | Echo Group, Inc. PO Box 336 Council Bluffs, IS 51502 | | Vendor | | | | $518,569.86 |
| 4 | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | 941 Taxes | Contingent Unliquidated Disputed | | | $300,000.00 |
| 5 | Electrical Engineering & Equipment Co. 953 73rd Street Windsor Heights, IA 50317 | | Materials / Credit | | | | $81,675.93 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   Electrical Engineering & Equipment Co. PO Box 310365 Des Moins, IA 50331 | | Vendor | | | | $81,675.93 |
| 7   Amex PO Box 297871 Ft. Lauderdale, FL 33329 | | Credit Card | | | | $49,658.00 |
| 8   Community State Bank 817 N. Ankeny Blvd Ankeny, IA 50021 | | Credit Card | | | | $45,773.00 |
| 9   Moser Property Maintenance 4528 Kimball Ave. Waterloo, IA 50701 | | Vendor | | | | $37,921.75 |
| 10   US Bank 4325 17th Ave Fargo, ND 58125 | | Credit Card | | | | $34,112.93 |
| 11   Iowa Department of Revenue Hoover State Office Building C Adminstrative Wage Levy | | Taxes (Sales & withholding) | | | | $33,466.16 |
| 12   GM Financial 801 Cherry Street, Ste. 3600 Fort Worth, TX 76102 | | Car Loan | | $32,882.65 | $0.00 | $32,882.65 |
| 13   Ally Financial Services PO Box 8100 Hunt Valley, MD 21030 | | Car Loan | | $27,415.71 | $0.00 | $27,415.71 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  GM Financial<br>801 Cherry Street, Ste. 3600<br>Fort Worth, TX 76102 | | Car Loan | | $26,383.55 | $0.00 | $26,383.55 |
| 15  Ally Financial Services<br>PO Box 8100<br>Hunt Valley, MD 21030 | | Car Loan | | $25,608.18 | $0.00 | $25,608.18 |
| 16  Ally Financial Services<br>PO Box 8100<br>Hunt Valley, MD 21030 | | Car Loan | | $23,939.66 | $0.00 | $23,939.66 |
| 17  Midwest Alarm Services<br>PO Box 4511<br>Davenport, IA 52805 | | Vendor | | | | $20,269.49 |
| 18  Ally Financial Services<br>PO Box 8100<br>Hunt Valley, MD 21030 | | Car Loan | | $18,761.20 | $0.00 | $18,761.20 |
| 19  GM Financial<br>801 Cherry Street, Ste. 3600<br>Fort Worth, TX 76102 | | Car Loan | | $15,984.07 | $0.00 | $15,984.07 |
| 20  Casey's Business Mastercard<br>PO Box 70995<br>Charlotte, NC 28272 | | Vendor | | | | $13,860.87 |

IN RE:   **Ryan's Electrical Services, LLC.**                    CASE NO

                                                            CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  4/13/2020 _____          Signature   /s/ Ryan Etten _____
                                                              *Ryan Etten*
                                                              *Ryan Etten*

Date _____          Signature _____

A & N Properties
PO Box 487
Ankeny, IA 50021


A-TEC Recycling, Inc.
PO Box 57580
Pleasant Hill, IA 50317


ABC Electrical Services
5299 NE 15th Street
Des Moines, IA 50313


Ally Financial Services
PO Box 8100
Hunt Valley, MD 21030


Amex
PO Box 297871
Ft. Lauderdale, FL 33329


Carrie Etten
5041 Southfork Lane
Waterloo, IA 50701


Casey's Business Mastercard
PO Box 70995
Charlotte, NC 28272


Communications Engineering Co
PO Box 488
Hiawatha, IA 52233


Community State Bank
817 N. Ankeny Blvd
Ankeny, IA 50021

Crescent Electric Supply Co
PO Box 500
East Dubuque, IL 61025


Duke Aerial Equipment, Inc.
65037 Boston Road
Atlantic, IA 50022


Echo Group, Inc.
PO Box 336
Council Bluffs, IS 51502


Electrical Engineering & Equipment
953 73rd Street
Windsor Heights, IA 50324


Electrical Engineering & Equipment Co.
PO Box 310365
Des Moins, IA 50331


Electrical Engineering & Equipment Co.
953 73rd Street
Windsor Heights, IA 50317


Eugene Pint
2713 Falls Ave
Waterloo, IA  50701


Fastenal Company
PO Box 1286
Winona, MN 55987


GM Financial
801 Cherry Street, Ste. 3600
Fort Worth, TX 76102

Graybar
12437 Collections Center Dr.
Chicago, IL 60693


Home Depot
2455 Paces Ferry Road, NW
Atlanta, GA 30339


Husch Blackwell
4801 Main Street
Suite 1000
Kansas City, MO 64112

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Iowa Base, Inc.
1616 270th St.
Nashua, IA 50658


Iowa Department of Revenue
Hoover State Office Building C
Adminstrative Wage Levy
PO Box 10330
Des Moines, IA 50319

Johnson Controls
PO Box 730068
Dallas, TX 75373


Johnson Controls Fire Protection Lp Dept
10320 Palatine, IL 60055


KCL Engineering Co
300 4th Street
West Des Moines, IA 50265

Midwest Alarm Services
PO Box 4511
Davenport, IA 52805


Moser Property Maintenance
4528 Kimball Ave.
Waterloo, IA 50701


P&E Engineering Co
245 S 5th Street
PO Box 620
Carlisle, IA 50047


Per Mar Security Services
720 E 2nd Street
Des Moines, IA 50309


Ryan Etten
5041 Southfork Lane
Waterloo, IA 50701


SCI Communications, Inc
2001 E Army Post Rd, Ste B
Des Moines, IA 50320


Siemens Industry, Inc
c/o Citibank (Bldg Tech)
PO Box 2134
Carol Stream, IL 60132


Sunbelt Rentals, Inc
PO Box 409211
Atlanta, GA 30384


Tri-City Electric
6225 N Brady Street
Davenport, IA 52806

Trimble Inc
PO Box 203558
Dallas, TX 75320


United Rentals Inc
PO Box 840514
Dallas, TX 75320


US Bank
4325 17th Ave
Fargo, ND 58125


Van Meter Inc
850 32nd Ave. SW
Cedar Rapids, IA 52404


Whitfield and Eddy (atty: Burke)
c/o Tom Burke
699 Walnut St., Suite 2000
Des Moines, IA 50309


Willis Sheet Metal Co
1538 Vermont Street
Des Moines, IA 50314


Woodside Business Park
PO Box 187
Ankeny, IA 50021

A & N Properties
PO Box 487
Ankeny, IA 50021

Duke Aerial Equipment, Inc.
65037 Boston Road
Atlantic, IA 50022

Husch Blackwell
4801 Main Street
Suite 1000
Kansas City, MO 64112

A-TEC Recycling, Inc.
PO Box 57580
Pleasant Hill, IA 50317

Echo Group, Inc.
PO Box 336
Council Bluffs, IS 51502

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

ABC Electrical Services
5299 NE 15th Street
Des Moines, IA 50313

Electrical Engineering &
Equipment
953 73rd Street
Windsor Heights, IA 50324

Iowa Base, Inc.
1616 270th St.
Nashua, IA 50658

Ally Financial Services
PO Box 8100
Hunt Valley, MD 21030

Electrical Engineering &
Equipment Co.
PO Box 310365
Des Moins, IA 50331

Iowa Department of Revenue
Hoover State Office Building C
Adminstrative Wage Levy
PO Box 10330
Des Moines, IA 50319

Amex
PO Box 297871
Ft. Lauderdale, FL 33329

Electrical Engineering &
Equipment Co.
953 73rd Street
Windsor Heights, IA 50317

Johnson Controls
PO Box 730068
Dallas, TX 75373

Carrie Etten
5041 Southfork Lane
Waterloo, IA 50701

Eugene Pint
2713 Falls Ave
Waterloo, IA  50701

Johnson Controls Fire
Protection Lp Dept
10320 Palatine, IL 60055

Casey's Business Mastercard
PO Box 70995
Charlotte, NC 28272

Fastenal Company
PO Box 1286
Winona, MN 55987

KCL Engineering Co
300 4th Street
West Des Moines, IA 50265

Communications Engineering Co
PO Box 488
Hiawatha, IA 52233

GM Financial
801 Cherry Street, Ste. 3600
Fort Worth, TX 76102

Midwest Alarm Services
PO Box 4511
Davenport, IA 52805

Community State Bank
817 N. Ankeny Blvd
Ankeny, IA 50021

Graybar
12437 Collections Center Dr.
Chicago, IL 60693

Moser Property Maintenance
4528 Kimball Ave.
Waterloo, IA 50701

Crescent Electric Supply Co
PO Box 500
East Dubuque, IL 61025

Home Depot
2455 Paces Ferry Road, NW
Atlanta, GA 30339

P&E Engineering Co
245 S 5th Street
PO Box 620
Carlisle, IA 50047

Per Mar Security Services
720 E 2nd Street
Des Moines, IA 50309

Whitfield and Eddy (atty:
Burke)
c/o Tom Burke
699 Walnut St., Suite 2000
Des Moines, IA 50309

Ryan Etten
5041 Southfork Lane
Waterloo, IA 50701

Willis Sheet Metal Co
1538 Vermont Street
Des Moines, IA 50314

SCI Communications, Inc
2001 E Army Post Rd, Ste B
Des Moines, IA 50320

Woodside Business Park
PO Box 187
Ankeny, IA 50021

Siemens Industry, Inc
c/o Citibank (Bldg Tech)
PO Box 2134
Carol Stream, IL 60132

Sunbelt Rentals, Inc
PO Box 409211
Atlanta, GA 30384

Tri-City Electric
6225 N Brady Street
Davenport, IA 52806

Trimble Inc
PO Box 203558
Dallas, TX 75320

United Rentals Inc
PO Box 840514
Dallas, TX 75320

US Bank
4325 17th Ave
Fargo, ND 58125

Van Meter Inc
850 32nd Ave. SW
Cedar Rapids, IA 52404

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA
WATERLOO DIVISION**

IN RE:     **Ryan's Electrical Services, LLC.**

CASE NO.

CHAPTER     **11**

## Certificate of Service

I hereby certify that on the date reflected on this filing, the foregoing instrument was filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all registered users party to this case.

/s/ Robert C. Gainer