UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Case No. 20-00411 |
| | ) | |
| Ryan's Electrical Services, LLC | ) | Ch. 11 |
| | ) | |
| Debtor. | ) | |

## MOTION TO WITHDRAW AND REQUEST FOR REMOVAL FROM ECF NOTICING SYSTEM

COMES NOW Attorney Kevin D. Ahrenholz of the law firm of Beecher, Field, Walker, Morris, Hoffman & Johnson, P.C. and moves to withdraw as Attorney for Ryan's Electrical Services, LLC and further requests to be removed from the ECF noticing system in this matter. Attorney Robert C. Gainer of Cutler Law Firm, P.C. has entered an appearance on behalf of the Debtor, Ryan's Electrical Services, LLC and will be representing the Debtor going forward.

WHEREFORE, Attorney Kevin D. Ahrenholz requests the Court grant this motion, note his withdrawal, and remove him from the ECF noticing system in this matter.

Respectfully submitted,

 /s/ Kevin D. Ahrenholz
Kevin D. Ahrenholz (AT0000438)
For BEECHER, FIELD, WALKER,
MORRIS, HOFFMAN & JOHNSON, P.C.
620 Lafayette Street, Suite 300
P.O. Box 178
Waterloo, IA 50704
PHONE: 319-234-1766
FAX: 319-234-1225