# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

## INITIAL FINANCIAL REPORT FOR CHAPTER 11 DEBTORS

Debtor Name: Ryan's Electrical Services LLC
Case Number: 20-00411

**THIS REPORT MUST BE SUBMITTED TO THE U.S. TRUSTEE WITHIN 14 DAYS AFTER THE PETITION IS FILED.**
Debtor must attach each of the following documents or an explanation for the failure to attach the document.

| REQUIRED DOCUMENTS | Document Attached | Previously Filed | Explanation Attached |
|---|:---:|:---:|:---:|
| a. Most recently filed Federal income tax return. | ☒ | ☒ | ☐ |
| b. Financial statements for the most recent year-end (i.e., balance sheet income statement, and cash flow statement) | ☒ | ☐ | ☐ |
| c. Most recent monthly financial statements (i.e., month-end balance sheet, income statement, and cash flow statement) | ☐ | ☒ | ☐ |
| d. Certificates of Insurance | | | |
|     General Liability Insurance | ☒ | ☐ | ☐ |
|     Property (Fire, Theft, etc.) Insurance | ☒ | ☐ | ☐ |
|     Workers' Compensation Insurance | ☒ | ☐ | ☐ |
|     Vehicle Insurance: | ☒ | ☐ | ☐ |
|     Other: | ☒ | ☐ | ☐ |
| e. Debtor in Possession Bank Account Information | | | |
|     Bank Account Reporting Form | ☒ | ☐ | ☐ |
|     Signature cards for all bank accounts | ☒ | ☐ | ☐ |
|     Bank statements for the 90 days prior to the petition date for all accounts | ☒ | ☐ | ☐ |
| f. Six-Month Cash Projection (UST-1A or UST-1B) Attach Form UST-1A for Business Debtor Attach Form UST-1B for Non-Business Debtor | ☒ | ☐ | ☐ |

I declare under penalty of perjury that the information contained in this Initial Financial Report, including any attachments thereto, is true and correct to the best of my knowledge and belief.

Date: 3/31/2020        Signature(s): _____

Title: President

UST-1
February 2019

# SIX-MONTH POST-PETITION CASH PROJECTIONS
## (CHAPTER 11 BUSINESS DEBTOR)

Debtor Name: Ryan's Electrical Services LLC
Case Number: 20-00411

| | Month: March | Month: April | Month: May | Month: June | Month: July | Month: Aug | Six-Month Total |
|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | 33233 | 81779 | 98325 | 134871 | 170217 | 205563 | 240909 |
| **CASH RECEIPTS** | | | | | | | |
| Cash Sales | 336000 | 350000 | 350000 | 400000 | 400000 | 400000 | 2,236,000 |
| Collection of Receivables | | | | | | | |
| Sale of Assets | | | | | | | |
| Post-Petition Borrowing | 0 | 0 | 0 | 0 | 0 | 0 | |
| Other: _____ | | | | | | | |
| Other: _____ | | | | | | | |
| **TOTAL CASH RECEIPTS** | 336000 | 330000 | 350000 | 400000 | 400000 | 400000 | 2,236,000 |
| **CASH DISBURSEMENTS** | | | | | | | |
| Auto/Truck Expenses | 7328 | 7328 | 7328 | 7328 | 7328 | 7328 | 43968 |
| Employee Benefits | 12000 | 12000 | 12000 | 12000 | 12000 | 12000 | 72000 |
| Insurance | 11000 | 11000 | 11000 | 11000 | 11000 | 11000 | 66000 |
| Inventory Purchases | 75000 | 100000 | 100000 | 150000 | 150000 | 150000 | 725000 |
| Officer Salaries | 8276 | 8276 | 8276 | 8276 | 8276 | 8276 | 49656 |
| Other Salaries/Wages | 76000 | 76000 | 76000 | 76000 | 76000 | 76000 | 456000 |
| Payroll Taxes | 38,800 | 38800 | 38800 | 40000 | 40000 | 40000 | 235600 |
| Rent and Lease Payments | 9250 | 9250 | 9250 | 9250 | 9250 | 9250 | 55,500 |
| Repairs and Maintenance | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 6000 |
| Secured Debt Payments | 22800 | 22800 | 22800 | 22800 | 22800 | 22800 | 136800 |
| Supplies | 500 | 500 | 500 | 500 | 500 | 500 | 3000 |
| Utilities | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 9000 |
| Professional Fees* | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 6000 |
| UST Quarterly Fees | | | | | | | |
| Other: fuel | 4000 | 4000 | 4000 | 4000 | 4000 | 4000 | 24000 |
| Other: credit cards | 20000 | 20000 | 20000 | 20000 | 20000 | 20000 | 120000 |
| **TOTAL CASH DISBURSEMENTS** | 287454 | 313454 | 313454 | 364654 | 364654 | 364654 | 2,008,524 |
| **NET CASH FLOW** | 48546 | 16546 | 36546 | 35346 | 35346 | 35346 | 207676 |
| **Ending Cash Balance** | 81779 | 98325 | 134871 | 170217 | 205563 | 240909 | 240909 |

*Requires Court approval

UST- 1A
February 2019

# SIX-MONTH POST-PETITION CASH PROJECTIONS
## (CHAPTER 11 NON-BUSINESS DEBTOR)

Debtor Name: Ryan Etten
Case Number: 20-00411

| | Month: March | Month: April | Month: May | Month: June | Month: July | Month: Aug | Six-Month Total |
|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | 2000 | 2452 | 2904 | 3356 | 3808 | 4260 | 4712 |
| **CASH RECEIPTS** | | | | | | | |
| Net Wages | 10852 | 10852 | 10852 | 10852 | 10852 | 10852 | 65112 |
| Rental Income | 0 | 0 | 0 | 0 | 0 | 0 | |
| Sale of Assets | 0 | 0 | 0 | 0 | 0 | 0 | |
| Post-Petition Borrowing | 0 | 0 | 0 | 0 | 0 | 0 | |
| Other: _____ | | | | | | | |
| Other: _____ | | | | | | | |
| **TOTAL CASH RECEIPTS** | 10852 | 10852 | 10852 | 10852 | 10852 | 10852 | 65112 |
| **CASH DISBURSEMENTS** | | | | | | | |
| Auto Loan/Lease Payments | 1263 | 1263 | 1263 | 1263 | 1263 | 1263 | 7578 |
| Domestic Support Obligations | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insurance | 500 | 500 | 500 | 500 | 500 | 500 | 3000 |
| Mortgage Payments | 3500 | 3500 | 3500 | 3500 | 3500 | 3500 | 21000 |
| Other Secured Debt Payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Personal Living Expenses | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 9000 |
| Rent | 1950 | 1950 | 1950 | 1950 | 1950 | 1950 | 11700 |
| Professional Fees* | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| UST Quarterly Fees | | | | | | | |
| Other: Creditcard | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 6000 |
| Other: 3rd mortgage | 687 | 687 | 687 | 687 | 687 | 687 | 4122 |
| **TOTAL CASH DISBURSEMENTS** | 10400 | 10400 | 10400 | 10400 | 10400 | 10400 | 62400 |
| **NET CASH FLOW** | 452 | 452 | 452 | 452 | 452 | 452 | 2712 |
| **Ending Cash Balance** | 2452 | 2904 | 3356 | 3808 | 4260 | 4712 | 4712 |

*Requires Court approval

UST-1B
February 2019

# BANK ACCOUNT REPORTING FORM

Debtor Name: Ryan's Electrical Services LLC
Case Number: 20-00411

(This is a master form. Signed copies of this form should be used for providing information if the debtor has more than four accounts. Copies should also be used for reporting on accounts which the debtor opens or closes after the submission of the initial form.)

| Depository Institution | Account Description (i.e. payroll, general, etc.) | Account No. | Date Account Opened/Closed |
|---|---|---|---|
| Name: U.S. Bank<br>Address: Waterloo IA<br>Phone: 319-235-3240 | General | | 10/1/2011 |
| Name: U.S. Bank<br>Address:<br>Phone: 319-235-3240 | General<br>DIP acct. | | 3/30/2020 |
| Name: Community State Bank<br>Address:<br>Phone: | General | | 02/29/2020 |
| Name:<br>Address:<br>Phone: | | | |

I/we certify that the above is a complete report of all bank accounts/investments owned by the debtor as of the date of the filing of the debtor's petition, or where applicable, opened or closed by debtor after the submission of the initial form.

I/we cerify that all above listed depository institutions have been notified of the date and place of the filing of this chapter 11 petition.

In addition, I/we hereby authorize any accredited representative of the United States Trustees Office to obtain any information from the above listed financial institutions. This information may include, but is not limited to, bank statements, signature cards, canceled checks, correspondence and other documentation for all accounts listed hereon.

THE UNDERSIGNED DECLARES UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE, COMPLETE AND ACCURATE.

DATED THIS 31st DAY OF March, 20 20
SIGNATURE: [signature]   Title: President

SIGNATURE: _____   Title: _____

SIGNATURE: _____   Title: _____

(A copy of this form must be signed by all persons who are authorized signatories on the accounts listed above.)

BARF
February 2019



| | | RYANELE-01 | JBONEWITZ |
|---|---|---|---|
| | **CERTIFICATE OF LIABILITY INSURANCE** | | DATE (MM/DD/YYYY) 3/31/2020 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER<br>The Accel Group LLC<br>301 Oak Ridge Circle<br>Waverly, IA 50677 | CONTACT NAME: Joan Bonewitz | | |
|---|---|---|---|
| | PHONE (A/C, No, Ext): (319) 352-6146 | FAX (A/C, No): | |
| | E-MAIL ADDRESS: jbonewitz@acceladvantage.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : United Fire & Casualty Ins Co | | 13021 |
| INSURED<br>Ryan's Electrical Services LLC<br>2917 Falls Ave<br>Waterloo, IA 50701 | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

**COVERAGES**      **CERTIFICATE NUMBER:**      **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY<br>     CLAIMS-MADE   X   OCCUR | | | 60467326 | 9/24/2019 | 9/24/2020 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY   PRO-JECT   LOC<br>OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| A | AUTOMOBILE LIABILITY<br>X ANY AUTO<br>  OWNED AUTOS ONLY   SCHEDULED AUTOS<br>  HIRED AUTOS ONLY   NON-OWNED AUTOS ONLY | | | 60467326 | 9/24/2019 | 9/24/2020 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| A | X UMBRELLA LIAB   X OCCUR<br>  EXCESS LIAB   CLAIMS-MADE<br>DED   RETENTION $ | | | 60467326 | 9/24/2019 | 9/24/2020 | EACH OCCURRENCE | $ 5,000,000 |
| | | | | | | | AGGREGATE | $ 5,000,000 |
| | | | | | | | | $ |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | Y/N<br>N/A | | 30303488 | 9/24/2019 | 9/24/2020 | PER STATUTE   OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| To Whom It May Concern | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*[signature]* |

ACORD 25 (2016/03)      © 1988-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD