# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Ryan's Electrical Services, LLC, ) | |
| ) | Bankruptcy No. 20-00411 |
| Debtor. ) | |

## STIPULATED MOTION FOR ENDORSEMENT OF CHECKS

COME NOW Debtor Ryan's Electrical Services, LLC (the "Debtor") and Creditor Consolidated Electrical Distributors, Inc. d/b/a Electrical Engineering & Equipment ("3E") (collectively "the Parties"), by and through their undersigned counsel of record, and hereby move this Court to enter an Order allowing the Debtor to endorse checks made jointly payable to the Debtor and 3E and to allow the funds to be paid to 3E. In support thereof, counsel for the Parties state as follows:

1. The Debtor is a contractor on different public projects. Those projects include the United Community School project and the Camp Dodge M-05 project.

2. 3E sold product to Debtor that was directly used on both public projects. Additionally, 3E has sold product in the past to the Debtor used on public projects and 3E is anticipated to sell product to the Debtor in connection with public projects.

3. The entity overseeing the United Community School project has issued a check jointly payable to the Debtor and 3E in the amount of $3,285.56.

4. The entity overseeing the Camp Dodge M-05 project has issued a check jointly payable to the Debtor and 3E in the amount of $3,360.60.

5. As a condition to payment of the funds both projects are requesting that lien releases be executed by 3E for the product supplied which was used in the projects.

1

6. Consistent with ordinary, normal past practices, it is anticipated that additional checks will be issued by public projects that are jointly payable to the Debtor and 3E in connection with material supplied to the respective projects. Similarly, and in accordance with ordinary, normal past practices, it is anticipated that the public entity issuing the joint check will request a lien release waiver be executed for the product supplied.

7. Given that 3E is and will be entitled to the monies for the product supplied, the parties are jointly seeking authority from this Court for the Debtor to endorse the two checks noted above checks plus any additional similar checks in the future such that the monies may be paid to 3E and the lien releases provided.

8. It is normal and ordinary in the relationship for the checks to go to 3E for product supplied.

9. The Parties request that the Debtor endorse the checks referenced above plus any other similar checks that are jointly payable to 3E.

WHEREFORE, the Parties respectfully move this Court to enter an Order allowing the Debtor to endorse the two checks referenced above and any future similar checks that may be received and transmit same to 3E in connection with 3E's release of its lien rights on the respective projects for the monies covered by the checks and for such other and further relief as the Court deems just and proper.

Date: April 23, 2020

| CUTTLER LAW FIRM | HUSCH BLACKWELL LLP |
|---|---|
| */s/ Robert C. Gainer* | */s/ Michael D. Fielding* |
| Robert C. Gainer (AT0000305) | Michael D. Fielding (AT0013551) |
| 1307 50th Street | 4801 Main Street, Suite 1000 |
| West Des Moines, IA 50266 | Kansas City, MO 64112 |
| Phone (515) 223-6600 | Phone (816) 983-8000; |
| Fax (515) 223-6787 | Fax (816) 983-8080 |
| rgainer@cutlerfirm.com | michael.fielding@huschblackwell.com |
| *Attorneys for Debtor* | *Attorneys for Consolidated Electrical Distributors, Inc. d/b/a Electrical Engineering & Equipment* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2020, a true and correct copy of the above and foregoing was served by the method or methods specified below:

__X__  by **electronically** filing it with the Court using the CM/ECF system, which sent notification to the Offices of the United States Trustee and all parties of interest participating in the CM/ECF system.

>*/s/ Michael D. Fielding*
>Michael D. Fielding

HB: 4847-3113-1322.1