# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Ryan's Electrical Services, LLC, ) | |
| ) | Bankruptcy No. 20-00411 |
| Debtor. ) | |

## ORDER ON
## STIPULATED MOTION FOR ENDORSEMENT OF CHECKS

On April 23, 2020, Debtor Ryan's Electrical Services, LLC (the "Debtor") and Creditor Consolidated Electrical Distributors, Inc. d/b/a Electrical Engineering & Equipment ("3E") (collectively "the Parties"), filed a Stipulated Motion for Endorsement of Checks [Docket No. 28], by and through their undersigned counsel of record, and moved this Court to enter an Order allowing the Debtor to endorse checks made jointly payable to the Debtor and 3E and to allow the funds to be paid to 3E. In support thereof, counsel for the Parties stated as follows:

1.  The Debtor is a contractor on different public projects. Those projects include the United Community School project and the Camp Dodge M-05 project.

2.  3E sold product to Debtor that was directly used on both public projects. Additionally, 3E has sold product in the past to the Debtor used on public projects and 3E is anticipated to sell product to the Debtor in connection with public projects.

3.  The entity overseeing the United Community School project has issued a check jointly payable to the Debtor and 3E in the amount of $3,285.56.

4.  The entity overseeing the Camp Dodge M-05 project has issued a check jointly payable to the Debtor and 3E in the amount of $3,360.60.

5.  As a condition to payment of the funds both projects are requesting that lien releases be executed by 3E for the product supplied which was used in the projects.

6. Consistent with ordinary, normal past practices, it is anticipated that additional checks will be issued by public projects that are jointly payable to the Debtor and 3E in connection with material supplied to the respective projects. Similarly, and in accordance with ordinary, normal past practices, it is anticipated that the public entity issuing the joint check will request a lien release waiver be executed for the product supplied.

7. Given that 3E is and will be entitled to the monies for the product supplied, the parties are jointly seeking authority from this Court for the Debtor to endorse the two checks noted above checks plus any additional similar checks in the future such that the monies may be paid to 3E and the lien releases provided.

8. It is normal and ordinary in the relationship for the checks to go to 3E for product supplied.

9. The Parties requested that the Debtor endorse the checks referenced above plus any other similar checks that are jointly payable to 3E.

Based upon the representation of the parties and having fully considered the matter, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The Motion is GRANTED.

2. The Debtor is authorized to endorse the two checks referenced above and any future similar checks that may be received and transmit same to 3E in connection with 3E's release of its lien rights on the respective projects for the monies covered by the checks.

IT IS SO ORDERED.

Dated and Entered: April 29, 2020

_____
Honorable Thad Collins, Bankruptcy Judge

HB: 4847-3113-1322.1

Submitted by:

HUSCH BLACKWELL LLP

*/s/ Michael D. Fielding*
Michael D. Fielding (AT0013551)
4801 Main Street, Suite 1000
Kansas City, MO 64112
Phone (816) 983-8000
Fax (816) 983-8080
michael.fielding@huschblackwell.com

*Attorney for Consolidated Electrical Distributors, Inc. d/b/a Electrical Engineering & Equipment*


CUTTLER LAW FIRM

*/s/ Robert C. Gainer*
Robert C. Gainer (AT0000305)
1307 50th Street
West Des Moines, IA 50266
Phone (515) 223-6600
Fax (515) 223-6787
rgainer@cutlerfirm.com

*Attorney for Debtor*