IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA (Waterloo)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ryan's Electrical Services, LLC | ) | Case No. 20-00411 |
| | ) | Chapter 11 |
| Debtor, | ) | Judge Thad J. Collins |
| | ) | |
| Americredit Financial Services, Inc. | ) | |
| dba GM Financial | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| Ryan's Electrical Services, LLC | ) | |
| Respondent, | ) | |
| and | ) | |
| | ) | |
| Douglas Dean Flugum | ) | |
| Trustee. | ) | |

## MOTION FOR RELIEF FROM STAY OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Movant, Americredit Financial Services, Inc. dba GM Financial, and alleges as follows:

I.

Movant is a secured creditor of Respondent in the above-captioned cause.

II.

On or about September 13, 2018, and prior to the filing of Debtor's petition in bankruptcy, Respondent, executed and delivered an Iowa Vehicle Retail Installment Contract payable to the order of Movant.

III.

As security for Respondent's obligation on the Agreement, Respondent granted to

Movant a security interest in the following property of Respondent: a 2019 Chevrolet Silverado 2500H; VIN: 1GC1KTEGXKF109281, a copy of said Agreement is attached hereto as Exhibit "A." A copy of the Certificate of Title to said vehicle is attached hereto as Exhibit "B."

IV.

Respondent has defaulted on the obligations to Movant, in that Respondent has failed to make the payments required under the terms of the Agreement. Respondent owes Movant the sum of $40,489.27 plus interest. The current delinquent amount due to Movant is $2,958.50, representing default for two (2) monthly payments of $1,116.42.

V.

The current amount owed to Movant is approximately $40,489.27. The fair market value of the collateral is declining during the pendency of this bankruptcy and the Debtor has no equity in the vehicle. Attached as Exhibit "C" and made a part hereof is a NADA Official Used Car Guide indicating that a likely loan value is $39,000.00.

VI.

The continuation of the automatic stay will work real and irreparable harm to Movant and will deprive Movant, of adequate protection to which it is entitled under 11 U.S.C. §362 and §363 for the reasons mentioned above.

VII.

The continuation of the automatic stay could result in an unlawful taking of Movant's property.

WHEREFORE Movant, Americredit Financial Services, Inc. dba GM Financial, prays for a judgment terminating the automatic stay to permit Movant, to exercise any of its rights on the

following property:

a 2019 Chevrolet Silverado 2500H; VIN: 1GC1KTEGXKF109281.; or in the alternative, for an order directing the Debtor to provide adequate protection for Movant's interest in said vehicle in an amount sufficient to protect its interest.

Respectfully submitted,

/s/ Rodger Turbak
Rodger Turbak, No. AT0012446
Lewis Rice LLC
10484 Marty Street
Overland Park, KS 66212
(913) 648-6333 Phone
rturbak@lewisricekc.com
ATTORNEY FOR MOVANT

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA (Waterloo)

IN RE: )
)
Ryan's Electrical Services, LLC ) Case No. 20-00411
) Chapter 11
Debtor, ) Judge Thad J. Collins
)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on this 6th day of May, 2020, a copy of the Motion for Relief and exhibits were deposited in the United States mail, postage prepaid, addressed to:

| | |
|---|---|
| Ryan's Electrical Services, LLC<br>2917 Falls Ave.<br>Waterloo, IA 50701<br>Debtor | Douglas Dean Flugum<br>PO Box 308<br>Cedar Rapids, IA 52406<br>Trustee |
| Robert Cardell Gainer<br>1307 50th Street<br>West Des Moines, IA 50266<br>Debtor's Attorney | United States Trustee<br>111 7th Avenue SE, Box 17<br>Cedar Rapids, IA 52401-2101 |

/s/ Rodger Turbak
Rodger Turbak, No. AT0012446
Lewis Rice LLC
10484 Marty St.
Overland Park, KS 66212
(913) 648-6333
rturbak@lewisricekc.com
ATTORNEY FOR MOVANT