IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA (Waterloo)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ryan's Electrical Services, LLC | ) | Case No. 20-00411 |
| | ) | Chapter 11 |
| Debtor, | ) | Judge Thad J. Collins |
| | ) | |
| Americredit Financial Services, Inc. dba GM Financial | ) ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| Ryan's Electrical Services, LLC | ) | |
| Respondent, | ) | |
| and | ) | |
| | ) | |
| Douglas Dean Flugum | ) | |
| Trustee. | ) | |

## CORPORATE OWNERSHIP STATEMENT
**[Rules 1007(a)(1) & 7007.l]**

Pursuant to Federal Rules of Bankruptcy Procedures 1007(a)(1) and 7007.1, the undersigned corporation, Americredit Financial Services, Inc. dba GM Financial, certifies that:

1. \_\_\_\_\_ The following is a complete and accurate list of corporation(s) that directly or indirectly own(s) 10% or more of any class of its equity interests:

    **See attached Exhibit "A"**

    OR

2. \_X\_ There are no entities to report under FRBP 1007(a)(1) and 7007.1.

The undersigned corporation further acknowledges its duty to file a supplemental statement promptly upon any change in circumstances which renders this Corporate Ownership Statement inaccurate.

Respectfully submitted,

//s/ Rodger Turbak
Rodger Turbak, No. AT0012446
Lewis Rice LLC
10484 Marty Street
Overland Park, KS 66212
(913) 648-6333 Phone
rturbak@lewisricekc.com
 ATTORNEY FOR MOVANT