# UNITED STATES BANKRUPTCY COURT
# NOTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>**RYAN'S ELECTRICAL SERVICES, LLC.,**<br><br>Debtors. | Case No. 20-00411<br><br>Chapter 11<br><br>**PRE−STATUS CONFERENCE REPORT** |

The undersigned, and pursuant to Court Notice at Docket #14, provides the enclosed Pre-Status Conference Report:

1. The voluntary Petition for Relief was filed on March 25, 2020. Since that time, the Debtor has continued to operate in its ordinary course as debtor and debtor-in-possession.

2. Debtor counsel changed from the filing date, on April 7, 2020, when the undersigned entered his appearance, and filed an application to be employed. Schedules and Statements have been filed for this matter.

3. Debtor is in communication with creditors and vendors on continuing operations.

4. The United States Trustee has
    a. Appointed a sub-chapter V Trustee, Douglas Flugum;
    b. Conducted an initial Debtor interview;
    c. Held and conducted a 341 meeting.

5. The Debtor has engaged in good faith negotiations with secured creditors, including Community State Bank and the Internal Revenue Service, surrounding a proposed stipulated adequate protection order(s).

6. The Debtor has filed reports with the United States Trustee, and provided documentation establishing appropriate post-petition insurance, and debtor in possession account.

7. Motions for adequate protection have been put on file by certain creditors, and the Debtors are addressing such filings in due course.

8. The Plan deadline is June 23, 2020. Plan formulation has begun.

9. The Debtor has preliminarily evaluated 90 day payments, and does not expect there to be any potential avoidance actions. The Trustee is further examining the Debtor's assessment.

Dated: May 8 2020

RESPECTFULLY SUBMITTED,

*/s/ Robert C. Gainer*
Robert C. Gainer     AT0000305
CUTLER LAW FIRM, P.C.
1307 50th Street
West Des Moines, IA 50266
Tel: 515-223-6600
Fax: 515-223-6787
Email: rgainer@cutlerfirm.com
ATTORNEY FOR DEBTOR

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 8, 2020, the foregoing instrument was filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all registered users party to this case.

*/s/ Robert C. Gainer*