# UNITED STATES BANKRUPTCY COURT
# NOTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: ) | Case No. 20-00411 |
| ) | |
| ) | Chapter 11 |
| **RYAN'S ELECTRICAL SERVICES, LLC.,** ) | |
| ) | **LIMITED OBJECTION TO** |
| Debtors. ) | **COMMUNITY STATE BANK** |
| ) | **MOTION FOR ADEQUATE** |
| ) | **PROTECTION** |
| ) | |

Debtor, by and through the undersigned, objects to the Motion for Adequate Protection (Docket #32) in limited fashion, as follows:

1. Debtor and Community State Bank (CSB) are engaged in good faith negotiations to the secured position of CSB relative to the Internal Revenue Service.

2. A tentative draft stipulated Order is being circulated by the parties. The IRS has reservations and Debtor needs to speak with the IRS on concerns and Plan treatment.

3. The proposed Order before this Court, at Docket 32-1, does not reflect the position of the Debtor. For that, and other grounds under the Bankruptcy Code, such Motion should be denied, and proposed Order rejected by this Court.

4. Debtor's objection is place-holding in nature, absent the parties ability to reach a stipulated Order.

RESPECTFULLY SUBMITTED,

*/s/ Robert C. Gainer*
Robert C. Gainer    AT0000305
CUTLER LAW FIRM, P.C.
1307 50th Street
West Des Moines, IA 50266
Tel: 515-223-6600
Fax: 515-223-6787
Email: rgainer@cutlerfirm.com
ATTORNEY FOR DEBTOR

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 8, 2020, the foregoing instrument was filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all registered users party to this case.

             _____*/s/ Robert C. Gainer*_____