

**ELECTRICAL ENGINEERING & EQUIPMENT CO.**
953 73RD ST
WINDSOR HEIGHTS, IA  50324
(515)273-0100   FAX (515)273-0108

# INVOICE

| INVOICE DATE | INVOICE NO. |
|---|---|
| 03/16/20 | 6618023-00 |
| **P.O. NO.** | **PAGE #** |
| 338-14560 | 1 |

CUST.#: 261157

SHIP TO:
RYANS ELECTRICAL SERVICES - A
CAMP DODGE M-05 ALTERATIONS
6950 NE 14TH ST STE 36
ANKENY, IA 50023

CORRESPONDENCE TO:
Electrical Engineering & Equipment Co.
P.O. Box 310365
Des Moines, IA 50331-0365

BILL TO:
RYANS ELECTRICAL SERVICES - A
6950 NE 14TH ST STE 36
ANKENY, IA 50023

| INSTRUCTIONS | REFERENCE | CASH DISCOUNT: |
|---|---|---|
| HARLEY 515.289.4090 | ATTN: HARLEY | 44.48 |
| **SHIP POINT** | **SHIP VIA** | **SHIPPED** | **IF PAID BY:** |
| ** Drop Ship ** | Direct | 03/16/20 | 04/10/20 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | NET PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 1 | HUB LCAT24-40LWG-EDU<br>MARK:TYPE L1 | 38 | 0 | 38 | each | 82.00 | 3116.00 |
| 2 | HUB MPS4-40LW-CW-EDU<br>MARK:TYPE L2 | 1 | 1 | 0 | each | 82.00 | 0.00 |
| 5 | DUA PGNW<br>MARK:TYPE L4 | 1 | 1 | 0 | each | 326.00 | 0.00 |
| 6 | HUB LTR-6RD-H-ML20L-DM1<br>MARK:TYPE LR1 | 1 | 1 | 0 | each | 209.00 | 0.00 |
| 7 | HUB LTR-6RD-T-ML40K8XW-SS<br>MARK:TYPE LR1 | 1 | 0 | 1 | each | 0.00 | 0.00 |
| 8 | HUB EV2<br>MARK:TYPE E1 | 5 | 0 | 5 | each | 47.00 | 235.00 |
| 9 | DUA LM130-12VI-0<br>MARK:TYPE E2 | 1 | 1 | 0 | each | 414.00 | 0.00 |
| 10 | DUA EVEURWE<br>MARK:TYPE X1 | 2 | 0 | 2 | each | 36.00 | 72.00 |
| 11 | HCS LOT PRICE FOR THE FOLLOWING CONTROLS: | 1 | 0 | 1 | each | 1025.00 | 1025.00 |
| 12 | HCS LHIRS1-G-IV | 8 | 0 | 8 | each | 0.00 | 0.00 |
| 13 | HCS OMNIUS2000RP | 3 | 0 | 3 | each | 0.00 | 0.00 |
| 14 | HCS UVPP | 1 | 0 | 1 | each | 0.00 | 0.00 |

Cash Discount     44.48   If Paid By 04/10/20

Continued

THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.OUR-TERMS.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE.



**ELECTRICAL ENGINEERING & EQUIPMENT CO.**
953 73RD ST
WINDSOR HEIGHTS, IA  50324
(515)273-0100  FAX (515)273-0108

# INVOICE

| INVOICE DATE | INVOICE NO. |
|---|---|
| 03/16/20 | 6618023-00 |
| **P.O. NO.** | **PAGE #** |
| 338-14560 | 2 |

CUST.#: 261157

SHIP TO: RYANS ELECTRICAL SERVICES - A
CAMP DODGE M-05 ALTERATIONS
6950 NE 14TH ST STE 36
ANKENY, IA 50023

CORRESPONDENCE TO:
Electrical Engineering & Equipment Co.
P.O. Box 310365
Des Moines, IA 50331-0365

BILL TO: RYANS ELECTRICAL SERVICES - A
6950 NE 14TH ST STE 36
ANKENY, IA 50023

| INSTRUCTIONS | REFERENCE | CASH DISCOUNT: |
|---|---|---|
| HARLEY 515.289.4090 | ATTN: HARLEY | 44.48 |
| **SHIP POINT** | **SHIP VIA** | **SHIPPED** | **IF PAID BY:** |
| ** Drop Ship ** | Direct | 03/16/20 | 04/10/20 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | NET PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 12 | Lines Total | Qty Shipped Total | | 59 | Total  Invoice Total | | 4448.00  4448.00 |

Cash Discount     44.48  If Paid By 04/10/20

Last Page

THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.OUR-TERMS.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE.



**ELECTRICAL ENGINEERING & EQUIPMENT CO.**
953 73RD ST
WINDSOR HEIGHTS, IA  50324
(515)273-0100   FAX (515)273-0108

# INVOICE

| INVOICE DATE | INVOICE NO. |
|---|---|
| 03/19/20 | 6618023-01 |
| **P.O. NO.** | **PAGE #** |
| 338-14560 | 1 |

CUST.#: 261157
SHIP TO: RYANS ELECTRICAL SERVICES - A
CAMP DODGE M-05 ALTERATIONS
6950 NE 14TH ST STE 36
ANKENY, IA 50023

CORRESPONDENCE TO:
Electrical Engineering & Equipment Co.
P.O. Box 310365
Des Moines, IA 50331-0365

BILL TO: RYANS ELECTRICAL SERVICES - A
6950 NE 14TH ST STE 36

ANKENY, IA 50023

| INSTRUCTIONS | REFERENCE | CASH DISCOUNT: |
|---|---|---|
| HARLEY 515.289.4090 | ATTN: HARLEY | 4.96 |
| **SHIP POINT** | **SHIP VIA** | **SHIPPED** | **IF PAID BY:** |
| ** Drop Ship ** | Direct | 03/17/20 | 04/10/20 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | NET PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 2 | HUB MPS4-40LW-CW-EDU<br>MARK:TYPE L2 | 1 | 0 | 1 | each | 82.00 | 82.00 |
| 5 | DUA PGNW<br>MARK:TYPE L4 | 1 | 1 | 0 | each | 326.00 | 0.00 |
| 6 | HUB LTR-6RD-H-ML20L-DM1<br>MARK:TYPE LR1 | 1 | 1 | 0 | each | 209.00 | 0.00 |
| 9 | DUA LM130-12VI-0<br>MARK:TYPE E2 | 1 | 0 | 1 | each | 414.00 | 414.00 |
| 4 | Lines Total | Qty Shipped Total | | 2 | Total<br>Invoice Total | | 496.00<br>496.00 |

Cash Discount    4.96  If Paid By 04/10/20

Last Page    THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.OUR-TERMS.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE.



**ELECTRICAL ENGINEERING & EQUIPMENT CO.**
953 73RD ST
WINDSOR HEIGHTS, IA  50324
(515)273-0100   FAX (515)273-0108

# INVOICE

| INVOICE DATE | INVOICE NO. |
|---|---|
| 03/24/20 | 6618023-02 |
| **P.O. NO.** | **PAGE #** |
| 338-14560 | 1 |

CUST.#: 261157

SHIP TO: RYANS ELECTRICAL SERVICES - A
CAMP DODGE M-05 ALTERATIONS
6950 NE 14TH ST STE 36
ANKENY, IA 50023

CORRESPONDENCE TO:
Electrical Engineering & Equipment Co.
P.O. Box 310365
Des Moines, IA 50331-0365

BILL TO: RYANS ELECTRICAL SERVICES - A
6950 NE 14TH ST STE 36
ANKENY, IA 50023

| INSTRUCTIONS | REFERENCE | CASH DISCOUNT: |
|---|---|---|
| HARLEY 515.289.4090 | ATTN: HARLEY | 3.26 |
| **SHIP POINT** | **SHIP VIA** | **SHIPPED** | **IF PAID BY:** |
| ** Drop Ship ** | UPS GROUND | 03/23/20 | 04/10/20 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | NET PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 5 | DUA PGNW<br>MARK:TYPE L4 | 1 | 0 | 1 | each | 326.00 | 326.00 |
| 6 | HUB LTR-6RD-H-ML20L-DM1<br>MARK:TYPE LR1 | 1 | 1 | 0 | each | 209.00 | 0.00 |
| 2 | Lines Total | Qty Shipped Total | | 1 | Total<br>Invoice Total | | 326.00<br>326.00 |

Cash Discount       3.26  If Paid By 04/10/20

Last Page

THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.OUR-TERMS.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE.



**ELECTRICAL ENGINEERING & EQUIPMENT CO.**
953 73RD ST
WINDSOR HEIGHTS, IA  50324
(515)273-0100   FAX (515)273-0108

# INVOICE

| INVOICE DATE | INVOICE NO. |
|---|---|
| 03/11/20 | 6727781-00 |
| **P.O. NO.** | **PAGE #** |
| 349-014716 | 1 |

CUST.#: 261157

SHIP TO:
RYANS ELECTRICAL SERVICES - A
CAMP DODGE B-16 & B-17
7105 NW 70TH AVE.
JOHNSTON, IA 50131

CORRESPONDENCE TO:
Electrical Engineering & Equipment Co.
P.O. Box 310365
Des Moines, IA 50331-0365

BILL TO:
RYANS ELECTRICAL SERVICES - A
6950 NE 14TH ST STE 36

ANKENY, IA 50023

| INSTRUCTIONS | REFERENCE | CASH DISCOUNT: |
|---|---|---|
|  | JEFF 319-529-3798 | 0.00 |
| **SHIP POINT** | **SHIP VIA** | **SHIPPED** | **IF PAID BY:** |
| 3E - WINDSOR HEIGHTS | OT_West_WinH | 03/11/20 | 03/11/20 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | NET PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 1 | COND EMT 100<br>1 IN EMT CONDUIT | 1500 | 0 | 1500 | C | 115.11 | 1726.65 |
| 2 | COND EMT 075<br>3/4 IN EMT CONDUIT | 2500 | 0 | 2500 | C | 66.98 | 1674.50 |
| 3 | APP 7100S<br>1 IN COMP EMT CONN | 50 | 0 | 50 | C | 40.85 | 20.43 |
| 4 | APP 7075S<br>3/4 COMP EMT CONN | 200 | 0 | 200 | C | 25.98 | 51.96 |
| 5 | APP 6075S<br>3/4 COMP EMT CPLG | 100 | 0 | 100 | C | 31.64 | 31.64 |
| 6 | RAC 232<br>4SQ 2-1/8D BOX COMB KO | 200 | 0 | 200 | C | 84.95 | 169.90 |
| 7 | RAC 233<br>4SQ 2-1/8D BOX 1IN KO | 50 | 0 | 50 | C | 111.21 | 55.61 |
| 8 | CAD C6<br>BOX SUPPORT F/6-IN STUDS | 66 | 0 | 66 | C | 186.58 | 123.14 |
| 9 | MIN MINE55<br>1 IN 1H EMT STRAP | 200 | 0 | 200 | C | 27.40 | 54.80 |
| 10 | MIN MINE45<br>3/4 1H EMT STRAP | 300 | 0 | 300 | C | 15.59 | 46.77 |
| 11 | DOT KW812<br>8 X 1/2 K-LATH PHILLIPS WAFER HEAD METAL PIERCIN | 400 | 0 | 400 | C | 3.38 | 13.52 |
| 12 | DOT RMC6322<br>6-32 X 2 ROUND HEAD SLOTTED/PHLP MACH ZN | 100 | 0 | 100 | C | 7.89 | 7.89 |

Cash Discount      0.00   If Paid By 03/11/20

Continued

THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.OUR-TERMS.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE.



**ELECTRICAL ENGINEERING & EQUIPMENT CO.**
953 73RD ST
WINDSOR HEIGHTS, IA  50324
(515)273-0100   FAX (515)273-0108

# INVOICE

| INVOICE DATE | INVOICE NO. |
|---|---|
| 03/11/20 | 6727781-00 |
| **P.O. NO.** | **PAGE #** |
| 349-014716 | 2 |

CUST.#: 261157

SHIP TO:
RYANS ELECTRICAL SERVICES - A
CAMP DODGE B-16 & B-17
7105 NW 70TH AVE.
JOHNSTON, IA 50131

CORRESPONDENCE TO:
Electrical Engineering & Equipment Co.
P.O. Box 310365
Des Moines, IA 50331-0365

BILL TO:
RYANS ELECTRICAL SERVICES - A
6950 NE 14TH ST STE 36

ANKENY, IA 50023

| INSTRUCTIONS | REFERENCE | CASH DISCOUNT: |
|---|---|---|
|  | JEFF 319-529-3798 | 0.00 |
| **SHIP POINT** | **SHIP VIA** | **SHIPPED** | **IF PAID BY:** |
| 3E - WINDSOR HEIGHTS | OT_West_WinH | 03/11/20 | 03/11/20 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | NET PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 13 | DOT RMC8322<br>8-32 X 2IN ROUND HEAD   SLOTTED/PHLP MACH ZN | 100 | 0 | 100 | C | 8.74 | 8.74 |
| 14 | RAC 5324-0<br>1G WP BOX W/3 3/4IN HUBS | 6 | 0 | 6 | C | 368.87 | 22.13 |
| 15 | COND PVC SCH40 300<br>49013 3 IN SCH 40 PVC CONDUIT | 200 | 0 | 200 | C | 126.61 | 253.22 |
| 16 | PVC E940L<br>3 SCH 40 CPLG | 20 | 0 | 20 | C | 128.82 | 25.76 |
| 17 | PVC UA9AL<br>3 IN SCH 40 STD 90D EL | 6 | 0 | 6 | E | 4.93 | 29.58 |
| 18 | PVC VC9982<br>QUICK SET CEMENT - QUART 31352 | 3 | 0 | 3 | C | 1073.66 | 32.21 |
| 19 | CAD 615880<br>5/8 IN X 8FT CU GROUND ROD<br>   PR|182051 | 2 | 0 | 2 | E | 12.67 | 25.34 |
| 20 | CAD CP58<br>5/8 IN ECONOMY GRD ROD CLAMP FITS 1/2 -5/8<br>   G5 | 2 | 0 | 2 | E | 1.57 | 3.14 |
| 21 | COND PVC SCH40 200<br>49011 2 IN SCH 40 PVC CONDUIT | 130 | 0 | 130 | C | 66.14 | 85.98 |
| 22 | PVC E940J<br>2 IN SCH 40 CPLG | 12 | 0 | 12 | C | 43.04 | 5.16 |
| 23 | PVC E997J<br>2 IN SCH 40 END BELL | 4 | 0 | 4 | C | 288.08 | 11.52 |
| 23 | Lines Total | Qty Shipped Total | | 6151 | Total | | 4479.59 |
|  |  |  |  |  | Taxes |  | 313.57 |
|  |  |  |  |  | Invoice Total |  | 4793.16 |
|  |  |  |  | Cash Discount | 0.00 | If Paid By 03/11/20 |  |

Last Page    THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.OUR-TERMS.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE.



**ELECTRICAL ENGINEERING & EQUIPMENT CO.**
953 73RD ST
WINDSOR HEIGHTS, IA  50324
(515)273-0100   FAX (515)273-0108

# INVOICE

| INVOICE DATE | INVOICE NO. |
|---|---|
| 03/16/20 | 6729584-00 |
| **P.O. NO.** | **PAGE #** |
| 349-14719 | 1 |

CUST.#: 261157

SHIP TO: RYANS ELECTRICAL SERVICES - A
CAMP DODGE B-16 & B-17
1920 SE 41ST
GRIMES, IA 50111

CORRESPONDENCE TO:
Electrical Engineering & Equipment Co.
P.O. Box 310365
Des Moines, IA 50331-0365

BILL TO: RYANS ELECTRICAL SERVICES - A
6950 NE 14TH ST STE 36

ANKENY, IA 50023

| INSTRUCTIONS | REFERENCE | CASH DISCOUNT: |
|---|---|---|
| CALL ALAN 319-415-4595 | | 0.00 |
| **SHIP POINT** | **SHIP VIA** | **SHIPPED** | **IF PAID BY:** |
| 3E - WINDSOR HEIGHTS | WH PU ON WAY | 03/16/20 | 03/16/20 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | NET PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 1 | RAC 769<br>4IN SQ 5/8D 2G SW RING | 40 | 0 | 40 | C | 45.56 | 18.22 |
| 2 | RAC 768<br>4IN SQ 5/8D 1G SW RING | 50 | 0 | 50 | C | 39.17 | 19.59 |
| 2 | Lines Total | Qty Shipped Total | | 90 | Total<br>Taxes<br>Invoice Total | | 37.81<br>2.65<br>40.46 |

Cash Discount      0.00   If Paid By 03/16/20

Last Page         THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.OUR-TERMS.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE.



**ELECTRICAL ENGINEERING & EQUIPMENT CO.**
953 73RD ST
WINDSOR HEIGHTS, IA  50324
(515)273-0100  FAX (515)273-0108

# INVOICE

| INVOICE DATE | INVOICE NO. |
|---|---|
| 03/24/20 | 6731091-01 |
| **P.O. NO.** | **PAGE #** |
| 349-14698 | 1 |

CUST.#: 261157

SHIP TO: RYANS ELECTRICAL SERVICES - A
CAMP DODGE B-16 & B-17
1920 SE 41ST
GRIMES, IA 50111

CORRESPONDENCE TO:
Electrical Engineering & Equipment Co.
P.O. Box 310365
Des Moines, IA 50331-0365

BILL TO: RYANS ELECTRICAL SERVICES - A
6950 NE 14TH ST STE 36

ANKENY, IA 50023

| INSTRUCTIONS | REFERENCE | CASH DISCOUNT: |
|---|---|---|
|  | Q-1226084 Q2C 42842858 | 0.00 |
| **SHIP POINT** | **SHIP VIA** | **SHIPPED** | **IF PAID BY:** |
| ** Drop Ship ** | UPS GROUND | 03/23/20 | 03/24/20 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | NET PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 3 | NQ MB PNLB   (INT BOX TRI PANEL P-16 | 1 | 1 | 0 | each | 0.00 | 0.00 |
| 4 | SSP01EMA32 | 2 | 0 | 2 | each | 0.00 | 0.00 |
| 5 | NQ MB PNLB   (INT BOX TRI PANEL P-17 | 1 | 1 | 0 | each | 0.00 | 0.00 |
| 10 | SQD LOTPRICE-1 Non Stock | 1 | 0 | 1 | each | 3249.00 | 3249.00 |
| 11 | SQD LOTPRICE-2 Non Stock | 1 | 1 | 0 | each | 1576.00 | 0.00 |
| 5 | Lines Total | Qty Shipped Total | | 3 | Total Invoice Total | | 3249.00 3249.00 |

Cash Discount     0.00  If Paid By 03/24/20

Last Page

THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.OUR-TERMS.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE.



**ELECTRICAL ENGINEERING & EQUIPMENT CO.**
953 73RD ST
WINDSOR HEIGHTS, IA  50324
(515)273-0100  FAX (515)273-0108

# INVOICE

| INVOICE DATE | INVOICE NO. |
|---|---|
| 03/18/20 | 6734114-00 |
| **P.O. NO.** | **PAGE #** |
| 349-14726 | 1 |

CUST.#: 261157
SHIP TO: RYANS ELECTRICAL SERVICES - A
CAMP DODGE B-16 & B-17

JOHNSTON, IA 50131

CORRESPONDENCE TO:
Electrical Engineering & Equipment Co.
P.O. Box 310365
Des Moines, IA 50331-0365

BILL TO: RYANS ELECTRICAL SERVICES - A
6950 NE 14TH ST STE 36

ANKENY, IA 50023

| INSTRUCTIONS | REFERENCE | CASH DISCOUNT: |
|---|---|---|
| | | 0.00 |
| **SHIP POINT** | **SHIP VIA** | **SHIPPED** | **IF PAID BY:** |
| 3E - WINDSOR HEIGHTS | WH PU ON WAY | 03/18/20 | 03/18/20 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | NET PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 1 | CAD TSGB16<br>16 IN OUTLET BOX BRACKET ADJ SCREW GUN BRACKET | 30 | 0 | 30 | C | 214.57 | 64.37 |
| 1 | Lines Total | Qty Shipped Total | | 30 | Total<br>Taxes<br>Invoice Total | | 64.37<br>4.51<br>68.88 |

Cash Discount    0.00  If Paid By 03/18/20

Last Page       THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.OUR-TERMS.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE.