# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Ryan's Electrical Services, LLC, ) | |
| ) | Bankruptcy No. 20-00411 |
| Debtor. ) | |

## REQUEST FOR ALLOWANCE AND PAYMENT OF SECTION 503(b)(9) ADMINISTRATIVE CLAIM

Creditor Consolidated Electrical Distributors, Inc. d/b/a Electrical Engineering & Equipment ("3E"), by and through its undersigned counsel, submits this *Request for Allowance and Payment of Section 503(b)(9) Administrative Claim*, and in support thereof respectfully states as follows:

1. On March 25, 2020 (the "Petition Date"), Ryan's Electrical Services, LLC (the "Debtor") filed a petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Iowa.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. 3E is a distributor of electrical engineering equipment with its principal place of business at 953 73rd Street, Windsor Heights, IA 50324.

4. Within the twenty (20) days immediately preceding the Petition Date (the "503(b)(9) Period"), 3E sold and Debtor received certain goods ("Goods") in the ordinary course of Debtor's business, which have an aggregate value of $13,421.50 (the "Administrative Expense Claim"). Copies of the invoices detailing the Goods sold to the Debtor during the 503(b)(9) Period, and evidence of delivery, are attached hereto as **Exhibit A** and incorporated by reference. 3E has not been paid for these Goods.

5.  Section 503(b)(9) of the Bankruptcy Code, 11 U.S.C. § 503(b)(9), provides that, after notice and a hearing, the bankruptcy court shall allow an administrative expense for claims of a seller for the value of any goods received by the debtor in the ordinary course of business within twenty (20) days prior to the filing of its bankruptcy petition. 3E is entitled to an administrative expense claim for the value of the Goods sold to and received by the Debtor.

6.  3E reserves its right to assert additional claims against the Debtor for amounts not contemplated by this request or allowed by the Court pursuant to § 503(b)(9) of the Bankruptcy Code, and to amend, modify, and/or supplement this request, as appropriate under the circumstances.

WHEREFORE, 3E respectfully asks the Court to enter an order allowing 3E's Administrative Expense Claim pursuant to Section 503(b)(9) of the Bankruptcy Code and grant such other and further relief as this Court deems just and appropriate.

## Notice

Please take notice that any objection or resistance to this *Request for Allowance and Payment of Section 503(b)(9) Administrative Claim* must be filed on or before **June 3, 2020** (the "Resistance Date"). If no objection or resistance is timely filed on or before the Resistance Date, the Court may enter an order in favor of the moving party.

Dated this 13th day of May, 2020.

> HUSCH BLACKWELL LLP
> Attorneys for Consolidated Electrical
> Distributors, Inc. d/b/a Electrical Engineering
> & Equipment Company
>
>
> By: /s/ *Michael D. Fielding*
> Michael D. Fielding (AT0013551)
> 4801 Main Street, Suite 1000
> Kansas City, MO 64112
> 816.983.8353
> 816.983.808 (fax)
> michael.fielding@huschblackwell.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that the foregoing Request for Allowance and Payment of Section 503(b)(9) Administrative Claim was filed with the Clerk of the Court using the CM/ECF system which gave notification electronically upon all parties, and I hereby certify that I have also mailed the same by regular United States mail, postage prepaid, to the following this 13th day of May, 2020:

| | |
|---|---|
| L. Ashley Zubal<br>U.S. Trustee<br>210 Walnut Street, Rm 793<br>Des Moines, IA 50309-2108 | Robert Cardell Gainer<br>Cutler Law Firm<br>1307 50th Street<br>West Des Moines, IA 50266 |
| Kevin D. Ahrenholz<br>620 Lafayette Street<br>P. O. Box 178<br>Waterloo, IA 50704-0178 | Douglas Dean Flugum<br>Bugeye Ventures, Inc.<br>P. O. Box 308<br>Cedar Rapids, IA 52406 |

> /s/ *Michael D. Fielding*
> Michael D. Fielding

DocID: 4852-3849-3065.2



**ELECTRICAL ENGINEERING & EQUIPMENT CO.**
953 73RD ST
WINDSOR HEIGHTS, IA  50324
(515)273-0100   FAX (515)273-0108

# INVOICE

| INVOICE DATE | INVOICE NO. |
|---|---|
| 03/16/20 | 6618023-00 |
| **P.O. NO.** | **PAGE #** |
| 338-14560 | 1 |

CUST.#: 261157

SHIP TO:
RYANS ELECTRICAL SERVICES - A
CAMP DODGE M-05 ALTERATIONS
6950 NE 14TH ST STE 36
ANKENY, IA 50023

CORRESPONDENCE TO:
Electrical Engineering & Equipment Co.
P.O. Box 310365
Des Moines, IA 50331-0365

BILL TO:
RYANS ELECTRICAL SERVICES - A
6950 NE 14TH ST STE 36

ANKENY, IA 50023

| INSTRUCTIONS | REFERENCE | CASH DISCOUNT: |
|---|---|---|
| HARLEY 515.289.4090 | ATTN: HARLEY | 44.48 |
| **SHIP POINT** | **SHIP VIA** | **SHIPPED** | **IF PAID BY:** |
| ** Drop Ship ** | Direct | 03/16/20 | 04/10/20 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | NET PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 1 | HUB LCAT24-40LWG-EDU<br>MARK:TYPE L1 | 38 | 0 | 38 | each | 82.00 | 3116.00 |
| 2 | HUB MPS4-40LW-CW-EDU<br>MARK:TYPE L2 | 1 | 1 | 0 | each | 82.00 | 0.00 |
| 5 | DUA PGNW<br>MARK:TYPE L4 | 1 | 1 | 0 | each | 326.00 | 0.00 |
| 6 | HUB LTR-6RD-H-ML20L-DM1<br>MARK:TYPE LR1 | 1 | 1 | 0 | each | 209.00 | 0.00 |
| 7 | HUB LTR-6RD-T-ML40K8XW-SS<br>MARK:TYPE LR1 | 1 | 0 | 1 | each | 0.00 | 0.00 |
| 8 | HUB EV2<br>MARK:TYPE E1 | 5 | 0 | 5 | each | 47.00 | 235.00 |
| 9 | DUA LM130-12VI-0<br>MARK:TYPE E2 | 1 | 1 | 0 | each | 414.00 | 0.00 |
| 10 | DUA EVEURWE<br>MARK:TYPE X1 | 2 | 0 | 2 | each | 36.00 | 72.00 |
| 11 | HCS LOT PRICE FOR THE FOLLOWING CONTROLS: | 1 | 0 | 1 | each | 1025.00 | 1025.00 |
| 12 | HCS LHIRS1-G-IV | 8 | 0 | 8 | each | 0.00 | 0.00 |
| 13 | HCS OMNIUS2000RP | 3 | 0 | 3 | each | 0.00 | 0.00 |
| 14 | HCS UVPP | 1 | 0 | 1 | each | 0.00 | 0.00 |

Cash Discount    44.48   If Paid By 04/10/20

Continued

THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.OUR-TERMS.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE.



**ELECTRICAL ENGINEERING & EQUIPMENT CO.**
953 73RD ST
WINDSOR HEIGHTS, IA  50324
(515)273-0100  FAX (515)273-0108

# INVOICE

| INVOICE DATE | INVOICE NO. |
|---|---|
| 03/16/20 | 6618023-00 |
| P.O. NO. | PAGE # |
| 338-14560 | 2 |

CUST.#: 261157

SHIP TO: RYANS ELECTRICAL SERVICES - A
CAMP DODGE M-05 ALTERATIONS
6950 NE 14TH ST STE 36
ANKENY, IA 50023

CORRESPONDENCE TO:
Electrical Engineering & Equipment Co.
P.O. Box 310365
Des Moines, IA 50331-0365

BILL TO: RYANS ELECTRICAL SERVICES - A
6950 NE 14TH ST STE 36
ANKENY, IA 50023

| INSTRUCTIONS | REFERENCE | | CASH DISCOUNT: |
|---|---|---|---|
| HARLEY 515.289.4090 | ATTN: HARLEY | | 44.48 |
| SHIP POINT | SHIP VIA | SHIPPED | IF PAID BY: |
| ** Drop Ship ** | Direct | 03/16/20 | 04/10/20 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | NET PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 12 | Lines Total | | Qty Shipped Total | 59 | Total | | 4448.00 |
| | | | | | Invoice Total | | 4448.00 |

Cash Discount    44.48   If Paid By 04/10/20

Last Page

THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.OUR-TERMS.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE.



**ELECTRICAL ENGINEERING & EQUIPMENT CO.**
953 73RD ST
WINDSOR HEIGHTS, IA  50324
(515)273-0100   FAX (515)273-0108

# INVOICE

| INVOICE DATE | INVOICE NO. |
|---|---|
| 03/19/20 | 6618023-01 |
| **P.O. NO.** | **PAGE #** |
| 338-14560 | 1 |

CUST.#: 261157

SHIP TO: RYANS ELECTRICAL SERVICES - A
CAMP DODGE M-05 ALTERATIONS
6950 NE 14TH ST STE 36
ANKENY, IA 50023

CORRESPONDENCE TO:
Electrical Engineering & Equipment Co.
P.O. Box 310365
Des Moines, IA 50331-0365

BILL TO: RYANS ELECTRICAL SERVICES - A
6950 NE 14TH ST STE 36

ANKENY, IA 50023

| INSTRUCTIONS | REFERENCE | CASH DISCOUNT: |
|---|---|---|
| HARLEY 515.289.4090 | ATTN: HARLEY | 4.96 |
| **SHIP POINT** | **SHIP VIA** | **SHIPPED** | **IF PAID BY:** |
| ** Drop Ship ** | Direct | 03/17/20 | 04/10/20 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | NET PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 2 | HUB MPS4-40LW-CW-EDU<br>MARK:TYPE L2 | 1 | 0 | 1 | each | 82.00 | 82.00 |
| 5 | DUA PGNW<br>MARK:TYPE L4 | 1 | 1 | 0 | each | 326.00 | 0.00 |
| 6 | HUB LTR-6RD-H-ML20L-DM1<br>MARK:TYPE LR1 | 1 | 1 | 0 | each | 209.00 | 0.00 |
| 9 | DUA LM130-12VI-0<br>MARK:TYPE E2 | 1 | 0 | 1 | each | 414.00 | 414.00 |
| 4 | Lines Total | Qty Shipped Total | | 2 | Total<br>Invoice Total | | 496.00<br>496.00 |

Cash Discount    4.96  If Paid By 04/10/20

Last Page

THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.OUR-TERMS.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE.



**ELECTRICAL ENGINEERING & EQUIPMENT CO.**
953 73RD ST
WINDSOR HEIGHTS, IA  50324
(515)273-0100   FAX (515)273-0108

# INVOICE

| INVOICE DATE | INVOICE NO. |
|---|---|
| 03/24/20 | 6618023-02 |
| **P.O. NO.** | **PAGE #** |
| 338-14560 | 1 |

CUST.#:  261157

SHIP TO: RYANS ELECTRICAL SERVICES - A
CAMP DODGE M-05 ALTERATIONS
6950 NE 14TH ST STE 36
ANKENY, IA 50023

CORRESPONDENCE TO:
Electrical Engineering & Equipment Co.
P.O. Box 310365
Des Moines, IA 50331-0365

BILL TO: RYANS ELECTRICAL SERVICES - A
6950 NE 14TH ST STE 36
ANKENY, IA 50023

| INSTRUCTIONS | REFERENCE | CASH DISCOUNT: |
|---|---|---|
| HARLEY 515.289.4090 | ATTN: HARLEY | 3.26 |
| **SHIP POINT** | **SHIP VIA** | **SHIPPED** | **IF PAID BY:** |
| ** Drop Ship ** | UPS GROUND | 03/23/20 | 04/10/20 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | NET PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 5 | DUA PGNW<br>MARK:TYPE L4 | 1 | 0 | 1 | each | 326.00 | 326.00 |
| 6 | HUB LTR-6RD-H-ML20L-DM1<br>MARK:TYPE LR1 | 1 | 1 | 0 | each | 209.00 | 0.00 |
| 2 | Lines Total | Qty Shipped Total | | 1 | Total<br>Invoice Total | | 326.00<br>326.00 |

Cash Discount    3.26  If Paid By 04/10/20

Last Page

THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.OUR-TERMS.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE.



**ELECTRICAL ENGINEERING & EQUIPMENT CO.**
953 73RD ST
WINDSOR HEIGHTS, IA  50324
(515)273-0100   FAX (515)273-0108

# INVOICE

| INVOICE DATE | INVOICE NO. |
|---|---|
| 03/11/20 | 6727781-00 |
| **P.O. NO.** | **PAGE #** |
| 349-014716 | 1 |

CUST.#: 261157

SHIP TO:
RYANS ELECTRICAL SERVICES - A
CAMP DODGE B-16 & B-17
7105 NW 70TH AVE.
JOHNSTON, IA 50131

CORRESPONDENCE TO:
Electrical Engineering & Equipment Co.
P.O. Box 310365
Des Moines, IA 50331-0365

BILL TO:
RYANS ELECTRICAL SERVICES - A
6950 NE 14TH ST STE 36

ANKENY, IA 50023

| INSTRUCTIONS | REFERENCE | CASH DISCOUNT: |
|---|---|---|
|  | JEFF 319-529-3798 | 0.00 |
| **SHIP POINT** | **SHIP VIA** | **SHIPPED** | **IF PAID BY:** |
| 3E - WINDSOR HEIGHTS | OT_West_WinH | 03/11/20 | 03/11/20 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | NET PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 1 | COND EMT 100<br>1 IN EMT CONDUIT | 1500 | 0 | 1500 | C | 115.11 | 1726.65 |
| 2 | COND EMT 075<br>3/4 IN EMT CONDUIT | 2500 | 0 | 2500 | C | 66.98 | 1674.50 |
| 3 | APP 7100S<br>1 IN COMP EMT CONN | 50 | 0 | 50 | C | 40.85 | 20.43 |
| 4 | APP 7075S<br>3/4 COMP EMT CONN | 200 | 0 | 200 | C | 25.98 | 51.96 |
| 5 | APP 6075S<br>3/4 COMP EMT CPLG | 100 | 0 | 100 | C | 31.64 | 31.64 |
| 6 | RAC 232<br>4SQ 2-1/8D BOX COMB KO | 200 | 0 | 200 | C | 84.95 | 169.90 |
| 7 | RAC 233<br>4SQ 2-1/8D BOX 1IN KO | 50 | 0 | 50 | C | 111.21 | 55.61 |
| 8 | CAD C6<br>BOX SUPPORT F/6-IN STUDS | 66 | 0 | 66 | C | 186.58 | 123.14 |
| 9 | MIN MINE55<br>1 IN 1H EMT STRAP | 200 | 0 | 200 | C | 27.40 | 54.80 |
| 10 | MIN MINE45<br>3/4 1H EMT STRAP | 300 | 0 | 300 | C | 15.59 | 46.77 |
| 11 | DOT KW812<br>8 X 1/2 K-LATH PHILLIPS WAFER HEAD METAL PIERCIN | 400 | 0 | 400 | C | 3.38 | 13.52 |
| 12 | DOT RMC6322<br>6-32 X 2 ROUND HEAD SLOTTED/PHLP MACH ZN | 100 | 0 | 100 | C | 7.89 | 7.89 |

Cash Discount    0.00  If Paid By 03/11/20

Continued

THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.OUR-TERMS.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE.



**ELECTRICAL ENGINEERING & EQUIPMENT CO.**
953 73RD ST
WINDSOR HEIGHTS, IA  50324
(515)273-0100   FAX (515)273-0108

# INVOICE

| INVOICE DATE | INVOICE NO. |
|---|---|
| 03/11/20 | 6727781-00 |
| P.O. NO. | PAGE # |
| 349-014716 | 2 |

CUST.#: 261157

SHIP TO:
RYANS ELECTRICAL SERVICES - A
CAMP DODGE B-16 & B-17
7105 NW 70TH AVE.
JOHNSTON, IA 50131

CORRESPONDENCE TO:
Electrical Engineering & Equipment Co.
P.O. Box 310365
Des Moines, IA 50331-0365

BILL TO:
RYANS ELECTRICAL SERVICES - A
6950 NE 14TH ST STE 36
ANKENY, IA 50023

| INSTRUCTIONS | REFERENCE | CASH DISCOUNT: |
|---|---|---|
|  | JEFF 319-529-3798 | 0.00 |
| **SHIP POINT** | **SHIP VIA** | **SHIPPED** | **IF PAID BY:** |
| 3E - WINDSOR HEIGHTS | OT_West_WinH | 03/11/20 | 03/11/20 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | NET PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 13 | DOT RMC8322<br>8-32 X 2IN ROUND HEAD  SLOTTED/PHLP MACH ZN | 100 | 0 | 100 | C | 8.74 | 8.74 |
| 14 | RAC 5324-0<br>1G WP BOX W/3 3/4IN HUBS | 6 | 0 | 6 | C | 368.87 | 22.13 |
| 15 | COND PVC SCH40 300<br>49013 3 IN SCH 40 PVC CONDUIT | 200 | 0 | 200 | C | 126.61 | 253.22 |
| 16 | PVC E940L<br>3 SCH 40 CPLG | 20 | 0 | 20 | C | 128.82 | 25.76 |
| 17 | PVC UA9AL<br>3 IN SCH 40 STD 90D EL | 6 | 0 | 6 | E | 4.93 | 29.58 |
| 18 | PVC VC9982<br>QUICK SET CEMENT - QUART 31352 | 3 | 0 | 3 | C | 1073.66 | 32.21 |
| 19 | CAD 615880<br>5/8 IN X 8FT CU GROUND ROD<br>  PR|182051 | 2 | 0 | 2 | E | 12.67 | 25.34 |
| 20 | CAD CP58<br>5/8 IN ECONOMY GRD ROD CLAMP FITS 1/2 -5/8<br>  G5 | 2 | 0 | 2 | E | 1.57 | 3.14 |
| 21 | COND PVC SCH40 200<br>49011 2 IN SCH 40 PVC CONDUIT | 130 | 0 | 130 | C | 66.14 | 85.98 |
| 22 | PVC E940J<br>2 IN SCH 40 CPLG | 12 | 0 | 12 | C | 43.04 | 5.16 |
| 23 | PVC E997J<br>2 IN SCH 40 END BELL | 4 | 0 | 4 | C | 288.08 | 11.52 |
| 23 | Lines Total | Qty Shipped Total |  | 6151 | Total |  | 4479.59 |
|  |  |  |  |  | Taxes |  | 313.57 |
|  |  |  |  |  | Invoice Total |  | 4793.16 |
|  |  |  |  | Cash Discount |  | 0.00 If Paid By 03/11/20 |

Last Page    THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.OUR-TERMS.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE.



**ELECTRICAL ENGINEERING & EQUIPMENT CO.**
953 73RD ST
WINDSOR HEIGHTS, IA  50324
(515)273-0100   FAX (515)273-0108

# INVOICE

| INVOICE DATE | INVOICE NO. |
|---|---|
| 03/16/20 | 6729584-00 |
| **P.O. NO.** | **PAGE #** |
| 349-14719 | 1 |

CUST.#: 261157

SHIP TO: RYANS ELECTRICAL SERVICES - A
CAMP DODGE B-16 & B-17
1920 SE 41ST
GRIMES, IA 50111

CORRESPONDENCE TO:
Electrical Engineering & Equipment Co.
P.O. Box 310365
Des Moines, IA 50331-0365

BILL TO: RYANS ELECTRICAL SERVICES - A
6950 NE 14TH ST STE 36

ANKENY, IA 50023

| INSTRUCTIONS | REFERENCE | CASH DISCOUNT: |
|---|---|---|
| CALL ALAN 319-415-4595 | | 0.00 |
| **SHIP POINT** | **SHIP VIA** | **SHIPPED** | **IF PAID BY:** |
| 3E - WINDSOR HEIGHTS | WH PU ON WAY | 03/16/20 | 03/16/20 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | NET PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 1 | RAC 769<br>4IN SQ 5/8D 2G SW RING | 40 | 0 | 40 | C | 45.56 | 18.22 |
| 2 | RAC 768<br>4IN SQ 5/8D 1G SW RING | 50 | 0 | 50 | C | 39.17 | 19.59 |
| 2 | Lines Total | Qty Shipped Total | | 90 | Total<br>Taxes<br>Invoice Total | | 37.81<br>2.65<br>40.46 |

Cash Discount    0.00  If Paid By 03/16/20

Last Page        THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.OUR-TERMS.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE.



**ELECTRICAL ENGINEERING & EQUIPMENT CO.**
953 73RD ST
WINDSOR HEIGHTS, IA  50324
(515)273-0100  FAX (515)273-0108

# INVOICE

| INVOICE DATE | INVOICE NO. |
|---|---|
| 03/24/20 | 6731091-01 |
| P.O. NO. | PAGE # |
| 349-14698 | 1 |

CUST.#: 261157

SHIP TO:
RYANS ELECTRICAL SERVICES - A
CAMP DODGE B-16 & B-17
1920 SE 41ST
GRIMES, IA 50111

CORRESPONDENCE TO:
Electrical Engineering & Equipment Co.
P.O. Box 310365
Des Moines, IA 50331-0365

BILL TO:
RYANS ELECTRICAL SERVICES - A
6950 NE 14TH ST STE 36

ANKENY, IA 50023

| INSTRUCTIONS | REFERENCE | CASH DISCOUNT: |
|---|---|---|
|  | Q-1226084 Q2C 42842858 | 0.00 |
| SHIP POINT | SHIP VIA | SHIPPED | IF PAID BY: |
| ** Drop Ship ** | UPS GROUND | 03/23/20 | 03/24/20 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | NET PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 3 | NQ MB PNLB  (INT BOX TRI<br>PANEL P-16 | 1 | 1 | 0 | each | 0.00 | 0.00 |
| 4 | SSP01EMA32 | 2 | 0 | 2 | each | 0.00 | 0.00 |
| 5 | NQ MB PNLB  (INT BOX TRI<br>PANEL P-17 | 1 | 1 | 0 | each | 0.00 | 0.00 |
| 10 | SQD LOTPRICE-1<br>Non Stock | 1 | 0 | 1 | each | 3249.00 | 3249.00 |
| 11 | SQD LOTPRICE-2<br>Non Stock | 1 | 1 | 0 | each | 1576.00 | 0.00 |
| 5 | Lines Total | Qty Shipped Total | | 3 | Total<br>Invoice Total | | 3249.00<br>3249.00 |

Cash Discount     0.00   If Paid By 03/24/20

Last Page

THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.OUR-TERMS.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE.



**ELECTRICAL ENGINEERING & EQUIPMENT CO.**
953 73RD ST
WINDSOR HEIGHTS, IA  50324
(515)273-0100   FAX (515)273-0108

# INVOICE

| INVOICE DATE | INVOICE NO. |
|---|---|
| 03/18/20 | 6734114-00 |
| **P.O. NO.** | **PAGE #** |
| 349-14726 | 1 |

CUST.#: 261157
SHIP TO: RYANS ELECTRICAL SERVICES - A
CAMP DODGE B-16 & B-17

JOHNSTON, IA 50131

CORRESPONDENCE TO:
Electrical Engineering & Equipment Co.
P.O. Box 310365
Des Moines, IA 50331-0365

BILL TO: RYANS ELECTRICAL SERVICES - A
6950 NE 14TH ST STE 36

ANKENY, IA 50023

| INSTRUCTIONS | REFERENCE | CASH DISCOUNT: |
|---|---|---|
|  |  | 0.00 |
| **SHIP POINT** | **SHIP VIA** | **SHIPPED** | **IF PAID BY:** |
| 3E - WINDSOR HEIGHTS | WH PU ON WAY | 03/18/20 | 03/18/20 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | NET PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 1 | CAD TSGB16<br>16 IN OUTLET BOX BRACKET ADJ SCREW GUN BRACKET | 30 | 0 | 30 | C | 214.57 | 64.37 |
| 1 | Lines Total | Qty Shipped Total |  | 30 | Total<br>Taxes<br>Invoice Total |  | 64.37<br>4.51<br>68.88 |

Cash Discount   0.00   If Paid By 03/18/20

Last Page      THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.OUR-TERMS.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE.