**Fill in this information to identify the case**

Debtor name     **Ryan's Electrical Services, LLC.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF IOWA**

Case number
(if known)

☑ Check if this is an
    amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes.  Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**      Current value of
   debtor's interest

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Community State Bank acount** | **Checking account** | __ __ __ __ | **$0.00** |
| 3.2. **US Bank checking account** | **Checking account** | __ __ __ __ | **$30,408.40** |

4. **Other cash equivalents**     *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.      **$30,408.40**

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☑ Yes.  Fill in the information below.

**Current value of
debtor's interest**

**7.**  **Deposits, including security deposits and utility deposits**

     Description, including name of holder of deposit

7.1.  **Security deposit on leased premises**_____    **$3,750.00**

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

**9.**  **Total of Part 2.**
     Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | **$3,750.00** |

---

## Part 3:  Accounts receivable

**10.**  **Does the debtor have any accounts receivable?**

☐  No. Go to Part 4.
☑  Yes. Fill in the information below.

**Current value of
debtor's interest**

**11.**  **Accounts receivable**

11a.  90 days old or less:    __$423,942.49__  –  __$20,000.00__  = ..............➜    __$403,942.49__
                      face amount              doubtful or uncollectible accounts

11b.  Over 90 days old:    __$112,962.38__  –  __$10,000.00__  = ..............➜    __$102,962.38__
                    face amount              doubtful or uncollectible accounts

**12.**  **Total of Part 3**
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | |
|---|---|
| | **$506,904.87** |

---

## Part 4:  Investments

**13.**  **Does the debtor own any investments?**

☑  No. Go to Part 5.
☐  Yes. Fill in the information below.

**Valuation method
used for current value**     **Current value of
debtor's interest**

**14.**  **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

**15.**  **Non-publicly traded stock and interests in incorporated and unincorporated
businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                   % of ownership:

**16.**  **Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1**

     Describe:

**17.**  **Total of Part 4**
     Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | **$0.00** |

---

## Part 5:  Inventory, excluding agriculture assets

**18.**  **Does the debtor own any inventory (excluding agriculture assets)?**

☐  No. Go to Part 6.
☑  Yes. Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| Inventory | 12/31/2019 | $169,941.51 | Auction of materials | $15,000.00 |

**20. Work in progress**

**21. Finished goods, including goods held for resale**

**22. Other inventory or supplies**

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

| $15,000.00 |
|---|

**24. Is any of the property listed in Part 5 perishable?**
- ☒ No
- ☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☒ No
- ☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
- ☒ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

| $0.00 |
|---|

**34. Is the debtor a member of an agricultural cooperative?**
- ☐ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
- ☐ No
- ☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **Office furniture and equipment: computers, desks, chairs** | **$108,040.38** | Auction value | **$20,000.00** |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.  Collectibles**  _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.  Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| **$20,000.00** |
|---|

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2018 Chevy Express** | | | **Unknown** |
| 47.2.  **2019 Chevy Express** | | | **Unknown** |
| 47.3.  **2019 Chevy Malibu** | | | **Unknown** |
| 47.4.  **2019 Chevy Silverado** | | | **Unknown** |
| 47.5.  **2018 Silverado** | | | **Unknown** |
| 47.6.  **2018 Silverado** | | | **Unknown** |
| 47.7.  **2018 Chevy Malibu** | | | **Unknown** |
| 47.8.  **(VIN Ending) (Vehicles)** | | | |
| **196 2017 Silveradod C1500 050 2017 Silverado C1500** | | Auction | **$25,800.00** |

47.9.   **(VIN Ending) (Vehicles)**

| | | |
|---|---|---|
| **256 2012 Chevy Colorado** | | |
| **232 2012 Chevy Colorado** | | |
| **321 2007 Chevy Colorado** | | |
| **435 2009 Chevy Colorado** | | |
| **457 2009 Chevy Colorado** | | |
| **718 2009 Chevy Colorado** | | |
| **107 2005 Chevy Colorado** | | |
| **305 2009 Chevy 2500 Express** | | |
| **204 2008 Chevy Express AWD** | | |
| **309 2005 Ford E250** | | |
| **102 1999 Ford F350** | **Auction/Market** | **$26,194.00** |

47.10. **Trailers (6)**            **Market/Auction**        **$6,000.00**

**48.**   **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**   **Aircraft and accessories**

**50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

     **3 scissor lifts @$5,000.00 each**
     **Handtools @ $7,500.00**            **Auction value**        **$22,500.00**

**51.**   **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                 **$80,494.00**

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:   Real property

**54.**   **Does the debtor own or lease any real property?**

☑ No.   Go to Part 10.
☐ Yes.   Fill in the information below.

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

**56.**   **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.        **$0.00**

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☐ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☐ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    __Loan to shareholder Ryan Etten / offset by obligation on capital contributions_____  $143,106.67

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.

    | $143,106.67 |

| Debtor | Ryan's Electrical Services, LLC. | Case number (if known) |
|---|---|---|
| | Name | |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $30,408.40 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $3,750.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $506,904.87 | |
| **83. Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $15,000.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,000.00 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $80,494.00 | |
| **88. Real property.** *Copy line 56, Part 9.*.............................................➜ | | $0.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $143,106.67 | |
| **91. Total.** Add lines 80 through 90 for each column. 91a. | $799,663.94 | + 91b. $0.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.............................................................  $799,663.94

**Fill in this information to identify the case:**

Debtor    **Ryan's Electrical Services, LLC.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF IOWA**

Case number
(if known)

☑ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No.  Go to Part 2.
   ☑ Yes.  Go to line 2.

2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1**   Priority creditor's name and mailing address

**Alan R. Atwood**

**2732 Chicago Ave.**

**Des Moines**    **IA**    **50317**

**Date or dates debt was incurred**

**Last 4 digits of account
number**   __ __ __ __

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

**Accrued Vacation**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$1,014.66**    Priority amount: **$1,014.66**

---

**2.2**   Priority creditor's name and mailing address

**Bill J. Mangano**

**721 First Street**

**Redfield**    **IA**    **50233**

**Date or dates debt was incurred**

**Last 4 digits of account
number**   __ __ __ __

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

**Accrued Vacation**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$3,750.00**    Priority amount: **$3,750.00**

## Part 1:  Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.3**  Priority creditor's name and mailing address

**Bob W. Mangano**

**1214 Thomas Street**

**PO Box 79**

_____

**Redfield**  **IA**  **50233**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  __ __  __ __  __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **5** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**401(k) Funds Owed**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim** $833.20   **Priority amount** $833.20

---

**2.4**  Priority creditor's name and mailing address

**Bob W. Mangano**

**1214 Thomas Street**

**PO Box 79**

_____

**Redfield**  **IA**  **50233**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  __ __  __ __  __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Accrued Vacation**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim** $153.33   **Priority amount** $153.33

---

**2.5**  Priority creditor's name and mailing address

**Brenden J. Etten**

**5041 Southfork Lane**

_____

_____

**Waterloo**  **IA**  **50701**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  __ __  __ __  __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **5** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**401(k) Funds Owed**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim** $330.00   **Priority amount** $330.00

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                                             Total claim     Priority amount

**2.6**   Priority creditor's name and mailing address

**Brittany L. Finn**

**5041 Southfork Lane**

_____

_____

**Waterloo**        **IA**     **50701**

Date or dates debt was incurred

_____

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **5**   )

As of the petition filing date, the
claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**401(k) Funds Owed**

Is the claim subject to offset?

☑ No
☐ Yes

**$460.50**       **$460.50**

---

**2.7**   Priority creditor's name and mailing address

**Carrie M. Etten**

**5041 Southfork Lane**

_____

_____

**Waterloo**        **IA**     **50701**

Date or dates debt was incurred

_____

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **5**   )

As of the petition filing date, the
claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**401(k) Funds Owed**

Is the claim subject to offset?

☑ No
☐ Yes

**$1,861.64**       **$1,861.64**

---

**2.8**   Priority creditor's name and mailing address

**Chad M. Malone**

**1501 W. Howard Street**

_____

_____

**Knoxville**        **IA**     **50138**

Date or dates debt was incurred

_____

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **5**   )

As of the petition filing date, the
claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**401(k) Funds Owed**

Is the claim subject to offset?

☑ No
☐ Yes

**$899.32**       **$899.32**

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.9**  Priority creditor's name and mailing address

**Chad M. Malone**

**1501 W. Howard Street**

_____

**Knoxville              IA       50138**

Date or dates debt was incurred

_____

Last 4 digits of account
number      __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**401(k) Funds Owed**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$474.08**      Priority amount **$474.08**

---

**2.10**  Priority creditor's name and mailing address

**Chadrick O. Johnson**

**1420 4th STreet**

_____

**Nevada              IA       50201**

Date or dates debt was incurred

_____

Last 4 digits of account
number      __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __5__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**401(k) Funds Owed**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$1,093.65**      Priority amount **$1,093.65**

---

**2.11**  Priority creditor's name and mailing address

**Chadrick O. Johnson**

**1420 4th Street**

_____

**Nevada              IA       50201**

Date or dates debt was incurred

_____

Last 4 digits of account
number      __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$378.40**      Priority amount **$378.40**

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.    **Total claim**    **Priority amount**

---

**2.12**    Priority creditor's name and mailing address

**Craig A. Zehner**

**6911 NW 84th Ave.**

_____

**Johnston**                          **IA        50313**

Date or dates debt was incurred

_____

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

**Accrued Vacation**

Is the claim subject to offset?

☑ No
☐ Yes

**$4,846.15**        **$4,846.15**

---

**2.13**    Priority creditor's name and mailing address

**Dennis W. Hammer Jr.**

**7721 N. 95th Ave.**

_____

**Baxter**                          **IA        50028**

Date or dates debt was incurred

_____

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __5__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**401(k) Funds Owed**

Is the claim subject to offset?

☑ No
☐ Yes

**$5,266.59**        **$5,266.59**

---

**2.14**    Priority creditor's name and mailing address

**Dennis W. Hammer Jr.**

**7721 N. 95th Avenue W.**

_____

**Baxter**                          **IA        50028**

Date or dates debt was incurred

_____

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

**Accrued Vacation**

Is the claim subject to offset?

☑ No
☐ Yes

**$1,647.00**        **$1,647.00**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.15**  Priority creditor's name and mailing address

**Don K. Joradn**

**66670 Hwy 210**

_____

**Maxwell                     IA       50161**

Date or dates debt was incurred

_____

Last 4 digits of account
number      __  __  __  __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation**
_____

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $3,511.90   **Priority amount:** $3,511.90

---

**2.16**  Priority creditor's name and mailing address

**Don K. Jordan**

**66670 Hwy 210**

_____

**Maxwell                     IA       50161**

Date or dates debt was incurred

_____

Last 4 digits of account
number      __  __  __  __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __5__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**401(k) Funds Owed**
_____

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $5,363.24   **Priority amount:** $5,363.24

---

**2.17**  Priority creditor's name and mailing address

**Harley N. Dotzenrod**

**4544 NE McDougal Lane**

_____

**Ankeny                     IA       50021**

Date or dates debt was incurred

_____

Last 4 digits of account
number      __  __  __  __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation**
_____

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $871.50   **Priority amount:** $871.50

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.18**   Priority creditor's name and mailing address
**Jeff. A. Schutte**
**1948 McKimber Street**
_____

**Harvey**                    **IA**      **50119**

Date or dates debt was incurred
_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __**5**__ )

As of the petition filing date, the
claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**401(k) Funds Owed**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$2,700.97**        **$2,700.97**

**2.19**   Priority creditor's name and mailing address
**Jeff. A. Schutte**
**1948 McKimber Street**
_____

**Harvey**                    **IA**      **50119**

Date or dates debt was incurred
_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __**4**__ )

As of the petition filing date, the
claim is: *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
**401(k) Funds Owed**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$4,197.31**        **$4,197.31**

**2.20**   Priority creditor's name and mailing address
**Jerad R. Snyder**
**2121 E. Cauler Ave. #15**
_____

**Des Moines**                **IA**      **50320**

Date or dates debt was incurred
_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __**4**__ )

As of the petition filing date, the
claim is: *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
**Accrued Vacation**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$186.08**         **$186.08**

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.21**  Priority creditor's name and mailing address

**Joe Squire**

**809 E. 18th Street N**

_____

_____

**Newton                    IA        50208**

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **5**   )

As of the petition filing date, the
claim is:  Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**401(k) Funds Owed**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$4,779.20**    Priority amount: **$4,779.20**

---

**2.22**  Priority creditor's name and mailing address

**Justin A. Sams**

**2860 NE 51st Court**

_____

_____

**Des Moines                IA        50317**

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **4**   )

As of the petition filing date, the
claim is:  Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$222.25**    Priority amount: **$222.25**

---

**2.23**  Priority creditor's name and mailing address

**Matthew L. Johnson**

**1608 High View Drive**

_____

_____

**Mt. Vernon                 IA        52314**

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **4**   )

As of the petition filing date, the
claim is:  Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$61.87**    Priority amount: **$61.87**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.24** Priority creditor's name and mailing address

**Mike Funk**

**1212 W. Belle Ave.**

_____

**Howards Grove            IA        53083**

Date or dates debt was incurred

_____

Last 4 digits of account
number     __ __    __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __5__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**401(k) Funds Owed**

Is the claim subject to offset?

☒ No
☐ Yes

Total claim: **$6,298.16**    Priority amount: **$6,298.16**

---

**2.25** Priority creditor's name and mailing address

**Oleksandr S. Synytsya**

**1031 Lisbon Drive**

_____

**Knoxville            IA        50138**

Date or dates debt was incurred

_____

Last 4 digits of account
number     __ __    __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:

**Accrued Vacation**

Is the claim subject to offset?

☒ No
☐ Yes

Total claim: **$1.50**    Priority amount: **$1.50**

---

**2.26** Priority creditor's name and mailing address

**Randy L. Lange**

**1621 North 4th Ave. W**

_____

**Newton            IA        50208**

Date or dates debt was incurred

_____

Last 4 digits of account
number     __ __    __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __5__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**401(k) Funds Owed**

Is the claim subject to offset?

☒ No
☐ Yes

Total claim: **$1,118.86**    Priority amount: **$1,118.86**

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

---

**2.27** **Priority creditor's name and mailing address**

Randy L. Lange

1621 North 4th Ave. W

_____

| Newton | IA | 50208 |

Date or dates debt was incurred

_____

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Accrued Vacation**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim** $1,012.65        **Priority amount** $1,012.65

---

**2.28** **Priority creditor's name and mailing address**

Ryan Etten

5041 Southfork Lane

_____

| Waterloo | IA | 50701 |

Date or dates debt was incurred

_____

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **5** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**401(k) Funds Owed**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim** $6,346.12        **Priority amount** $6,346.12

---

**2.29** **Priority creditor's name and mailing address**

Scott A. Satterlee

1021 Lake Ave.

_____

| Evansdale | IA | 50707 |

Date or dates debt was incurred

_____

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Accrued Vacation**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim** $3,189.98        **Priority amount** $3,189.98

---

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.30** Priority creditor's name and mailing address

**Scott F. Howell**

**903 Border Street**

_____

_____

**New Virginia**          **IA**     **50210**

Date or dates debt was incurred

_____

Last 4 digits of account
number      __  __  __  __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **5** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**401(k) Funds Owed**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$1,516.80**  Priority amount: **$1,516.80**

---

**2.31** Priority creditor's name and mailing address

**Scott F. Howell**

**903 Border Street**

_____

_____

**New Virginia**          **IA**     **50210**

Date or dates debt was incurred

_____

Last 4 digits of account
number      __  __  __  __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

**Accrued Vacation**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$2,741.67**  Priority amount: **$2,741.67**

---

**2.32** Priority creditor's name and mailing address

**Travis B. Clark**

**510 E 17th Street, Apt. 48**

_____

_____

**Newton**          **IA**     **50208**

Date or dates debt was incurred

_____

Last 4 digits of account
number      __  __  __  __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

**Accrued Vacation**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$388.35**  Priority amount: **$388.35**

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.33**  Priority creditor's name and mailing address

**Vincent S. Tsygipalo**

**604 N. 7th Street**

_____

_____

**Chariton                IA        50049**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  __4__  )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation**

Is the claim subject to offset?

☑ No
☐ Yes

**Total claim** $220.80     **Priority amount** $220.80

---

**2.34**  Priority creditor's name and mailing address

**Zachary B. Allen**

**1801 W. Wahkonsa Ave.**

_____

_____

**Polk City                IA        50226**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  __4__  )

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation**

Is the claim subject to offset?

☑ No
☐ Yes

**Total claim** $115.75     **Priority amount** $115.75

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured
     claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$243,764.87** |

**Van G. Miller**

**Family Charitable Foundation**

**c/o Beecher Law Firm**

☐ Contingent
☐ Unliquidated
☐ Disputed

**620 Lafayette Street, PO Box 178**

**Basis for the claim:**

**Waterloo**                    **IA        50704**

-- _____

**Date or dates debt was incurred**    _____

**Is the claim subject to offset?**

**Last 4 digits of account number**   ___ ___ ___ ___

☑ No
☐ Yes

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| 5a. | **Total claims from Part 1** | 5a. | $67,853.48 |
|---|---|---|---|
| 5b. | **Total claims from Part 2** | 5b. **+** | $243,764.87 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $311,618.35 |

**Fill in this information to identify the case:**

Debtor Name  **Ryan's Electrical Services, LLC.**

United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF IOWA**

Case number (if known): _____

☑ Check if this is an
   amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

---

## Part 1:    Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
         Copy line 88 from Schedule A/B.............................................................................................. | **$0.00** |

    1b.  **Total personal property:**
         Copy line 91A from Schedule A/B........................................................................................... | **$799,663.94** |

    1c.  **Total of all property:**
         Copy line 92 from Schedule A/B.............................................................................................. | **$799,663.94** |

## Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$1,012,975.02** |

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
         Copy the total claims from Part 1 from line 5a of Schedule E/F.............................................. | **$67,853.48** |

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
         Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................... + | **$243,764.87** |

4.  **Total liabilities**
    Lines 2 + 3a + 3b................................................................................................................ | **$1,324,593.37** |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/15/2020**      X **/s/ Ryan Etten** _____
     MM / DD / YYYY        Signature of individual signing on behalf of debtor

                      **Ryan Etten** _____
                      Printed name
                      **Ryan Etten** _____
                      Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**
**WATERLOO DIVISION**

IN RE:    **Ryan's Electrical Services, LLC.**

CASE NO.

CHAPTER    **11**

## Certificate of Service

---

I hereby certify that on the date reflected on this filing, the foregoing instrument was filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all registered users party to this case.

/s/ Robert C. Gainer