Debtor(s): **Ryan's Electrical Services, LLC.**   Case No:   **NORTHERN DISTRICT OF IOWA**
Chapter: **11**   **WATERLOO DIVISION**

A & N Properties
PO Box 487
Ankeny, IA 50021

Craig A. Zehner
6911 NW 84th Ave.
Johnston, IA 50313

Justin A. Sams
2860 NE 51st Court
Des Moines, IA 50317

Alan R. Atwood
2732 Chicago Ave.
Des Moines, IA 50317

Dennis W. Hammer Jr.
7721 N. 95th Ave.
Baxter, IA 50028

Matthew L. Johnson
1608 High View Drive
Mt. Vernon, IA 52314

Bill J. Mangano
721 First Street
Redfield, IA 50233

Dennis W. Hammer Jr.
7721 N. 95th Avenue W.
Baxter, IA 50028

Mike Funk
1212 W. Belle Ave.
Howards Grove, IA 53083

Bob W. Mangano
1214 Thomas Street
PO Box 79
Redfield, IA 50233

Don K. Joradn
66670 Hwy 210
Maxwell, IA 50161

Oleksandr S. Synytsya
1031 Lisbon Drive
Knoxville, IA 50138

Brenden J. Etten
5041 Southfork Lane
Waterloo, IA 50701

Don K. Jordan
66670 Hwy 210
Maxwell, IA 50161

Randy L. Lange
1621 North 4th Ave. W
Newton, IA 50208

Brittany L. Finn
5041 Southfork Lane
Waterloo, IA 50701

Eugene Pint
2713 Falls Ave
Waterloo, IA  50701

Ryan Etten
5041 Southfork Lane
Waterloo, IA 50701

Carrie Etten
5041 Southfork Lane
Waterloo, IA 50701

Harley N. Dotzenrod
4544 NE McDougal Lane
Ankeny, IA 50021

Scott A. Satterlee
1021 Lake Ave.
Evansdale, IA 50707

Carrie M. Etten
5041 Southfork Lane
Waterloo, IA 50701

Jeff. A. Schutte
1948 McKimber Street
Harvey, IA 50119

Scott F. Howell
903 Border Street
New Virginia, IA 50210

Chad M. Malone
1501 W. Howard Street
Knoxville, IA 50138

Jerad R. Snyder
2121 E. Cauler Ave. #15
Des Moines, IA 50320

Travis B. Clark
510 E 17th Street, Apt. 48
Newton, IA 50208

Chadrick O. Johnson
1420 4th STreet
Nevada, IA 50201

Joe Squire
809 E. 18th Street N
Newton, IA 50208

Van G. Miller
Family Charitable Foundation
c/o Beecher Law Firm
620 Lafayette Street, PO Box 17
Waterloo, IA 50704

| | | |
|---|---|---|
| Debtor(s): **Ryan's Electrical Services, LLC.** | Case No: | **NORTHERN DISTRICT OF IOWA** |
| | Chapter: **11** | **WATERLOO DIVISION** |

```
Vincent S. Tsygipalo
604 N. 7th Street
Chariton, IA 50049


Woodside Business Park
PO Box 187
Ankeny, IA 50021


Zachary B. Allen
1801 W. Wahkonsa Ave.
Polk City, IA 50226
```