| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor name | **Ryan's Electrical Services, LLC.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF IOWA** |
| Case number (if known) | |

☑ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

**Sources of revenue**
Check all that apply.

**Gross revenue**
(before deductions and exclusions

| | | | | Sources of revenue | Gross revenue |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2020** MM/DD/YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$750,000.00** |
| For prior year: | From **01/01/2019** MM/DD/YYYY | to | **12/31/2019** MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,376,934.00** |
| For the year before that: | From **01/01/2018** MM/DD/YYYY | to | **12/31/2018** MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | **$5,367,532.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Subject to continuing accounting & audit**<br>Creditor's name<br><br>Street<br><br><br>City            State     ZIP Code | **Multiple** | _____ | ☑ Secured debt<br>☑ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor   **Ryan's Electrical Services, LLC.**   Case number (if known) _____
          Name

| | **Creditor's name and address** | **Dates** | **Total amount or value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|---|
| 3.2. | **Van G Miller Family CharitableFoundation** Creditor's name<br>Street<br>City     State     ZIP Code | 1/2/2020; 2/3/2020; 3/2/2020 | $6,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.3. | **Beecher Firm** Creditor's name<br>Street<br>City     State     ZIP Code | See attached creditor sheet, | $7,725.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.4. | **blueVine** Creditor's name<br>Street<br>City     State     ZIP Code | See attached creditor sheet. | $19,434.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.5. | **United Fire Group** Creditor's name<br>Street<br>City     State     ZIP Code | See attached creditor sheet. | $11,824.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.6. | **Well Mark Blue Cross Blue Shield of IA** Creditor's name<br>Street<br>City     State     ZIP Code | See attached creditor sheet. | $24,337.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.7. | **Iowa Department of Revenue** Creditor's name<br>Street<br>City     State     ZIP Code | See attached creditor sheet. | $30,952.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.8. | **Internal Revenue Service Center** Creditor's name<br>Street<br>City     State     ZIP Code | See attached creditor sheet. | $6,026.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor  **Ryan's Electrical Services, LLC.**  Case number (if known) _____
        Name

| | **Creditor's name and address** | **Dates** | **Total amount or value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|---|
| 3.9. | **QuickBooks Payroll Service** <br> Creditor's name <br> Street <br> City    State    ZIP Code | See attached creditor sheet. | $281,701.46 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.10. | **Echo Group, Inc.** <br> Creditor's name <br> Street <br> City    State    ZIP Code | See attached creditor sheet. | $38,655.87 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.11. | **Electrical Engineering & Equipment Co** <br> Creditor's name <br> Street <br> City    State    ZIP Code | See attached creditor sheet. | $46,444.18 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.12. | **Home Depot** <br> Creditor's name <br> Street <br> City    State    ZIP Code | See attached creditor sheet. | $14,346.06 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.13. | **SCI Communications, Inc.** <br> Creditor's name <br> Street <br> City    State    ZIP Code | See attached creditor sheet. | $12,040.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.14. | **US Bank** <br> Creditor's name <br> Street <br> City    State    ZIP Code | See attached creditor sheet. | $7,500.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.15. | **Woodside Business Park** <br> Creditor's name <br> Street <br> City    State    ZIP Code | See attached creditor sheet. | $15,854.20 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

| Debtor | **Ryan's Electrical Services, LLC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.16. | **Wright Express**<br>Creditor's name<br><br>Street<br><br><br>City                State     ZIP Code | **See attached creditor sheet.** | $9,036.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Ryan and Carrie Etten**<br>Insider's name<br>**None, other than regular salary**<br>Street<br><br><br>City                State     ZIP Code | | | |

**Relationship to debtor**

**Owner and spouse.  Both Employees.**

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Community State Bank**<br>Creditor's name<br><br>Street<br><br><br>City                State     ZIP Code | **Offset bank account- amount unknown**<br><br><br><br>Last 4 digits or account number: XXXX-___ ___ ___ ___ | | |

Debtor **Ryan's Electrical Services, LLC.**  Case number (if known) _____
       Name

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Community State Bank v. Ryan's Electrical Services, et. al.** | | **Iowa District Court Black Hawk County**<br>Name<br><br>Street<br><br>City   State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**LACV139740** | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Beecher Law Firm** | | | **$7,000.00** |
| | **Address** | | | |
| | **620 Lafayette St. Suite 300**<br>Street<br>**PO Box 178** | | | |
| | **Waterloo         IA     50704**<br>City           State  ZIP Code | | | |
| | **Email or website address**<br>_____ | | | |
| | **Who made the payment, if not debtor?**<br>_____ | | | |

| | Debtor | **Ryan's Electrical Services, LLC.** | | Case number (if known) | |
|---|---|---|---|---|---|
| | | Name | | | |

| | **Who was paid or who received the transfer?** | **If not money, describe the property transferred** | **Dates** | **Total amount or value** |
|---|---|---|---|---|
| 11.2. | **Cutler Law Firm** | | **April 3, 2020** | **$4,000.00** |

**Address**

_____
Street

_____
City     State     ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**
**Ryan Etten**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | **Who received transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| 13.1. | **Peddle** | **2004 Chevy Colorado. All vehicle sales prices were FMV, due to bad condition and need to dispose of.** | **10/24/2019** | **$495.00** |

**Address**

**111 West 6th Street, Ste. 300**
Street

**Austin**     **TX**     **78701**
City     State     ZIP Code

**Relationship to debtor**

_____

| | **Who received transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| 13.2. | **Peddle** | **2012 Chevy Colorado. All vehicle sales prices were FMV, due to bad condition and need to dispose of.** | **10/24/2019** | **$1,265.00** |

**Address**

**111 West 6th Street, Ste. 300**
Street

**Austin**     **TX**     **78701**
City     State     ZIP Code

**Relationship to debtor**

_____

Debtor **Ryan's Electrical Services, LLC.**         Case number (if known) _____
       Name

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3. | **Peddle** | **2008 Chevy Colorado. All vehicles sales prices were FMV, due to bad condition and need to dispose of.** | **12/2/2019** | **$925.00** |
| | Address | | | |
| | **111 West 6th Street, Ate. 300** | | | |
| | Street | | | |
| | **Austin        TX      78701** | | | |
| | City          State    ZIP Code | | | |
| | Relationship to debtor | | | |
| 13.4. | **Unknown** | **Ford Van. All vehicle sales prices were FMV, due to bad condition and need to dispose of.** | **5/2/2019** | **$1,100.00** |
| | Address | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | Relationship to debtor | | | |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

Debtor   **Ryan's Electrical Services, LLC.**          Case number (if known) _____
         Name

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?
  ☐ No. Go to Part 10.
  ☑ Yes. Fill in below:

  **Name of plan**                                **Employer Identification number of the plan**

  **RES, LLC 401k (via John Hancock)**            EIN: __ __ – __ __ __ __ __ __ __

  Has the plan been terminated?
  ☑ No
  ☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Official Form 207   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**   page 8

Debtor  **Ryan's Electrical Services, LLC.**             Case number (if known) _____
         Name

### Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☑ No
    ☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes.  Provide details below.

### Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

    ☑ None

**26. Books, records, and financial statements**

   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

        ☐ None

        **Name and address**                                               **Dates of service**

   26a.1. **Small Business Resources**                                     From **1/01/2018**   To  **Present**
          Name
          **114 NW 5th St,**
          Street

          **Ankeny**                **IA**         **50023**
          City                      State          ZIP Code

Debtor **Ryan's Electrical Services, LLC.**  Case number (if known) _____
  Name

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**   **If any books of account and records are unavailable, explain why**

26c.1. **Debtor**
Name

_____
Street

_____

_____
City                    State    ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Alan Atwood, Procurement** | **12/31/2019** | |

**Name and address of the person who has possession of inventory records**

27.1. **Ryan's Electrical Services**
Name

_____
Street

_____

_____
City                    State    ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ryan Etten** | **5041 Southfork Lane Waterloo, IA 50701** | **Manager Member** | **100%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor  **Ryan's Electrical Services, LLC.**  Case number (if known) _____
      Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | **Name and address of recipient** | **Amount of money or description and value of property** | **Dates** | **Reason for providing the value** |
|---|---|---|---|---|
| 30.1. | **Ryan Etten**<br>Name<br><br>Street<br><br>City     State    ZIP Code<br><br>**Relationship to debtor**<br>**Owner** | **Salary**<br>**$150,000.00** | **paid in ordinary course** | |
| 30.2. | **Carrie Etten**<br>Name<br><br>Street<br><br>City     State    ZIP Code<br><br>**Relationship to debtor**<br>**spouse of owner** | **Salary**<br>**$44,000.00** | **paid in ordinary course** | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

Debtor  **Ryan's Electrical Services, LLC.**                  Case number (if known) _____
        Name

## Part 14: Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/15/2020**
             MM / DD / YYYY

X **/s/ Ryan Etten**                                    Printed name **Ryan Etten**
  Signature of individual signing on behalf of the debtor

  Position or relationship to debtor  **Ryan Etten**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**
**WATERLOO DIVISION**

IN RE: **Ryan's Electrical Services, LLC.**

CASE NO.

CHAPTER **11**

**Certificate of Service**

I hereby certify that on the date reflected on this filing, the foregoing instrument was filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all registered users party to this case.

/s/ Robert C. Gainer

| | Type | Date | Num | Memo | Account | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Beecher Firm | | | | | | | | |
| | Check | 3/24/2020 | ACH | | US Bank Checking | Professional Fees | | 7,725.00 |
| blueVine | | | | | | | | |
| | Check | 2/7/2020 | ACH | | US Bank Checking | BlueVine | | 2,221.07 |
| | Check | 2/14/2020 | ACH | | US Bank Checking | BlueVine | | 2,221.07 |
| | Check | 2/21/2020 | ACH | | US Bank Checking | BlueVine | | 2,221.07 |
| | Check | 2/28/2020 | ACH | | US Bank Checking | BlueVine | | 2,221.07 |
| | Check | 3/6/2020 | ACH | | US Bank Checking | BlueVine | | 2,221.07 |
| | Check | 3/16/2020 | ACH | | US Bank Checking | BlueVine | | 2,221.07 |
| | Check | 3/23/2020 | ACH | | US Bank Checking | BlueVine | | 2,221.07 |
| | Check | 3/27/2020 | ACH | | US Bank Checking | BlueVine | | 2,221.07 |
| | Check | 4/3/2020 | ACH | | US Bank Checking | BlueVine | | 555.26 |
| | Check | 4/13/2020 | ACH | | US Bank Checking | BlueVine | | 555.26 |
| | Check | 4/17/2020 | ACH | | US Bank Checking | BlueVine | | 555.26 |
| Echo Group, Inc. | | | | | | | | |
| | Credit Card Charge | 2/2/2020 | | | Community State Bank CreditCard | -SPLIT- | | 22.37 |
| | Credit Card Charge | 2/6/2020 | | | Community State Bank CreditCard | -SPLIT- | | 110.03 |
| | Credit Card Charge | 2/10/2020 | | | Community State Bank CreditCard | -SPLIT- | | 41.74 |
| | Credit Card Charge | 2/10/2020 | | | Community State Bank CreditCard | -SPLIT- | | 33.11 |
| | Credit Card Charge | 2/14/2020 | | | US Bank Credit Card - 4128 RE | -SPLIT- | | 76.84 |
| | Credit Card Charge | 2/19/2020 | | | US Bank Credit Card - 4128 RE | -SPLIT- | | 14.79 |
| | Check | 2/20/2020 | ACH | 46706 | US Bank Checking | Echo Material | | 5,833.60 |
| | Credit Card Charge | 2/20/2020 | | | US Bank Credit Card - 4128 RE | -SPLIT- | | 116.52 |
| | Credit Card Charge | 2/20/2020 | | | US Bank Credit Card - 4128 RE | -SPLIT- | | 565.06 |
| | Credit Card Charge | 2/25/2020 | | | US Bank Credit Card - 4128 RE | -SPLIT- | | 8.67 |
| | Credit Card Charge | 2/28/2020 | | | US Bank Credit Card - 4128 RE | -SPLIT- | | 149.32 |
| | Credit Card Charge | 3/5/2020 | | | US Bank Credit Card - 4128 RE | -SPLIT- | | 123.63 |
| | Credit Card Charge | 3/11/2020 | | | US Bank Credit Card - 4128 RE | -SPLIT- | | 248.21 |
| | Credit Card Charge | 3/11/2020 | | | US Bank Credit Card - 4128 RE | -SPLIT- | | 210.12 |
| | Check | 3/16/2020 | ACH | 46706 | US Bank Checking | Echo Material | | 5,833.60 |
| | Credit Card Charge | 3/16/2020 | S8431293.00 | ORDER# S8431293.002 | US Bank Credit Card - 4128 RE | -SPLIT- | | 160.51 |
| | Bill Pmt -Check | 3/17/2020 | ACH | 46706 | US Bank Checking | Accounts Payable | | 8,462.70 |
| | Credit Card Charge | 3/17/2020 | S8433874.00 | ORDER# S8433874.002 | US Bank Credit Card - 4128 RE | -SPLIT- | | 14.96 |
| | Bill Pmt -Check | 3/18/2020 | JC Echo | 46706 | US Bank Checking | Accounts Payable | | 538.82 |
| | Credit Card Charge | 3/19/2020 | | | US Bank Credit Card - 4128 RE | -SPLIT- | | 417.40 |
| | Credit Card Charge | 3/20/2020 | | | US Bank Credit Card - 4128 RE | -SPLIT- | | 474.44 |
| | Credit Card Charge | 3/25/2020 | | | US Bank Credit Card - 4128 RE | -SPLIT- | | 20.73 |
| | Bill Pmt -Check | 3/26/2020 | 1134 | 46706 | US Bank Checking | Accounts Payable | | 10,051.97 |
| | Check | 4/9/2020 | ACH | 46706 | US Bank Checking | Job Materials Purchased | | 1,044.30 |
| | Check | 4/20/2020 | ACH | 46706 | US Bank Checking | Job Materials Purchased | | 1,888.31 |
| | Check | 4/20/2020 | ACH | 46706 | US Bank Checking | Job Materials Purchased | | 149.14 |
| | Check | 4/20/2020 | ACH | 46706 | US Bank Checking | Job Materials Purchased | | 1,419.20 |
| | Check | 4/21/2020 | Debit | 46706 | US Bank Checking | Job Materials Purchased | | 909.66 |
| | Bill Pmt -Check | 4/24/2020 | JC ECHO | Joint Check from contractor not written by RES | US Bank Checking | Accounts Payable | | 655.2 |
| | Check | 4/28/2020 | ACH | 46706 | US Bank Checking | Job Materials Purchased | | 1,055.93 |
| | Check | 5/1/2020 | ACH | 46706 | US Bank Checking | Job Materials Purchased | | 357.97 |
| | Check | 5/4/2020 | ACH | 46706 | US Bank Checking | Job Materials Purchased | | 153.59 |
| | Check | 5/5/2020 | ACH | 46706 | US Bank Checking | Job Materials Purchased | | 301.88 |
| Electrical Engineering & Equipment Co. | | | | | | | | |
| | Credit Card Charge | 2/4/2020 | | | Community State Bank CreditCard | -SPLIT- | | 39.80 |
| | Bill Pmt -Check | 2/21/2020 | | WDMCSD TAX EXEMPT CERT IN ATTACHEMENTS | US Bank Checking | Accounts Payable | | 8,000.00 |
| | Credit Card Charge | 2/24/2020 | | | US Bank Credit Card - 4128 RE | -SPLIT- | | 112.47 |
| | Credit Card Charge | 2/24/2020 | | | US Bank Credit Card - 4128 RE | -SPLIT- | | 1,264.49 |
| | Check | 2/25/2020 | Debit | | US Bank Checking | Job Materials Purchased | | 1,264.49 |

| | | | | | | |
|---|---|---|---|---|---|---:|
| | Bill Pmt -Check | 2/27/2020 | JC 123328 | Joint Check from contractor not written by RES | US Bank Checking | Accounts Payable | 10,872.51 |
| | Bill Pmt -Check | 2/27/2020 | JC 3E | Joint Check from contractor not written by RES | US Bank Checking | Accounts Payable | 3,285.23 |
| | Bill Pmt -Check | 3/9/2020 | ACH | | US Bank Checking | Accounts Payable | 8,000.00 |
| | Check | 3/16/2020 | ACH | | US Bank Checking | -SPLIT- | 280.67 |
| | Credit Card Charge | 3/16/2020 | | | US Bank Credit Card - 4128 RE | -SPLIT- | 280.67 |
| | Check | 4/1/2020 | Debit | | US Bank Checking | Service Materials Purchased | 28.21 |
| | Bill Pmt -Check | 4/3/2020 | ACH | | US Bank Checking | Accounts Payable | 8,000.00 |
| | Bill Pmt -Check | 4/16/2020 | JC 3E | Joint Check from contractor not written by RES | US Bank Checking | Accounts Payable | 3,360.60 |
| | Bill Pmt -Check | 5/1/2020 | JC 3E | Joint Check from contractor not written by RES | US Bank Checking | Accounts Payable | 3,285.56 |
| | Bill Pmt -Check | 5/5/2020 | JC 124436 | Joint Check from contractor not written by RES | US Bank Checking | Accounts Payable | 347.58 |
| Home Depot Credit Card | | | | | | | |
| | Check | 2/4/2020 | ACH | | US Bank Checking | Home Depot Credit Card - 8693 | 2,501.84 |
| | Check | 2/24/2020 | ACH | | US Bank Checking | Home Depot Credit Card - 8693 | 4,311.44 |
| | Check | 3/23/2020 | ACH | | US Bank Checking | Home Depot Credit Card - 8693 | 2,983.53 |
| | Check | 4/14/2020 | ACH | | US Bank Checking | Home Depot Credit Card - 8693 | 1,318.31 |
| | Check | 4/3/2020 | ACH | | US Bank Checking | Home Depot Credit Card - 8693 | 3,230.94 |
| Internal Revenue Service Center | | | | | | | |
| | Liability Check | 2/1/2020 | ACH | 45-3071904 | US Bank Checking | Payroll Liabilities | 26.06 |
| | Liability Check | 2/4/2020 | 1112 | 45-3071904 | US Bank Checking | -SPLIT- | 35,812.00 |
| | Liability Check | 2/4/2020 | ACH | 45-3071904 | US Bank Checking | Payroll Liabilities | 6,000.00 |
| | Liability Check | 2/26/2020 | ACH | 45-3071904 | US Bank Checking | -SPLIT- | 7,069.10 |
| | Liability Check | 4/9/2020 | ACH | 45-3071904 | US Bank Checking | -SPLIT- | 7,420.16 |
| | Liability Check | 4/15/2020 | To Print | 45-3071904 | US Bank Checking | -SPLIT- | 7,328.92 |
| | Liability Check | 4/23/2020 | ACH | 45-3071904 | US Bank Checking | -SPLIT- | 6,643.00 |
| Iowa Department of Revenue | | | | | | | |
| | Liability Check | 2/20/2020 | ACH | 45-3071904000 | US Bank Checking | Payroll Liabilities | 25,955.70 |
| | Liability Check | 3/18/2020 | ACH | 999999 | US Bank Checking | Payroll Liabilities | 1,521.93 |
| | Liability Check | 3/23/2020 | ACH | 45-3071904000 | US Bank Checking | Payroll Liabilities | 3,475.00 |
| QuickBooks Payroll Service | | | | | | | |
| | Liability Check | 2/6/2020 | | Created by Payroll Service on 02/04/2020 | US Bank Checking | -SPLIT- | 21,853.41 |
| | Liability Check | 2/6/2020 | | Created by Payroll Service on 02/04/2020 | US Bank Checking | -SPLIT- | 989.17 |
| | Liability Check | 2/13/2020 | | Created by Payroll Service on 02/12/2020 | US Bank Checking | -SPLIT- | 17,433.35 |
| | Liability Check | 2/20/2020 | | Created by Payroll Service on 02/19/2020 | US Bank Checking | -SPLIT- | 20,139.18 |
| | Liability Check | 2/27/2020 | | Created by Payroll Service on 02/25/2020 | US Bank Checking | -SPLIT- | 19,963.20 |
| | Liability Check | 3/5/2020 | | Created by Payroll Service on 03/03/2020 | US Bank Checking | -SPLIT- | 19,922.22 |
| | Liability Check | 3/12/2020 | | Created by Payroll Service on 03/11/2020 | US Bank Checking | -SPLIT- | 20,366.52 |
| | Check | 3/16/2020 | ACH | QB Renewal | US Bank Checking | Dues & Subscriptions | 499.95 |
| | Liability Check | 3/17/2020 | | Created by Payroll Service on 03/16/2020 | US Bank Checking | -SPLIT- | 1,001.75 |
| | Liability Check | 3/19/2020 | | Created by Payroll Service on 03/18/2020 | US Bank Checking | -SPLIT- | 20,280.46 |
| | Liability Check | 3/26/2020 | | Created by Payroll Service on 03/24/2020 | US Bank Checking | -SPLIT- | 20,753.03 |
| | Liability Check | 4/2/2020 | | Adjusted for voided paycheck(s) | US Bank Checking | -SPLIT- | 21,035.38 |
| | Liability Check | 4/9/2020 | | Created by Payroll Service on 04/08/2020 | US Bank Checking | -SPLIT- | 21,124.29 |
| | Liability Check | 4/14/2020 | | Created by Payroll Service on 04/13/2020 | US Bank Checking | -SPLIT- | 664.49 |
| | Liability Check | 4/16/2020 | | Created by Payroll Service on 04/15/2020 | US Bank Checking | -SPLIT- | 20,094.04 |
| | Liability Check | 4/23/2020 | | Created by Payroll Service on 04/22/2020 | US Bank Checking | -SPLIT- | 17,120.94 |
| | Liability Check | 4/23/2020 | | Created by Payroll Service on 04/22/2020 | US Bank Checking | -SPLIT- | 36.25 |
| | Liability Check | 4/27/2020 | | Created by Payroll Service on 04/27/2020 | US Bank Checking | Payroll Expenses | 0.38 |
| | Liability Check | 4/27/2020 | | Created by Payroll Service on 04/27/2020 | US Bank Checking | Payroll Expenses | 0.57 |
| | Liability Check | 4/30/2020 | | Created by Payroll Service on 04/29/2020 | US Bank Checking | -SPLIT- | 19,194.15 |
| | Liability Check | 5/7/2020 | | Created by Payroll Service on 05/06/2020 | US Bank Checking | -SPLIT- | 19,228.73 |
| SCI Communications, Inc | | | | | | | |
| | Bill Pmt -Check | 2/24/2020 | 7106 | PAY APP#1 - PO#316-14063 | US Bank Checking | Accounts Payable | 3,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Bill Pmt -Check | 3/6/2020 | 7112 | | US Bank Checking | Accounts Payable | 1,000.00 |
| | Bill Pmt -Check | 3/13/2020 | 7115 | | US Bank Checking | Accounts Payable | 1,000.00 |
| | Bill Pmt -Check | 3/27/2020 | 7117 | PAY APP#1 - PO#316-14063 | US Bank Checking | Accounts Payable | 2,000.00 |
| | Bill Pmt -Check | 5/5/2020 | JC 124437 | Joint check from Contractor - not written by RES | US Bank Checking | Accounts Payable | 5,040.00 |
| United Fire Group | | | | | | | |
| | Check | 2/21/2020 | ACh | | US Bank Checking | Insurance Expense | 7,426.00 |
| | Check | 2/21/2020 | ACH | | US Bank Checking | Insurance Expense | 4,398.00 |
| | Check | 4/16/2020 | ACH | | US Bank Checking | -SPLIT- | 7,083.00 |
| US Bank - Credit Card | | | | | | | |
| | Check | 2/20/2020 | ACH | | US Bank Checking | US Bank Credit Card - 4128 RE | 1,500.00 |
| | Check | 3/3/2020 | ACH | | US Bank Checking | US Bank Credit Card - 4128 RE | 1,000.00 |
| | Check | 3/10/2020 | ACH | | US Bank Checking | US Bank Credit Card - 4128 RE | 1,000.00 |
| | Check | 3/16/2020 | ACH | | US Bank Checking | US Bank Credit Card - 4128 RE | 1,000.00 |
| | Check | 4/7/2020 | ACH | | US Bank Checking | US Bank Credit Card - 4128 RE | 3,000.00 |
| Wellmark Blue Cross Blue Shield of IA | | | | | | | |
| | Liability Check | 2/3/2020 | ACH | | US Bank Checking | -SPLIT- | 7,713.13 |
| | Liability Check | 2/26/2020 | ACH | | US Bank Checking | -SPLIT- | 8,637.56 |
| | Liability Check | 3/31/2020 | ACH | | US Bank Checking | -SPLIT- | 7,986.91 |
| Woodside Business Park | | | | | | | |
| | Check | 2/20/2020 | ACH | | US Bank Checking | Rent Expense | 5,369.97 |
| | Check | 3/16/2020 | ACH | | US Bank Checking | Rent Expense | 5,369.97 |
| | Check | 4/13/2020 | ACH | | US Bank Checking | Rent Expense | 5,114.26 |
| Wright Express | | | | | | | |
| | Check | 2/14/2020 | ACH | 690046-0416-00-859626-4 | US Bank Checking | Auto and Truck Expenses | 1,300.00 |
| | Check | 3/6/2020 | ACH | 690046-0416-00-859626-4 | US Bank Checking | Auto and Truck Expenses | 4,072.03 |
| | Check | 3/10/2020 | ACH | 690046-0416-00-859626-4 | US Bank Checking | Auto and Truck Expenses | 2,002.18 |
| | Check | 3/23/2020 | ACH | 690046-0416-00-859626-4 | US Bank Checking | Auto and Truck Expenses | 1,662.68 |