Debtor Name  Ryan's Electrical Services, LLC

United States Bankruptcy Court for the: Northern District of Iowa

Case number: 20-00411

☐ Check if this is an amended filing

**Official Form 425C**

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  March

Date report filed:  04/22/2020
MM / DD / YYYY

Line of business:  Electrical Contractor

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  Ryan's Electrical Services LLC

Original signature of responsible party  _____

Printed name of responsible party  Ryan Etten

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?    ☑ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ 30,408.40

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 60,925.02

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 47,162.28

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ 13,762.74

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ 44,171.14

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____

    *(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                            $ _____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?        29

27. What is the number of employees as of the date of this monthly report?   27

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ __4,000.00__

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ __11,725.00__

30. How much have you paid this month in other professional fees?       $ __600.00__

31. How much have you paid in total other professional fees since filing the case?   $ __600.00__

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:        $ _____

36. Total projected cash disbursements for the next month:     − $ _____

37. Total projected net cash flow for the next month:        = $ _____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

❑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

❑  39.  Bank reconciliation reports for each account.

❑  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

❑  41.  Budget, projection, or forecast reports.

❑  42.  Project, job costing, or work-in-progress reports.

**CHAPTER 11 MONTHLY OPERATING REPORT**
**SUMMARY OF CASH ACTIVITY FOR ALL ACCOUNTS**

Debtor Name: **Ryan's Electrical Services LLC**          Report Month: **March 2020**

Case Number: **20-0411**

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Beginning cash balance, per Debtor's books (date of filing)** (remains unchanged thru pendency of case) |  | $ 30,408.40 |
| **Beginning cash balance, per Debtor's books (all bank acccounts)** (should tie with ending balance from prior month) | $ 0.00 |  |
| **Total cash receipts** (from continuation sheets) | $ 60,925 | $ |
| **Total cash disbursements** (from continuation sheets) | $ 47,162 | $ |
| **Net cash flow** (Total cash receipts less total cash disbursements) | $ 13,763 | $ |
| **Ending cash balance, per Debtor's books (all accounts)** (Both columns should be same balance) | $ 13,763 | $ 30,408 |

**CHAPTER 11 MONTHLY OPERATING REPORT**
**Summary of Cash Activity- Account #1**

Debtor Name: **Ryan's Electrical Services LLC**     Report Month: **March 2020**
Case Number: **20-0411**

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

Depository (Bank) name:   **US Bank**

Account number: _____

| | |
|---|---|
| **Beginning cash balance, per Debtor's books** | $30,408.40 |

| | | |
|---|---|---|
| Add: | *Transfers in from other estate bank accounts* | *$0.00* |
| | **Cash receipts deposited** to this account | $60,925.02 |
| Subtract: | *Transfers out to other estate bank accounts* | *$0.00* |
| | **Cash disbursements** from this account | $47,162.28 |
| | Adjustments, if any (provide explanation) | $0.00 |

**Net cash flow**                                                                       $13,762.74
(receipts and transfers in less disbursements and transfers out)

**Ending cash balance, per Debtor's books**                                   $44,171.14
(beginning balance plus net cash flow)

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|---|---|
| • Detailed list of receipts and disbursements | X | ☐ |
| • Bank statement | X | ☐ |
| • Bank reconciliation | X | ☐ |

# CHAPTER 11 MONTHLY OPERATING REPORT
## Summary of Cash Activity- Account #1

Debtor Name: **Ryan's Electrical Services LLC**

Case Number: **20-0411**

Report Month: **March 2020**

| | |
|---|---|
| Bank: | **US Bank** |
| Account Number: | |

**Cash Receipts Detail**

*(attach additional sheets as necessary)*

| Date | Payer | Description | Transfer(s) IN | Amount |
|---|---|---|---|---|
| 3/26/2020 | Paul Grandon | | 0.00 | 254.23 |
| 3/26/2020 | Koester Construction | | | 27,008.50 |
| 3/31/2020 | Woodruff Construction | | | 22,937.29 |
| 3/31/2020 | Midland Construction | | | 10,725.00 |

Exhibit C
Bank Account- #1
Feb 2020

**CHAPTER 11 MONTHLY OPERATING REPORT**
**Summary of Cash Activity- Account #1**

Debtor Name: **Ryan's Electrical Services LLC**   Report Month: **March 2020**
Case Number: **20-0411**

Bank: **US Bank**

**Cash Receipts Detail**
*(attach additional sheets as necessary)*

Account Number:

| Date | Payer | Description | Transfer(s) IN | Amount |
|------|-------|-------------|----------------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Totals** | | | **0.00** | **60,925.02** |

Exhibit C
Bank Account- #1
Feb 2020

# CHAPTER 11 MONTHLY OPERATING REPORT
## Summary of Cash Activity- Account #1

Debtor Name: **Ryan's Electrical Services LLC**     Report Month: **March 2020**

Case Number: **20-0411**

| Bank: | **US Bank** |
|---|---|
| Account Number: | |

**Cash Disbursements Detail**

*(attach additional sheets as necessary)*

| Date | Check | Payee | Description | Transfer(s) OUT | Amount |
|---|---|---|---|---|---|
| 3/26/2020 | | Employees | Payroll to Employees | 0.00 | 20,753.03 |
| 3/26/2020 | Debit | Crossroads Auto Repair | Repairs to service van | | 461.32 |
| 3/26/2020 | ACH | Advanced Systems | Monthly Copier Lease payment | | 360.75 |
| 3/27/2020 | ACH | Ram/BlueVine | Weekly loan payment | | 2,221.07 |
| 3/30/2020 | ACH | Waterloo Water Works | Utility Payment | | 196.49 |
| 3/31/2020 | ACH | Wellmark Blue Cross | Employee Health Insurance | | 7,986.91 |
| 3/31/2020 | ACH | CEC | Material purchase | | 2,000.00 |
| 3/30/2020 | 1132 | Bob Mangano | Employee Fuel reimbursement | | 27.70 |
| 3/26/2020 | 1134 | Echo Group Inc. | Material purchase | | 10,051.97 |
| 3/27/2020 | 7117 | SCI Communications | Monthly payment for materials | | 2,000.00 |
| 3/27/2020 | 7118 | ABC Electrical Services | Material purchase | | 1,103.04 |

**CHAPTER 11 MONTHLY OPERATING REPORT**
**Summary of Cash Activity- Account #1**

Debtor Name:  **Ryan's Electrical Services LLC**      Report Month:  **March 2020**

Case Number:  **20-0411**

|  | Bank: | **US Bank** |
|---|---|---|

**Cash Disbursements Detail**       Account Number:
*(attach additional sheets as necessary)*

| Date | Check | Payee | Description | Transfer(s) OUT | Amount |
|------|-------|-------|-------------|-----------------|--------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **Totals** |  |  |  | 0.00 | 47,162.28 |

# Ryan's Electrical Services, LLC
## Custom Transaction Detail Report
### March 25 - 31, 2020

**Exhibit C**

| Type | Date | Num | Name | Memo | Account | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-----|-------|-------|--------|---------|
| **No name** | | | | | | | | | | | |
| Deposit | 03/26/2020 | | | Deposit | US Bank Checking | | √ | -SPLIT- | 27,262.73 | | 27,262.73 |
| Deposit | 03/31/2020 | | | Deposit | US Bank Checking | | √ | Undeposited Funds | 22,937.29 | | 50,200.02 |
| Deposit | 03/31/2020 | | | Deposit | US Bank Checking | | | Undeposited Funds | 10,725.00 | | 60,925.02 |
| **Total no name** | | | | | | | | | 60,925.02 | 0.00 | 60,925.02 |
| **TOTAL** | | | | | | | | | 60,925.02 | 0.00 | 60,925.02 |

# Ryan's Electrical Services, LLC
## Check Detail
### March 25 - 31, 2020

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount | Payment Purpose |
|------|-----|------|------|------|---------|-------------|-----------------|-----------------|
| Liability Check | | 03/26/2020 | QuickBooks Payroll Service | | US Bank Checking | | -20,783.03 | Employee payroll |
| | | | | | Payroll Expenses | 48.00 | 48.00 | |
| | | | | | *Direct Deposit Liabilities | -20,704.03 | 20,704.03 | |
| TOTAL | | | | | | -20,783.03 | 20,783.03 | |
| Check | ACH | 03/26/2020 | Crossroads Auto Repair | | US Bank Checking | -481.32 | 481.32 | Repairs to service van |
| | | | | | Auto and Truck Expenses | 481.32 | 481.32 | |
| TOTAL | | | | | | -481.32 | 481.32 | |
| Check | ACH | 03/26/2020 | Advanced Systems, Inc | | US Bank Checking | -360.75 | -360.75 | Monthly Copier lease payment |
| | | | | | Office Expense | 360.75 | 360.75 | |
| TOTAL | | | | | | -360.75 | 360.75 | |
| Check | ACH | 03/27/2020 | blueVine | | US Bank Checking | -2,221.07 | -2,221.07 | Weekly loan payment |
| | | | | | BlueVine | 2,221.07 | 2,221.07 | |
| TOTAL | | | | | | -2,221.07 | 2,221.07 | |
| Check | ACH | 03/30/2020 | Waterloo Water Works | | US Bank Checking | -196.49 | -196.49 | Utility payment |
| | | | | | Utilities | 196.49 | 196.49 | |
| TOTAL | | | | | | -196.49 | 196.49 | |
| Liability Check | ACH | 03/31/2020 | Wellmark Blue Cross Blue Shield of IA | | US Bank Checking | -7,586.91 | -7,586.91 | Employee Health Insurance payment |
| | | | | | Health Insurance Payable | -2,514.37 | 2,514.37 | |
| | | | | | Health Insurance Payable | -1,509.43 | 1,509.43 | |
| | | | | | Health Insurance Payable | -3,993.11 | 3,993.11 | |
| TOTAL | | | | | | -7,586.91 | 7,586.91 | |
| Check | ACH | 03/31/2020 | CSC | | US Bank Checking | -2,000.00 | -2,000.00 | Material purchase for job |
| | | | | Materials:9995-Other Purchases | Job Materials Purchased | -2,000.00 | 2,000.00 | |
| TOTAL | | | | | | -2,000.00 | 2,000.00 | |
| Check | 1132 | 03/30/2020 | Empl Reimb - Bob Mangano | | US Bank Checking | -27.70 | -27.70 | Employee Fuel reimbursement |
| | | | | | Auto and Truck Expenses | 27.70 | 27.70 | |
| TOTAL | | | | | | -27.70 | 27.70 | |
| Bill Pmt -Check | 1134 | 03/26/2020 | Echo Group, Inc. | | US Bank Checking | -10,051.97 | -10,051.97 | Material purchase for job |
| Bill | SS521388.001 | 01/21/2020 | Koester Construction Company Inc.:WDM Valley:Ju Materials:5000-Switchgear | | Job Materials Purchased | -176.90 | 176.90 | |
| Bill | SS505118.001 | 01/21/2020 | Koester Construction Company Inc.:WDM Valley:Ju Materials:1000-Branch Raceway | | Job Materials Purchased | -895.68 | 895.68 | |
| Bill | SS585119.002 | 01/21/2020 | Koester Construction Company Inc.:WDM Valley:Ju Materials:1000-Branch Raceway | | Job Materials Purchased | -166.82 | 166.82 | |
| Bill | SS582736.001 | 01/25/2020 | Koester Construction Company Inc.:WDM Valley:Ju Materials:1200-Branch Raceway | | Job Materials Purchased | -748.44 | 748.44 | |
| Bill | SS585116.003 | 01/27/2020 | Koester Construction Company Inc.:WDM Valley:Ju Materials:1200-Branch Raceway | | Job Materials Purchased | -179.53 | 179.53 | |
| Bill | SS574194.001 | 01/26/2020 | Koester Construction Company Inc.:WDM Valley:Ju Materials:1000-Branch Raceway | | Job Materials Purchased | -82.35 | 82.35 | |
| Bill | SS578749.001 | 01/29/2020 | Koester Construction Company Inc.:WDM Valley:Ju Materials:1000-Branch Raceway | | Job Materials Purchased | -4.04 | 4.04 | |
| Bill | SS585077.202 | 02/10/2020 | Koester Construction Company Inc.:WDM Valley:Ju Materials:3805-Interior Fixtures | | Job Materials Purchased | -2,636.00 | 2,636.00 | |
| Bill | SS585077.004 | 02/12/2020 | Koester Construction Company Inc.:WDM Valley:Ju Materials:3505-Interior Fixtures | | Job Materials Purchased | -425.00 | 425.00 | |
| Bill | SS585077.006 | 02/13/2020 | Koester Construction Company Inc.:WDM Valley:Ju Materials:3505-Interior Fixtures | | Job Materials Purchased | -416.00 | 416.00 | |

# Ryan's Electrical Services, LLC
## Check Detail
### March 26 - 31, 2020

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount | Payment Purpose |
|------|-----|------|------|------|---------|-------------|-----------------|-----------------|
| Bill | S83850777.008 | 02/19/2020 | Koestar Construction Company Inc.:WDM Valley Ju Materials:3505:Interior Fixtures | | Job Materials Purchased | -2,880.00 | 2,880.00 | |
| Bill | S83850777.010 | 02/20/2020 | Koestar Construction Company Inc.:WDM Valley Ju Materials:3505:Interior Fixtures | | Job Materials Purchased | -1,200.00 | 1,200.00 | |
| Bill | S84052877.001 | 02/24/2020 | Koestar Construction Company Inc.:WDM Valley Ju Materials:4000:Trim | | Job Materials Purchased | -285.00 | 285.00 | |
| TOTAL | | | | | | -10,051.97 | 10,051.97 | |
| Bill Pmt -Check | 7117 | 03/27/2020 | SCI Communications, Inc | | US Bank Checking | | | -2,000.00 Monthly payment for materials |
| Bill | MCCOMBS MS PAY.APP#1 | 09/02/2019 | The Samuels Group/CMPS McCombs MS | Subcontract:5100-Voice/Data | Subcontractors Expense | -2,000.00 | 7,986.45 | |
| TOTAL | | | | | | -2,000.00 | 7,986.45 | |
| Bill Pmt -Check | 7118 | 03/27/2020 | ABC Electrical Services | | US Bank Checking | | | -1,103.04 Material purchase for job |
| Bill | ABC ELEC PAY.APP#6 | 08/24/2019 | Harold Pike Construction Co.:ISU Parks Library - C: Subcontract:5100-Voice/Data | | Subcontractors Expense | -1,103.04 | 1,103.04 | |
| TOTAL | | | | | | -1,103.04 | 1,103.04 | |
| TOTAL | | | | | | -47,162.28 | | |

## Ryan's Electrical Services, LLC
### Unpaid Bills Detail
As of March 31, 2020

## Exhibit E

| | Type | Date | Num | Due Date | Aging | Open Balance | |
|---|---|---|---|---|---|---|---|
| **Duke Aerial Equipment, Inc.** | | | | | | | |
| | Bill | 03/30/2020 | 621181 | 04/14/2020 | | 555.00 | Lift rental for job location |
| **Total Duke Aerial Equipment, Inc.** | | | | | | 555.00 | |
| **Echo Group, Inc.** | | | | | | | |
| | Credit | 03/25/2020 | S8441228.004 | | | -804.92 | |
| | Bill | 03/25/2020 | S8441228.003 | 04/25/2020 | | 291.69 | |
| | Bill | 03/25/2020 | S8441228.002 | 04/25/2020 | | 2,138.17 | |
| | Bill | 03/25/2020 | S8356080.010 | 04/25/2020 | | 575.99 | |
| | Bill | 03/25/2020 | S8442426.001 | 04/25/2020 | | 1,027.78 | |
| | Bill | 03/25/2020 | S8440847.002 | 04/25/2020 | | 3.44 | |
| | Bill | 03/26/2020 | S8444970.001 | 04/25/2020 | | 104.30 | |
| | Bill | 03/27/2020 | S8414841.002 | 05/25/2020 | | 126.00 | |
| | Bill | 03/30/2020 | S8414841.004 | 05/25/2020 | | 688.00 | |
| | Bill | 03/31/2020 | S8447840.001 | 05/25/2020 | | 3,052.84 | |
| | Bill | 03/31/2020 | S8450840.001 | 05/25/2020 | | 132.72 | |
| **Total Echo Group, Inc.** | | | | | | 7,336.22 | Material purchased for job |
| **Electrical Engineering & Equipment Co.** | | | | | | | |
| | Credit | 03/27/2020 | 6743019-00 | | | -38.35 | |
| | Bill | 03/31/2020 | 6871088-02 | 04/30/2020 | | 1,816.00 | |
| | Bill | 03/31/2020 | 6891215-00 | 04/30/2020 | | 473.54 | |
| **Total Electrical Engineering & Equipment Co.** | | | | | | 2,252.19 | Material purchased for job |
| **SCI Communications, Inc** | | | | | | | |
| | Bill | 03/27/2020 | 6026 | 03/27/2020 | 4 | 5,040.00 | |
| **Total SCI Communications, Inc** | | | | | | 5,040.00 | Material purchased for job |
| **TOTAL** | | | | | | 15,183.41 | |

# Ryan's Electrical Services, LLC
## A/R Aging Summary
### As of March 31, 2020

## Exhibit F

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Accountant's Temp Customer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **ACI Mechanical, Inc.** | | | | | | |
| ISU Power Plant EF3 & EF5 | 0.00 | 0.00 | 0.00 | 0.00 | 300.01 | 300.01 |
| **Total ACI Mechanical, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 300.01 | 300.01 |
| **Action Services Group** | | | | | | |
| WO#2727-WO#226758-Dollar General-Replace | 0.00 | 464.54 | 0.00 | 0.00 | 0.00 | 464.54 |
| WO#2747-WO#231506-Dollar General-power | 0.00 | 149.80 | 0.00 | 0.00 | 0.00 | 149.80 |
| WO#2752-WO#231431-Dollar General-Wfoo-Tee | 0.00 | 192.49 | 0.00 | 0.00 | 0.00 | 192.49 |
| WO#2770-WO#231892-Dollar General-Wfoo-bsh | 129.33 | 0.00 | 0.00 | 0.00 | 0.00 | 129.33 |
| WO#2771-WO231989-Check into Cash-Wfoo-fsh | 138.25 | 0.00 | 0.00 | 0.00 | 0.00 | 138.25 |
| WO#2788-WO#223631-Dollar General-Evansdal | 78.11 | 0.00 | 0.00 | 0.00 | 0.00 | 78.11 |
| **Total Action Services Group** | 345.69 | 806.83 | 0.00 | 0.00 | 0.00 | 1,152.52 |
| **Alissa Lotman** | | | | | | |
| WO#1933 - Hang dining room fixture | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 | 75.00 |
| **Total Alissa Lotman** | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 | 75.00 |
| Allowance Customer | 0.00 | 0.00 | 0.00 | 0.00 | -10,000.00 | -10,000.00 |
| **American Home Shield** | | | | | | |
| WO#2063-Dispatch#475635342-Jason G-switch | 0.00 | 0.00 | 0.00 | 0.00 | 356.10 | 356.10 |
| **Total American Home Shield** | 0.00 | 0.00 | 0.00 | 0.00 | 356.10 | 356.10 |
| APEX Construction Company, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -10.77 | -10.77 |
| **Apex Construction Solutions, Inc.** | | | | | | |
| Camp Dodge M-05 Alterations | 10,982.00 | 36,107.60 | 0.00 | 0.00 | 0.00 | 47,089.60 |
| McDonald's Pella Interior Remodel | 45,324.50 | 0.00 | 0.00 | 0.00 | 0.00 | 45,324.50 |
| **Total Apex Construction Solutions, Inc.** | 56,306.50 | 36,107.60 | 0.00 | 0.00 | 0.00 | 92,414.10 |
| Atkinson's & Associates Builders | 0.00 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 |
| **Azcon, Inc. Construction** | | | | | | |
| Camp Dodge B-16 & B-17 | 8,151.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,151.00 |
| Camp Dodge L-10 Renovations | 680.00 | 0.00 | 0.00 | 0.00 | 0.00 | 680.00 |
| **Total Azcon, Inc. Construction** | 8,831.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,831.00 |
| Ball Team, LLC. | 0.00 | 0.00 | 0.00 | 0.00 | -10.00 | -10.00 |
| **Barbara Wilder** | | | | | | |
| WO#2495-Repair garage feed, install lts | 0.00 | 0.00 | 0.00 | 0.00 | 105.63 | 105.63 |
| **Total Barbara Wilder** | 0.00 | 0.00 | 0.00 | 0.00 | 105.63 | 105.63 |
| **Beautiful Mess Boutique** | | | | | | |
| WO#2728-Repairing ceiling light | 94.55 | 0.00 | 0.00 | 0.00 | 0.00 | 94.55 |
| **Total Beautiful Mess Boutique** | 94.55 | 0.00 | 0.00 | 0.00 | 0.00 | 94.55 |
| **Ben Jorgensen** | | | | | | |
| WO#2779-Kitchen outlet | 0.00 | -111.56 | 0.00 | 0.00 | 0.00 | -111.56 |
| **Total Ben Jorgensen** | 0.00 | -111.56 | 0.00 | 0.00 | 0.00 | -111.56 |
| Black Hawk County Engineer | 0.00 | 0.00 | 0.00 | 2,283.72 | 0.00 | 2,283.72 |
| Gilbertville Maint Shop | 0.00 | 0.00 | 0.00 | 2,283.72 | 0.00 | 2,283.72 |

# Ryan's Electrical Services, LLC
## A/R Aging Summary
### As of March 31, 2020

## Exhibit F

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Total Black Hawk County Engineer | 0.00 | 0.00 | 0.00 | 2,263.72 | 0.00 | 2,263.72 |
| **Boon Stover** | | | | | | |
| WO#2783-Boons garage wiring-Waterloo | 0.00 | 1,086.29 | 0.00 | 0.00 | 0.00 | 1,086.29 |
| **Total Boon Stover** | 0.00 | 1,086.29 | 0.00 | 0.00 | 0.00 | 1,086.29 |
| **Brian Ritter** | | | | | | |
| WO#2158-Kimball Ave-Conduit & data outlet | 0.00 | 0.00 | 0.00 | 0.00 | 229.37 | 229.37 |
| Brian Ritter - Other | 0.00 | 0.00 | 0.00 | 0.00 | -0.50 | -0.50 |
| **Total Brian Ritter** | 0.00 | 0.00 | 0.00 | 0.00 | 228.87 | 228.87 |
| **Broadway National** | | | | | | |
| WO#2722-SV663503-02-Pilot-Walcott-tshoot | 0.00 | 0.00 | 400.00 | 0.00 | 0.00 | 400.00 |
| WO#2730-WO#SV670932-01 PO#135516064 | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| WO#2769-WO#SV674416-01-Staples-Wloo-Repla | 151.17 | 0.00 | 0.00 | 0.00 | 0.00 | 151.17 |
| WO#2774-PO#503935223WO#SV663503-02 - Pilot | 880.00 | 0.00 | 0.00 | 0.00 | 0.00 | 880.00 |
| **Total Broadway National** | 1,031.17 | 150.00 | 400.00 | 0.00 | 0.00 | 1,581.17 |
| **Brocon Services LLC** | | | | | | |
| Brocon Services LLC | 0.00 | -1,868.00 | 0.00 | 0.00 | 0.00 | -1,868.00 |
| **Caliber Concrete, LLC** | | | | | | |
| Fox Creek Park Phase II | 0.00 | 0.00 | 0.00 | 0.00 | 4,602.50 | 4,602.50 |
| **Total Caliber Concrete, LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 4,602.50 | 4,602.50 |
| **CBRE FacilitySource IFM** | | | | | | |
| WO#2731-WEB1664303-JCPennys-Ames-Tshoot | 0.00 | 0.00 | 389.04 | 0.00 | 0.00 | 389.04 |
| WO#2749-WEB-1663919-JCPenny-Ames-tshot em | 385.00 | 0.00 | 0.00 | 0.00 | 0.00 | 385.00 |
| **Total CBRE FacilitySource IFM** | 385.00 | 0.00 | 389.04 | 0.00 | 0.00 | 784.04 |
| **Chain Store Maintenance, Inc.** | | | | | | |
| Chain Store Maintenance, Inc. | 0.00 | 0.00 | 0.00 | -80.74 | 0.00 | -80.74 |
| **Comcast Business** | | | | | | |
| Comcast Business | 0.00 | 0.00 | 0.00 | 0.00 | -384.10 | -384.10 |
| **Corey Gregerson** | | | | | | |
| WO#2789-Check sparking at electric panel | 137.80 | 0.00 | 0.00 | 0.00 | 0.00 | 137.80 |
| **Total Corey Gregerson** | 137.80 | 0.00 | 0.00 | 0.00 | 0.00 | 137.80 |
| **Corn State Metal Fabricators, Inc.** | | | | | | |
| WO#2725-PO#f5231-Western Hills media cntr | 0.00 | 0.00 | 390.00 | 0.00 | 0.00 | 390.00 |
| **Total Corn State Metal Fabricators, Inc.** | 0.00 | 0.00 | 390.00 | 0.00 | 0.00 | 390.00 |
| **Covenant Construction Services** | | | | | | |
| Covenant Construction Services | 0.00 | 0.00 | 0.00 | 0.00 | -49.99 | -49.99 |
| **Cross Country Home Services** | | | | | | |
| WO#2071-SCCLATIV3B-Misc. Electric Issues | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 100.00 |
| WO#2091-SCCLATKT6S-1-Tripping breakers | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 | 75.00 |
| WO#2094-SCCLATM5V9-1-Arc fault brkrs | 0.00 | 0.00 | 0.00 | 0.00 | 225.00 | 225.00 |
| WO#2188-SCCM1WOZJY-Repair outlets | 0.00 | 0.00 | 0.00 | 0.00 | 1,029.42 | 1,029.42 |
| WO#2382-SCCM4YX5HK-Rachel Carlson | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | 150.00 |
| Cross Country Home Services - Other | 0.00 | 0.00 | 0.00 | 0.00 | -0.06 | -0.06 |
| **Total Cross Country Home Services** | 0.00 | 0.00 | 0.00 | 0.00 | 1,579.36 | 1,579.36 |
| **CrossCom National** | | | | | | |
| WO#2233-S907106?-Walmart Wloo-Fix Network | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | 150.00 |

# Ryan's Electrical Services, LLC
## A/R Aging Summary
### As of March 31, 2020

## Exhibit F

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| WO#2855-P#50/57/41-Kohl's Clive ex antenna | 0.00 | 0.00 | 366.18 | 0.00 | 0.00 | 366.18 |
| WO#2673-59579697 - Dollar General M-Town | 0.00 | 0.00 | -281.25 | 0.00 | 0.00 | -281.25 |
| WO#2718-WO#P#63318B-Ross Store-WDM-CU5300 | 0.00 | 238.87 | 0.00 | 0.00 | 0.00 | 238.87 |
| WO#2721-WO#S9661380-Casey's General Store | 0.00 | 148.50 | 0.00 | 0.00 | 0.00 | 148.50 |
| WO#2737-WO#S9689004-Maurice-WDM-Install | 75.00 | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| WO#2739-WO#S9692259-Costco-Mills Civic | 0.00 | 112.50 | 0.00 | 0.00 | 0.00 | 112.50 |
| WO#2785-WO#P9747436-Advance Auto Parts- | 418.45 | 0.00 | 0.00 | 0.00 | 0.00 | 418.45 |
| CrossCom National - Other | 0.00 | 0.00 | -312.37 | -345.45 | -0.18 | -658.00 |
| **Total CrossCom National** | 493.45 | 499.87 | -227.44 | -345.45 | 149.82 | 570.25 |
| Dallas County Human Services | | | | | | |
| WO#2760-Replace lights-warranty parts but | 0.00 | 159.00 | 0.00 | 0.00 | 0.00 | 159.00 |
| **Total Dallas County Human Services** | 0.00 | 159.00 | 0.00 | 0.00 | 0.00 | 159.00 |
| Divisions Maintenance Group | | | | | | |
| WO#2614-PO#1523445-Walgreens-drive thru | 0.00 | 0.00 | 0.00 | 0.00 | 108.75 | 108.75 |
| WO#2745-PO#1734609-Ross-Merle Hay-15 | 0.00 | 187.05 | 0.00 | 0.00 | 0.00 | 187.05 |
| **Total Divisions Maintenance Group** | 0.00 | 187.05 | 0.00 | 0.00 | 108.75 | 295.80 |
| Doris Robinson | | | | | | |
| WO#1946 - Wire kitchen lighting | 0.00 | 0.00 | 0.00 | 0.00 | 1,184.71 | 1,184.71 |
| **Total Doris Robinson** | 0.00 | 0.00 | 0.00 | 0.00 | 1,184.71 | 1,184.71 |
| Eaton | 0.00 | 0.00 | 0.00 | 600.00 | 0.00 | 600.00 |
| Emerson Electric Co. | | | | | | |
| Emerson On Call Service - Ongoing | 0.00 | 1,000.00 | 2,000.00 | 0.00 | 0.00 | 3,000.00 |
| WO#2724-Lighting updates and upgrades | 0.00 | 0.00 | 2,487.75 | 0.00 | 0.00 | 2,487.75 |
| WO#2751-lights in generator enclosure | 0.00 | 882.75 | 0.00 | 0.00 | 0.00 | 882.75 |
| **Total Emerson Electric Co.** | 0.00 | 1,882.75 | 4,487.75 | 0.00 | 0.00 | 6,370.50 |
| ESI Electric, Inc. | | | | | | |
| Calvin Manor | 0.00 | 3,276.00 | 1,344.00 | 0.00 | 0.00 | 4,620.00 |
| **Total ESI Electric, Inc.** | 0.00 | 3,276.00 | 1,344.00 | 0.00 | 0.00 | 4,620.00 |
| Eetes Construction | 0.00 | 0.00 | 0.00 | 0.00 | -0.80 | -0.80 |
| Everything Homes of Iowa | 0.00 | 0.00 | 0.00 | 0.00 | -0.70 | -0.70 |
| EVO-INC | | | | | | |
| Walmart LED Retrofit - Iowa City | 0.00 | 0.00 | 0.00 | 0.00 | 4,200.00 | 4,200.00 |
| Walmart LED Retrofit - Keokuk | 0.00 | 0.00 | 0.00 | 0.00 | 7,800.00 | 7,800.00 |
| Walmart LED Retrofit - Mt Pleasant | 0.00 | 0.00 | 0.00 | 0.00 | 23,222.00 | 23,222.00 |
| Walmart LED Retrofit - Muscatine | 0.00 | 0.00 | 0.00 | 0.00 | 7,200.00 | 7,200.00 |
| **Total EVO-INC** | 0.00 | 0.00 | 0.00 | 0.00 | 42,422.00 | 42,422.00 |
| Ezzi Signs | | | | | | |
| WO#2660-WO#12752471&-Best Buy-Center of | 0.00 | 0.00 | 0.00 | 0.00 | 203.40 | 203.40 |
| **Total Ezzi Signs** | 0.00 | 0.00 | 0.00 | 0.00 | 203.40 | 203.40 |
| Ferrandino & Son, Inc. | 0.00 | 0.00 | -39.12 | 0.00 | 0.00 | -39.12 |
| G&H Trucking | 0.00 | 0.00 | 0.00 | 0.00 | 220.00 | 220.00 |

# Ryan's Electrical Services, LLC
## A/R Aging Summary
### As of March 31, 2020

## Exhibit F

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **Gholam Mirafzal** | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 | 125.00 |
| **Ginger Shirley** | | | | | | |
| WO#2399 - Check non-working light | 0.00 | 0.00 | 0.00 | 0.00 | -0.16 | -0.16 |
| **Total Ginger Shirley** | 0.00 | 0.00 | 0.00 | 0.00 | -0.16 | -0.16 |
| **Glen Hansen** | | | | | | |
| WO#2777 - Repair kitchen&bedrm outlets | 0.00 | -243.96 | 0.00 | 0.00 | 0.00 | -243.96 |
| **Total Glen Hansen** | 0.00 | -243.96 | 0.00 | 0.00 | 0.00 | -243.96 |
| **Global Facility Management** | | | | | | |
| WO#2719-WO#00350724-Fossil Accessory | 0.00 | 321.00 | 0.00 | 0.00 | 0.00 | 321.00 |
| **Total Global Facility Management** | 0.00 | 321.00 | 0.00 | 0.00 | 0.00 | 321.00 |
| **Harold Pike Construction Co.** | | | | | | |
| Boone County Landfill Maint. Bldg. | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 70.00 |
| ISU Vet Med - RR & Locker Room | 0.00 | 0.00 | 0.00 | 0.00 | 2,458.11 | 2,458.11 |
| **Total Harold Pike Construction Co.** | 0.00 | 0.00 | 0.00 | 0.00 | 2,528.11 | 2,528.11 |
| **Innovative Construction Solutions** | | | | | | |
| Duff Plaza - Homegoods Ames | 142,290.00 | 17,460.00 | 0.00 | 0.00 | 0.00 | 159,750.00 |
| Duff Plaza PetSmart - Ames | 17,415.00 | 15,300.00 | 0.00 | 0.00 | 0.00 | 32,715.00 |
| **Total Innovative Construction Solutions** | 159,705.00 | 32,760.00 | 0.00 | 0.00 | 0.00 | 192,465.00 |
| **Jensen Builders** | | | | | | |
| Adair IDOT PEMB Addition | 0.00 | 0.00 | 0.00 | 0.00 | 27,672.05 | 27,672.05 |
| Camp Dodge S-21 T-BAT | 0.00 | 0.00 | 0.00 | 0.00 | 0.26 | 0.26 |
| Jensen Builders - Other | 0.00 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 |
| **Total Jensen Builders** | 0.00 | 0.00 | 0.00 | 0.00 | 27,672.30 | 27,672.30 |
| **Jerry's Furniture** | 0.00 | 0.00 | 0.00 | 0.00 | -256.40 | -256.40 |
| **John French** | | | | | | |
| WO#2199 - Power to half of home | 0.00 | 0.00 | 0.00 | 0.00 | 68.90 | 68.90 |
| **Total John French** | 0.00 | 0.00 | 0.00 | 0.00 | 68.90 | 68.90 |
| **John Rhode** | | | | | | |
| WO#1870 - Fix GFI Near Kitchen Sink | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 | 75.00 |
| **Total John Rhode** | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 | 75.00 |
| **Koester Construction Company Inc.** | | | | | | |
| WDM Valley Junction Activity Center Ph 3B | 18,572.50 | 0.00 | 0.00 | 0.00 | 0.00 | 18,572.50 |
| **Total Koester Construction Company Inc.** | 18,572.50 | 0.00 | 0.00 | 0.00 | 0.00 | 18,572.50 |
| **Kristine Calhoun** | | | | | | |
| WO#1876 - Check living room outlets | 0.00 | 0.00 | 0.00 | 0.00 | 119.57 | 119.57 |
| **Total Kristine Calhoun** | 0.00 | 0.00 | 0.00 | 0.00 | 119.57 | 119.57 |
| **Lansink Construction, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | -1,015.55 | -1,015.55 |
| **Larson Construction Co. Inc.** | | | | | | |
| Hartman Reserve Nature Center | 0.00 | 0.00 | 0.00 | 0.00 | 1,020.00 | 1,020.00 |
| **Total Larson Construction Co. Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 1,020.00 | 1,020.00 |
| **Larson Contracting Central, LLC** | | | | | | |

# Ryan's Electrical Services, LLC
## A/R Aging Summary
### As of March 31, 2020

## Exhibit F

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Smokin' Oak Pizza | 0.00 | 0.00 | 0.00 | 0.00 | 849.79 | 849.79 |
| **Total Larson Contracting Central, LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 849.79 | 849.79 |
| **Lisa Silvers** | | | | | | |
| WO#2414-Wire room & install can lts | 0.00 | 0.00 | 0.00 | 0.00 | -4.59 | -4.59 |
| **Total Lisa Silvers** | 0.00 | 0.00 | 0.00 | 0.00 | -4.59 | -4.59 |
| **Ljs Neighborhood Bar & Grill** | | | | | | |
| WO#2763-Add requested twist lock outlets | 0.00 | 113.02 | 0.00 | 0.00 | 0.00 | 113.02 |
| **Total Ljs Neighborhood Bar & Grill** | 0.00 | 113.02 | 0.00 | 0.00 | 0.00 | 113.02 |
| **Lor Moua** | | | | | | |
| WO#2565-Repair Front Light and Door Bell | 0.00 | 0.00 | 0.00 | 0.00 | -1.87 | -1.87 |
| **Total Lor Moua** | 0.00 | 0.00 | 0.00 | 0.00 | -1.87 | -1.87 |
| **Loren Weber** | | | | | | |
| WO#1996 - Find short in conduit | 0.00 | 0.00 | 0.00 | 0.00 | 71.72 | 71.72 |
| **Total Loren Weber** | 0.00 | 0.00 | 0.00 | 0.00 | 71.72 | 71.72 |
| **Mark Knutson** | | | | | | |
| Hot Tub Removal | 0.00 | 0.00 | 0.00 | 0.00 | -69.55 | -69.55 |
| **Total Mark Knutson** | 0.00 | 0.00 | 0.00 | 0.00 | -69.55 | -69.55 |
| **Menards - Ankeny** | | | | | | |
| WO#2766-Changing out lighting contactor | 0.00 | 159.00 | 0.00 | 0.00 | 0.00 | 159.00 |
| **Total Menards - Ankeny** | 0.00 | 159.00 | 0.00 | 0.00 | 0.00 | 159.00 |
| **Midland Construction, Inc.** | | | | | | |
| Walmart Indianola Remodel | 9,600.00 | 10,725.00 | 0.00 | 0.00 | 0.00 | 20,325.00 |
| **Total Midland Construction, Inc.** | 9,600.00 | 10,725.00 | 0.00 | 0.00 | 0.00 | 20,325.00 |
| **Midland Manufacturing Co.** | | | | | | |
| WO#2741 - New Machine | 0.00 | 7,600.00 | 0.00 | 0.00 | 0.00 | 7,600.00 |
| WO#2757 - Repair lighting | 1,353.75 | 0.00 | 0.00 | 0.00 | 0.00 | 1,353.75 |
| **Total Midland Manufacturing Co.** | 1,353.75 | 7,600.00 | 0.00 | 0.00 | 0.00 | 8,953.75 |
| **Mike Mohr** | | | | | | |
| WO#2676-Troubleshoot outlets, he lost pow | 0.00 | 0.00 | 104.50 | 0.00 | 0.00 | 104.50 |
| WO#2723-Electrical work at new house 5370 | 0.00 | 0.00 | 184.00 | 0.00 | 0.00 | 184.00 |
| **Total Mike Mohr** | 0.00 | 0.00 | 288.50 | 0.00 | 0.00 | 288.50 |
| **Monte Evans** | | | | | | |
| WO#1918 - Insurance claim | 0.00 | 0.00 | 0.00 | 0.00 | 1,944.61 | 1,944.61 |
| **Total Monte Evans** | 0.00 | 0.00 | 0.00 | 0.00 | 1,944.61 | 1,944.61 |
| **Neumann Brothers, Inc.** | | | | | | |
| Waukee CAPS | 0.00 | 0.00 | 0.00 | 0.00 | 1,422.75 | 1,422.75 |
| **Total Neumann Brothers, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 1,422.75 | 1,422.75 |
| PKC Construction | 0.00 | 0.00 | 0.00 | 0.00 | -1.71 | -1.71 |
| **Platinum Enterprises, LLC** | | | | | | |
| WO#2634-New Sound Hearing-Estimate | 0.00 | 0.00 | 0.00 | 0.00 | 69.55 | 69.55 |
| **Total Platinum Enterprises, LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 69.55 | 69.55 |

# Ryan's Electrical Services, LLC
## A/R Aging Summary
### As of March 31, 2020

## Exhibit F

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **Point Builders, LLC** | | | | | | |
| River Place SSR2 | 0.00 | 0.00 | 0.00 | 0.00 | 330.00 | 330.00 |
| SW 9th Retail | 0.00 | 0.00 | 0.00 | 0.00 | 953.25 | 953.25 |
| Point Builders, LLC - Other | 0.00 | 0.00 | 0.00 | 0.00 | -3.25 | -3.25 |
| **Total Point Builders, LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 1,280.00 | 1,280.00 |
| **Popeye's Chicken** | | | | | | |
| WO#2142-Replace bad elec cord cap | 0.00 | 0.00 | 0.00 | 0.00 | 98.18 | 98.18 |
| **Total Popeye's Chicken** | 0.00 | 0.00 | 0.00 | 0.00 | 98.18 | 98.18 |
| **Proctor Mechanical Corporation Store #351** | | | | | | |
| WO#2758-T&M-Luecas split system | 1,271.72 | 0.00 | 0.00 | 0.00 | 0.00 | 1,271.72 |
| **Total Proctor Mechanical Corporation Store #351** | 1,271.72 | 0.00 | 0.00 | 0.00 | 0.00 | 1,271.72 |
| **R&R Development Services** | | | | | | |
| WO#2710-Regency 5 - Add one outlet for TV | 0.00 | 187.08 | 0.00 | 0.00 | 0.00 | 187.08 |
| **Total R&R Development Services** | 0.00 | 187.08 | 0.00 | 0.00 | 0.00 | 187.08 |
| **R.H. Grabau Construction Inc.** | | | | | | |
| ISU Food Science RM 2379 | 0.00 | 0.00 | 0.00 | 0.00 | -172.69 | -172.69 |
| R.H. Grabau Construction Inc. - Other | 0.00 | -4,249.42 | 0.00 | 0.00 | 0.00 | -4,249.42 |
| **Total R.H. Grabau Construction Inc.** | 0.00 | -4,249.42 | 0.00 | 0.00 | -172.69 | -4,422.11 |
| **RSM Maintenance** | | | | | | |
| WO#2735-WO#11702610101-US Cellular-DSM | 0.00 | 144.50 | 0.00 | 0.00 | 0.00 | 144.50 |
| **Total RSM Maintenance** | 0.00 | 144.50 | 0.00 | 0.00 | 0.00 | 144.50 |
| Ruthie Clay | 0.00 | 0.00 | -0.45 | 0.00 | 0.00 | -0.45 |
| **Seam Group (Former Predictive Services)** | | | | | | |
| WO#2647-WO#51070-At Home-University | 0.00 | 0.00 | 0.00 | 275.00 | 0.00 | 275.00 |
| **Total Seam Group (Former Predictive Services)** | 0.00 | 0.00 | 0.00 | 275.00 | 0.00 | 275.00 |
| **Sergio Corona** | | | | | | |
| WO#2533 - Kitchen Remodel - Trim Work | 0.00 | 0.00 | 0.00 | 0.00 | 1,026.20 | 1,026.20 |
| **Total Sergio Corona** | 0.00 | 0.00 | 0.00 | 0.00 | 1,026.20 | 1,026.20 |
| **Siemens Industry** | | | | | | |
| Western Hills Courtyard Infill | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | 300.00 |
| **Total Siemens Industry** | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | 300.00 |
| **Smith Company Serives, LLC** | | | | | | |
| WO#2761-Abduhl Smith-building strut rack | 0.00 | 159.00 | 0.00 | 0.00 | 0.00 | 159.00 |
| **Total Smith Company Serives, LLC** | 0.00 | 159.00 | 0.00 | 0.00 | 0.00 | 159.00 |
| **South Central Electric, LLC.** | | | | | | |
| WO#2429-Elevate@Jordan Creek FA rough-in | 0.00 | 0.00 | 0.00 | 0.00 | 7,079.20 | 7,000.00 |
| **Total South Central Electric, LLC.** | 0.00 | 0.00 | -79.20 | 0.00 | 7,079.20 | 7,000.00 |
| **Southern Hospitality Ventures, Inc.** | | | | | | |
| WO#2767-WO#13763248-Raising Cane-WDM-Rep | 0.00 | 285.90 | 0.00 | 0.00 | 0.00 | 285.90 |
| **Total Southern Hospitality Ventures, Inc.** | 0.00 | 285.90 | 0.00 | 0.00 | 0.00 | 285.90 |
| Sterling Hotel | | | | | | |

Ryan's Electrical Services, LLC
A/R Aging Summary
As of March 31, 2020

## Exhibit F

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| WO#1981 - Misc. - emergency fixes | 0.00 | 0.00 | 0.00 | 0.00 | 181.77 | 181.77 |
| **Total Sterling Hotel** | 0.00 | 0.00 | 0.00 | 0.00 | 181.77 | 181.77 |
| StoreCrafters, Inc. | | | | | | |
| WO#1813 - PO#42561 - Harbor Freight | 0.00 | 0.00 | 0.00 | 0.00 | 2,701.17 | 2,701.17 |
| **Total StoreCrafters, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 2,701.17 | 2,701.17 |
| Summit Commercial Construction | | | | | | |
| WO#2766-Add fridge outlet @ 3FOP | 329.52 | 0.00 | 0.00 | 0.00 | 0.00 | 329.52 |
| **Total Summit Commercial Construction** | 329.52 | 0.00 | 0.00 | 0.00 | 0.00 | 329.52 |
| Tasty King-Burger King | | | | | | |
| WO#2704-Court Ave Burger King - Thermal i | 0.00 | 0.00 | 636.00 | 0.00 | 0.00 | 636.00 |
| WO#2725-MLK Burger King- outside light fi | 0.00 | 0.00 | 184.00 | 0.00 | 0.00 | 184.00 |
| **Total Tasty King-Burger King** | 0.00 | 0.00 | 820.00 | 0.00 | 0.00 | 820.00 |
| TBB&M, LLC | | | | | | |
| Roland Story HS Science Room Reno | 0.00 | 0.00 | 0.00 | 0.00 | 3,112.00 | 3,112.00 |
| Saydel High School - Classroom Reno | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 |
| **Total TBB&M, LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 3,112.50 | 3,112.50 |
| The Samuels Group | | | | | | |
| DMPS McCombs MS | 0.00 | 0.00 | 0.00 | 0.00 | 3,330.70 | 3,330.70 |
| DMPS Weeks MS | 0.00 | 0.00 | 0.00 | 0.00 | 15,410.00 | 15,410.00 |
| **Total The Samuels Group** | 0.00 | 0.00 | 0.00 | 0.00 | 18,740.70 | 18,740.70 |
| Theresa Livingston | | | | | | |
| WO#2734-Troubleshoot power to garage | 0.00 | 0.00 | 112.73 | 0.00 | 0.00 | 112.73 |
| **Total Theresa Livingston** | 0.00 | 0.00 | 112.73 | 0.00 | 0.00 | 112.73 |
| Tina Unich | | | | | | |
| WO#2618-Sub-Panel and outlets install | 0.00 | 0.00 | 0.00 | 0.00 | 533.99 | 533.99 |
| **Total Tina Unich** | 0.00 | 0.00 | 0.00 | 0.00 | 533.99 | 533.99 |
| Trinity Construction Group | | | | | | |
| Tower & Sheridan Park Restrooms | 0.00 | 0.00 | 0.00 | 0.00 | 2,046.12 | 2,046.12 |
| Trinity Construction Group - Other | 0.00 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 |
| **Total Trinity Construction Group** | 0.00 | 0.00 | 0.00 | 0.00 | 2,046.11 | 2,046.11 |
| TSR The Sign Resource INC | | | | | | |
| WO#2748-TSC#146-Waterloo-troubleshoot out | 0.00 | 0.00 | 249.70 | 0.00 | 0.00 | 249.70 |
| **Total TSR The Sign Resource INC** | 0.00 | 0.00 | 249.70 | 0.00 | 0.00 | 249.70 |
| Two Rivers Group, Inc. | | | | | | |
| Urbandale High School Gym Reno | 7,419.45 | 0.00 | 0.00 | 0.00 | 0.00 | 7,419.45 |
| **Total Two Rivers Group, Inc.** | 7,419.45 | 0.00 | 0.00 | 0.00 | 0.00 | 7,419.45 |
| Wayne Folken | | | | | | |
| WO#2699-Install owner provided motion lig | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Wayne Folken** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Whole Foods WDSM | | | | | | |
| WO#1837 - WO#4828487 - Ltg Rpl | 0.00 | 0.00 | 0.00 | 0.00 | 318.00 | 318.00 |

Ryan's Electrical Services, LLC
A/R Aging Summary
As of March 31, 2020

## Exhibit F

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Total Whole Foods WDSM | 0.00 | 0.00 | 0.00 | 0.00 | 318.00 | 318.00 |
| Woodruff Const - Ames | | | | | | |
| Mainstream Living - Baker House | 0.00 | 0.00 | 321.50 | 0.00 | 0.00 | 321.50 |
| Total Woodruff Const - Ames | 0.00 | 0.00 | 321.50 | 0.00 | 0.00 | 321.50 |
| Woodruff Const - Ft Dodge | | | | | | |
| United Community CSD Transportation Bldg | 5,217.00 | 6,212.05 | 3,285.56 | 0.00 | 0.00 | 14,714.61 |
| Total Woodruff Const - Ft Dodge | 5,217.00 | 6,212.05 | 3,285.56 | 0.00 | 0.00 | 14,714.61 |
| TOTAL | 271,094.10 | 96,349.00 | 11,752.57 | 2,712.53 | 112,962.38 | 494,870.58 |