IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA
**PROCEEDING MEMO AND ORDER**

IN RE: )
) Chapter 11
RYAN'S ELECTRICAL SERVICES, LLC, )
) Bankruptcy No. 20-00411
    Debtor. )

Date of Hearing: May 22, 2020

APPEARANCES:

For Debtor: Robert Gainer
For Parties-In-Interest: Martin McLaughlin for the IRS; Brandon Gray for IDOR; Thomas Burke
    for Community State Bank
U.S. Trustee: Ashley Zubal
Case Trustee: Douglas Flugum

NATURE OF PROCEEDING: \_\_\_\_ In Court    X   Telephonic

Pre-Status Conference – Chapter 11 Subchapter V

IT IS ORDERED THAT:

Status Conference was held and this case will proceed to confirmation.

Dated and Entered: May 22, 2020

                                     Thad J. Collins, Bankruptcy Judge