IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | ) |
| | ) Bankruptcy No. 20-00411 |
| RYAN'S ELECTRICAL | ) |
| SERVICES, LLC, | ) Related Doc. 38, 39, 40 |
| | ) |
| Debtor. | ) Movant: Americredit Financial |
| | )     Services, Inc. dba GM Financial |

**ORDER Regarding Stays
and Motions for Adequate Protection**

Date of Hearing: May 22, 2020

A preliminary hearing on movant's motions was held. The following appearances were entered:

    Debtor   Robert Gainer
    Movant   Rodger Turbak

IT IS ORDERED that the preliminary hearings on these Motions for Relief from Stays are continued and reset for

**June 5, 2020 at 1:00 p.m.**

by telephone conference call. ATTORNEY FOR MOVANT IS TO INITIATE THE TELEPHONE CALL. THIS HEARING WILL BE DIGITALLY RECORDED.

DATED AND ENTERED   May 22, 2020

_____
THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE