IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA (Waterloo)

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Ryan's Electrical Services, LLC ) | Case No. 20-00411 |
| ) | Chapter 11 |
| Debtor, ) | Judge Thad J. Collins |
| ) | |
| Americredit Financial Services, Inc. ) | |
| dba GM Financial ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| Ryan's Electrical Services, LLC ) | |
| Respondent, ) | |
| and ) | |
| ) | |
| Douglas Dean Flugum ) | |
| Trustee. ) | |

## AGREED ORDER LIFTING THE STAY (Doc. 39)

At WATERLOO, IOWA, this matter came on for consideration of Americredit Financial Services, Inc. dba GM Financial's Motion to Lift Debtors Stay. The Motion was noticed properly and objections were filed. The parties having advised the Court that an agreement has been reached regarding surrender of one vehicle and the curing of arrearages and agreement to make future payments with respect to the other two vehicles; It is hereby,

ORDERED that the stay is lifted for the sole purpose of the repossession and sale by Americredit Financial Services, Inc. dba GM Financial of the following property:

a 2018 Chevrolet Malibu; VIN: 1G1ZD5ST2JF260729; it is

FURTHER ORDERED that the Creditor shall have 90 days following the entry of this order to file a deficiency claim in the Debtor's bankruptcy case with respect to this vehicle; it is further

FURTHER ORDERED that no modification of this Order shall be effective unless a motion

to modify is filed with the Clerk and approved by this Court.

Dated and Entered: May 28, 2020

_____
UNITED STATES BANKRUPTCY JUDGE

Order prepared and submitted b;

/s/ Rodger Turbak_____
Rodger Turbak, No. AT0012446
Lewis Rice LLC
10484 Marty Street
Overland Park, KS 66212
(913) 648-6333 Phone
rturbak@lewisricekc.com
ATTORNEY FOR MOVANT

Approved by:

___/s/Robert Cardell Gainer_____
Robert Cardell Gainer
1307 50th Street
West Des Moines, IA 50266
(515) 223-6600
rgainer@cutlerfirm.com
ATTORNEY FOR DEBTOR