IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA (Waterloo)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ryan's Electrical Services, LLC | ) | Case No. 20-00411 |
| | ) | Chapter 11 |
| Debtor, | ) | Judge Thad J. Collins |
| Americredit Financial Services, Inc. | ) | |
| dba GM Financial | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| Ryan's Electrical Services, LLC | ) | |
| Respondent, | ) | |
| and | ) | |
| | ) | |
| Douglas Dean Flugum | ) | |
| Trustee. | ) | |

**AGREED ORDER STIPULATING TO RELIEF FROM STAY (Doc. 40)**

THIS MATTER having come on for consideration of Movant's, Americredit Financial Services, Inc. dba GM Financial's, Motion for Relief from Stay. The parties having advised the Court that an agreement has been reached regarding surrender of one vehicle and the curing of arrearages and agreement to make future payments with respect to the other two vehicles; the parties hereby stipulate and agreed and the Court finds as follows:

Due to Debtors payment status, the parties stipulate that only as to Movant, and subject to the conditions and restrictions stated herein,

ORDERED that if future default occurs, the Debtors stay will be lifted allowing Movant to exercise its rights with regard to the following property: 2019 Chevrolet Silverado; VIN: 1GCRYAEF8KZ188316.

That the Debtor is hereby granted a stay of execution so long as Debtor complies with the following terms and conditions:

1. Debtor will make a onetime payment of $1,288.02, directly to Movant by May 27, 2019.

2. Debtor will make regular monthly payments ($644.01) directly to Movant, in full and on time, commencing with the June 25, 2020, payment and continuing pursuant to the contract;

3. Pre-petition arrearages in the amount of $1,408.02 will be added to the end of the note.

4. Debtor will maintain insurance on said vehicle.

However, if Debtor fails to comply with the terms and conditions above or fails to make any payments in a timely manner; or maintain insurance on the subject vehicle; and, after a fifteen (15) day written notice or default to debtors and debtors' attorney, with regard to the first default only, Movant may proceed to foreclose its security interest without further hearing, notice or order of this Court.

IT IS THEREFORE BY THE COURT SO ORDERED.

Dated and Entered: May 28, 2020

_____
UNITED STATES BANKRUPTCY JUDGE

Order prepared and submitted by;

/s/ Rodger Turbak


Rodger Turbak, No. AT0012446
Lewis Rice LLC
10484 Marty Street
Overland Park, KS 66212
(913) 648-6333 Phone
rturbak@lewisricekc.com
ATTORNEY FOR MOVANT

Approved by:

\_\_\_\_/s/Robert Cardell Gainer_____
Robert Cardell Gainer
1307 50th Street
West Des Moines, IA 50266
(515) 223-6600
rgainer@cutlerfirm.com
ATTORNEY FOR DEBTOR