| Fill in this information to identify the case: | |
|---|---|
| Debtor | **Ryan's Electrical Services, LLC.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF IOWA** |
| Case number (if known) | |

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

**Total claim**     **Priority amount**

**2.1** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

Debtor   **Ryan's Electrical Services, LLC.**                    Case number (if known) _____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $130,000.00 |
|---|---|---|---|

**Blue Vine**
**120 Sylvan Ave., Suite 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**EngleWood Cliffs        NJ      07632**

**Basis for the claim:**
**Vendor**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number**   __ __ __ __

☑ No
☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joiner Construction Co, Inc.**
**11996 490th Street**
**PO Box 27**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Plano        IA      52581**

**Basis for the claim:**
**Vendor**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number**   __ __ __ __

☑ No
☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $625.61 |
|---|---|---|---|

**United Rentals Inc**
**PO Box 840514**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas        TX      75320**

**Basis for the claim:**
**Vendor**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number**   __ __ __ __

☑ No
☐ Yes

Debtor    **Ryan's Electrical Services, LLC.**              Case number (if known) _____

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

   | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
   |---|---|---|
   | 4.1 **Brad Magill**<br>**The Collection Law Group**<br>**11001 W 120th Ave., Ste. 400**<br><br>**Broomfield        CO    80021** | Line __**3.1**__<br>☐ Not listed. Explain: | __ __ __ __ |

Debtor   **Ryan's Electrical Services, LLC.**                    Case number (if known) _____

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

|     |                                      |     | Total of claim amounts |
|-----|--------------------------------------|-----|------------------------|
| 5a. | **Total claims from Part 1**         | 5a. | $0.00                  |
| 5b. | **Total claims from Part 2**         | 5b. + | $130,625.61          |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$130,625.61** |

| | | |
|---|---|---|
| Debtor Name | **Ryan's Electrical Services, LLC.** | |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF IOWA** | |
| Case number (if known): | | ☑ Check if this is an amended filing |

**Fill in this information to identify the case:**

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.................................................................................................... **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................................................................. **$799,663.94**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.................................................................................................... **$799,663.94**

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... **$1,012,975.02**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F...................................... **$401,319.64**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ **+ $2,302,727.77**

4. **Total liabilities**
   Lines 2 + 3a + 3b............................................................................................................................... **$3,717,022.43**

Official Form 202

**Declaration Under Penalty of Perjury for Non-Individual Debtors**   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/10/2020**          X **/s/ Ryan Etten**
MM / DD / YYYY                         Signature of individual signing on behalf of debtor

**Ryan Etten**
Printed name

**Ryan Etten**
Position or relationship to debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA
## WATERLOO DIVISION

IN RE: **Ryan's Electrical Services, LLC.**                    CASE NO.

                                                               CHAPTER    **11**

## Certificate of Service

_____

I hereby certify that on the date reflected on this filing, the foregoing instrument was filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all registered users party to this case.

      /s/ Robert C. Gainer

| Debtor(s): **Ryan's Electrical Services, LLC.** | Case No: | **NORTHERN DISTRICT OF IOWA** |
|---|---|---|
| | Chapter: **11** | **WATERLOO DIVISION** |

## ADDITIONS TO CREDITOR MATRIX

```
Blue Vine
120 Sylvan Ave., Suite 300
EngleWood Cliffs, NJ 07632


Brad Magill
The Collection Law Group
11001 W 120th Ave., Ste. 400
Broomfield, CO 80021
```