UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF IOWA

In Re:

Debtor: Ryan's Electrical Services, LLC ,

Debtor and Debtor-in-Possession.

Case No. 20-00411

Chapter 11 Sub Chapter V

FIRST INTERIM APPLICATION OF

DOUGLAS D. FLUGUM FOR

SUB CHAPTER V TRUSTEE

FEES AND EXPENSES

Douglas D. Flugum, in his capacity as the Sub Chapter V Trustee and employed by Bugeye Ventures, Inc. ("Applicant"), pursuant to 11 U.S.C. §§ 330 and 331, hereby requests that the Court approve its Application and enter an Order thereby awarding certain Sub Chapter V Trustee's fees and expenses incurred in connection with this case. In support thereof, Applicant respectfully represents:

1. Applicant is the Sub Chapter V Trustee of record for the Chapter 11 proceeding and has acted as such since the commencement of this proceeding on March 25, 2020.

2. Douglas D. Flugum is President and CEO as well as the sole shareholder of Bugeye Ventures, Inc. Bugeye Ventures is a consulting firm with a deep understanding of business operations, finance, investment, technology, and sales and marketing. Douglas Flugum has more than 38 years of experience delivering products, services, and advice to our clients.

3. Applicant has expended time in the form of professional services in support of this Chapter 11 Sub Chapter V proceeding. This time has been itemized on records reflecting, on a day to day basis, the work performed by the Applicant during the period covered by this First Interim Application. Attached hereto as Exhibit "A" are the time records related to the services, setting forth the date of each service, a description of the service rendered, and the time spent rendering such service, and the resulting fee charge on account of the service listed. A listing setting forth the billing rates associated with each professional billing time to this matter on behalf of the Applicant.

4. Applicant has listed on Exhibit "A" any expenses incurred directly in connection with Applicant's duties as Sub Chapter V Trustee of this proceeding and were necessary to Applicant's services.

5. This first interim application includes fees in the amount of $5,662.50 and expenses in the amount of $0.00, for an aggregate amount due and owing of $5,662.50 for the period of March 25, 2020 through June 15, 2020 that have not been previously applied for or approved for payment.

6. Work on this case during the time concerned has involved services from the Applicant related to the: (i ) review, evaluation and verification of the Debtor's Schedules and Statements as required under 11 U.S.C. §521; (ii) meeting with the United States Trustee's office and court including the Initial Debtor Interview; the first meeting of creditors held herein on April 23, 2020 ; status conference before the Court; working with Debtor Counsel and directly with Debtor and debtors creditors, (iii) review the Debtors' monthly operating reports; (iv) and general work including financial analysis, review of motions and responding to inquiries regarding the Chapter 11 Sub Chapter V proceeding.

7. The undersigned trustee represents to the Court that the services and expenses provided during the period covered by this First Interim Fee Application were ordinary and necessary given the nature of this Chapter 11 Sub Chapter V proceeding, and that no work was excessive or detrimental to the Bankruptcy Estate.

8. Applicant further requests that the Court, pursuant to 11 U.S.C. §§ 330 and 331, approve the allowance of fees and expenses as sought in this First Interim Fee Application and authorize the Debtor, as debtor in possession, to pay the balance of such fees and expenses as approved by the Court to the Applicant as funds are available in the DIP account maintained by the Debtor.

WHEREFORE, Applicant prays that the Court, pursuant to 11 U.S.C. §§ 330 and 331, enter an Order approving the First Interim Application for Fees and Expenses of the Applicant, and award compensation for services rendered and expenses in the amount of $5,662.50 for the period covered in the First Interim Application, and direct the Debtor, as debtor-in-possession to pay the balance of such fees and expenses to the Applicant from the DIP account as such funds become available without adversely affecting the ability of the Debtor to pay his ongoing expenses and otherwise perform the obligations of the Debtor as debtor-in-possession, and for any and all other relief deemed just and equitable in the premises.

Dated: June 15, 2020

Douglas D. Flugum
Bugeye Ventures, Inc.
PO Box 308
Cedar rapids, IA 52406
Phone: 319-389-4581
Email: dflugum@bugeyeventures.com
Sub Chapter V Trustee



**Bugeye**
Ventures, Inc.
PO Box 308
Cedar Rapids, IA 52406

# Invoice

| Date | Invoice # |
|---|---|
| 6/12/2020 | 12389 |

**Bill To**

Ryan's Electrical Services, LLC
2917 Falls Avenue
Waterloo, IA 50701

| P.O. No. | Terms | Project |
|---|---|---|
| 20-00411 6-12-20 | Due on receipt | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| See Attached Detail | | 5,662.50 | 5,662.50 |

| | |
|---|---|
| **Subtotal** | $5,662.50 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $5,662.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,662.50 |

| Date | Description | Qty (hours) | Billable (Y/N) | Notes | Amount | Date Billed |
|---|---|---|---|---|---|---|
| 3/25/2020 | File forms for appointment as Trustee | 0.25 | N | Filed and emailed to court | $ - | |
| | Schedule 341 meeting | 0.10 | N | Set 341 mtg for April 9, 2020 at 1:00 pm Northern district | $ - | |
| | Schedule IDI meeting | 0.10 | N | 3/19 at 10:am Conf Call | $ - | |
| 3/25/2020 | Review court docs for filed chapter 11 | 0.25 | Y | Read thru financials and tax returns | $ 62.50 | |
| 3/25/2020 | Administrative record keeping and setup | 0.25 | Y | Complete case setup and records | $ 62.50 | |
| 3/30/2020 | Read thru 2018 taxes | 0.25 | Y | Review 2018 taxes filed as supporting documents | $ 62.50 | |
| 4/7/2020 | Prepare and review docs for IDI meeting | 0.50 | Y | Prepare and review docs for IDI meeting | $ 125.00 | |
| 4/7/2020 | IDI meeting | 1.50 | Y | Teleconference | $ 375.00 | |
| 4/9/2020 | Review financial and bank information | 1.00 | Y | Reviewed financial and bank information compared 2018 / 2019 / and YTD 2020 financials also looked thru Bank statements | $ 250.00 | |
| 4/13/2020 | Review filed court documents | 0.50 | Y | Look over filed documents with financials and creditor information | $ 125.00 | |
| 4/23/2020 | Prepare and review docs for 341 meeting | 0.50 | Y | Prepare and review docs for 341 meeting | $ 125.00 | |
| 4/23/2020 | 341 meeting | 1.30 | Y | Teleconference | $ 325.00 | |
| 4/24/2020 | Conference call | 0.50 | Y | Teleconference | $ 125.00 | |
| 4/24/2020 | Call to Lawyer for 3E | 0.20 | Y | Talk with Ashly and Todd on next steps after the 341 call | $ 50.00 | |
| 4/25/2020 | Call to Lawyer for Community State Bank | 0.20 | Y | Talked with Michael D. Fielding. Sounds like there is a go forward strategy for | $ 50.00 | |
| 4/26/2020 | Call to Lawyer for Echo Group | 0.20 | Y | Talked with John Moorlach | $ 50.00 | |
| 4/27/2020 | Review Bob Gainers email on 341 questions | 0.40 | Y | Talked with Mark Walz. He will be talking with Bob Gainer on Monday. Hope | $ 100.00 | |
| 4/28/2020 | Review CSB Cash Collateral Motion | 0.30 | Y | Reviewed email string with some answers to 341 questions. | $ 75.00 | |
| 4/29/2020 | Review Bob Gainers email and attached | 1.00 | Y | Review motion for CSB | $ 250.00 | |
| 4/30/2020 | Review Bob Gainers email on payments to vendors | 0.50 | Y | Review documents and information | $ 125.00 | |
| 4/30/2020 | Call with Ashley on payments and 547/548 actions | 0.40 | Y | Review payments and see what ones may need a 547 /548 actions | $ 100.00 | |
| 5/1/2020 | Compose answer to Bobs email | 0.60 | Y | Phone call | $ 150.00 | |
| 5/3/2020 | Review Bobs email | 0.30 | Y | Compose and send email with questions on payments to vendors | $ 75.00 | |
| 5/4/2020 | Talk with Mark Walz on Echo Group | 0.30 | Y | Quick review of Bobs answers to questions in 5/1 email and send additional | $ 75.00 | |
| 5/5/2020 | Discuss case with Ashley and Todd | 0.75 | Y | Talked with Mark on ability of Echo to supply materials to RES | $ 187.50 | |
| 5/5/2020 | Compose email for Echo Group questions | 0.70 | Y | Worked thru requests for information and evaluation of company and options for | $ 175.00 | |
| 5/5/2020 | Compose email for 3E question | 0.50 | Y | Created email for Mark Walz and Bob to request information on past Joint check | $ 125.00 | |
| 5/6/2020 | Compose email for additional information from RES | 1.00 | Y | Created email for Michael Fielding and Bob to request information on past Joint | $ 250.00 | |
| 5/12/2020 | Cash collateral motion hearing | 0.25 | Y | Created email and sent to Bob asking for business reports and other open items | $ 62.50 | |
| | | | | Addend cash collateral hearing | | |
| 5/14/2020 | Review reports sent by Bob | 1.75 | Y | Researched the AP and AR reports sent by Bob. Found some issues with the reports matching filed information. The payment report is incomplete, the AP does not match the creditors report. Sent Bob an email with questions. | $ 437.50 | |
| 5/15/2020 | Review corrected payment register | 1.00 | Y | Review payment register, found additional issues. Sent Bob and Carrie an email with questions and information on Preferred Action on Blue Vine | $ 250.00 | |
| 5/19/2020 | Review filed MORs for March and April | 1.00 | Y | Review MORs filed today for both March and April | $ 250.00 | |
| 5/19/2020 | Look over Blue Vine payments for recapture | 0.50 | Y | Looked over information provided by Bob and Client for recapture of payments. Client provided information is not complete and does not match bank records. | $ 125.00 | |
| 5/20/2020 | Gather information for Status meeting on Friday | 0.40 | Y | Asked Bob to provide corrected information so I may pursue Blue Vine Gather information and identify issues for meeting on Friday | $ 100.00 | |
| 5/21/2020 | Conference call | 1.00 | Y | Conference call with Bob, Carrie, Todd, Ashley with follow-up and emails after | $ 250.00 | |

| Date | Description | Qty (hours) | Billable (Y/N) | Notes | Amount | Date Billed |
|---|---|---|---|---|---|---|
| 5/22/2020 | Call with Martin McLaughlin from IRS | 0.30 | Y | Discussed the priority, timing, and amount of debit of the outstanding payroll tax. Informed Martin that the accounts receivable aged list had just been filed, it looks like the IRS will have priority over most of the open AR. | $ 75.00 | |
| 5/22/2020 | Status hearing | 0.25 | Y | Status hearing with the court | $ 62.50 | |
| 5/27/2020 | Conference call with Ryan and Carrie Etten | 0.30 | Y | Work with Carrie and Ryan on AP, AR, sales, and inventory questions. | $ 75.00 | |
| 5/28/2020 | Call with Bob | 0.10 | N | Talked with Bob about call with Carrie and Ryan, payments of pre petition 3E debit, 3rd party payment of Blue Vine debit | $ - | |
| 6/8/2020 | Blue Vine AR | 0.25 | Y | Started to work on Claw back of payments to Blue Vine that were 90 before and after filing. Discovered that they had not been listed as a creditor. Sent Bob and | $ 62.50 | |
| 6/9/2020 | Call with Ryan and Carrie | 0.75 | Y | Worked with reporting for reorg plans. | $ 187.50 | |
| 6/12/2020 | Call with Ryan and Carrie | 1.00 | Y | Worked on updates to Jobs and Prospecting Worksheet, started work on cash flow worksheet, went over Cash and Accrual accounting in QuickBooks and cash flow report. Carrie will work on worksheet and then we will applied | $ 250.00 | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| Total | | 23.20 | | | $5,662.50 | |

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on the parties listed below on June 15, 2020.

Parties receiving electronic service:

- Thomas H. Burke      burke@whitfieldlaw.com
- Peter Chalik      chalik@whitfieldlaw.com
       norris@whitfieldlaw.com
- Michael D Fielding      Michael.fielding@huschblackwell.com
       michael-fielding-0183@ecf.pacerpro.com
       susan-williams-6839@pacerpro.com
       susan.williams@huschblackwell.com
- Douglas Dean Flugum      dflugum@bugeyeventures.com
- Robert Cardell Gainer      rgainer@cutlerfirm.com, mdeaver@cutlerfirm.com
- Brandon James Gray      Brandon.gray@ag.iowa.gov
       idr.bankruptcy@ag.iowa.gov
- Tara Hall      tarahall@davisbrownlaw.com
- Martin McLaughlin      marty.mclaughlin@usdoj.gov,
       usaian.ecfbkcycr@usdoj.gov
       CaseView.ECF@usdoj.gov
- Johannes (John) H. Moorlach   moorlach@whitfieldlaw.com
       norris@whitfieldlaw.com
- Jacob Schunk      jacob.schunk@usdoj.gov,
       USAIAN.ecfbkcycr@usdoj.gov;
       CaseView.ECF@usdoj.gov
- Michael M. Tamburini      mtamburini@levycraig.com
- Rodger Michael Turbak      rturbak@lewisricekc.com,
       vlbates@lewisricekc.com
- United States Trustee      USTPRegion12.CR.ECF@usdoj.gov
- Mark Daniel Walz      markwalz@davisbrownlaw.com
- L Ashley Zubal      Ashley.zubal@usdoj.gov

Parties receiving hand or mailed service:

Robert Gainer
Cutler Law Firm, P.C.
1307 50th Street
Des Moines, IA 50266

Americredit Financial Services, Inc
Dba GM Financial
P.O Box 183853
Arlington, TX 76096

Ryan's Electrical Services, LLC
Ryan Etten
2917 Falls Ave.
Waterloo, IA 50701

By:_/s/Douglas D. Flugum_
**Douglas D. Flugum**