UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN THE MATTER OF:                    )
                                     )  Case No.: 20-00411
                                     )
Ryan Electrical Services LLC,        )
                                     )  **ORDER GRANTING MOTION TO EXEND**
                                     )  **DEADLINE TO FILE PROOF OF CLAIM**
                                     )
          Debtor.                    )
                                     )

Creditor, Moser Property Maintenance, through their attorney filed a Motion to Extend

Deadline to File Proof of Claim.

**IT IS ORDERED** that the Motion **GRANTED**.  Creditor is given up to and including

June 26, 2020, to file a Proof of Claim.

Dated and Entered:    June 16, 2020

THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE