# UNITED STATES BANKRUPTCY COURT
# NOTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 20-00411 |
|  | ) |  |
|  | ) | Chapter 11 |
| **RYAN'S ELECTRICAL SERVICES, LLC.,** | ) |  |
|  | ) |  |
| Debtors. | ) | **NOTICE of Chapter 11 Plan of** |
|  | ) | **Reorganization** |
|  | ) | **NOTICE Setting Bar Date for** |
|  | ) | **Objections** |
|  | ) | **NOTICE of Setting Hearing** |

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

NOTICE IS GIVEN the enclosed Chapter 11 Plan of Reorganization, docket #83, was filed on or about June 23, 2020 on behalf of Ryan's Electrical Services, LLC.

NOTICE IS FURTHER GIVEN that Objections to said Chapter 11 Plan of Reorganization, if any, shall be filed with the Clerk of Bankruptcy Court, with a copy to the U.S. Trustee and Attorney for Debtor(s), addresses below, on or before 4:30 PM on July 24, 2020.

NOTICE IS FURTHER GIVEN a hearing on the above matter will come before the Court on:

    Date: July 29, 2020 at 1:00 pm
    Location: Buchanan County Courthouse, 210 5th Avenue NE, Independence, IA 500644

**CLERK, U.S. BANKRUPTCY COURT** 111 Seventh Ave SE Box 15, Cedar Rapids, IA 52401

**U.S. TRUSTEE** 111 Seventh Ave. SE Suite 2800, Cedar Rapids, IA 52401

DATED: June 23, 2020

                                                        RESPECTFULLY SUBMITTED,

                                                        */s/ Robert C. Gainer*_____
                                                        Robert C. Gainer     AT0000305
                                                        CUTLER LAW FIRM, P.C.
                                                        1307 50th Street
                                                        West Des Moines, IA 50266
                                                         Tel:  515-223-6600
                                                         Fax: 515-223-6787
                                                        Email:  rgainer@cutlerfirm.com
                                                        ATTORNEY FOR DEBTORS

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the document on which this appears and all enclosures, were mailed the date indicated below, to all creditors and parties in interest herein as required by the Bankruptcy Code and Rules, by the office of Cutler Law Firm, P.C., per the attached list.

      Dated: June 23, 2020                  Signature: */s/ Stephanie Newton*

Label Matrix for local noticing
0862-6
Case 20-00411
Northern District of Iowa
Waterloo
Tue Jun 23 12:24:50 CDT 2020

Americredit Financial Services, Inc. Dba GM
Dba GM Financial
P.O Box 183853
Arlington, TX 76096-3853

Iowa Department of Revenue
Office of the Attorney General of Iowa
Attn: Bankruptcy Unit
1305 E. Walnut
Des Moines, IA 50319-0109

Ryan's Electrical Services, LLC
2917 Falls Ave.
Waterloo, IA 50701-5727

111 Seventh Avenue SE #15
Cedar Rapids, IA 52401-2103

A & N Properties
PO Box 487
Ankeny, IA 50021-0487

A-TEC Recycling, Inc.
PO Box 57580
Des Moines, IA 50317-0010

A-TEC Recycling, Inc.
PO Box 57580
Pleasant Hill, IA 50317-0010

ABC Electrical Services
5299 NE 15th St.
Des Moines, IA 50313-2021

Alan R. Atwood
2732 Chicago Ave.
Des Moines, IA 50317-2658

Ally Bank
PO Box 130424
Roseville MN 55113-0004

Ally Financial Services
PO Box 8100
Hunt Valley, MD 21030-8100

Ally Financial, Inc.
PO Box 380903
Minneapolis, MN 55438-0903

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

American Express
PO Box 360001
Fort Lauderdale, FL 33336-0001

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amex
PO Box 297871
Ft. Lauderdale, FL 33329-7871

Bill J. Mangano
721 First Street
Redfield, IA 50233-7774

Blue Vine
120 Sylvan Ave., Suite 300
Englewood Cliffs, NJ 07632-2505

Bob W. Mangano
1214 Thomas Street
PO Box 79
Redfield, IA 50233-0079

Brad Magill
The Collection Law Group
11001 W 120th Ave., Ste. 400
Broomfield, CO 80021-3493

Brenden J. Etten
5041 Southfork Lane
Waterloo, IA 50701-9576

Brittany L. Finn
5041 Southfork Lane
Waterloo, IA 50701-9576

Carrie Etten
5041 Southfork Lane
Waterloo, IA 50701-9576

Carrie M. Etten
5041 Southfork Lane
Waterloo, IA 50701-9576

Casey's Business Mastercard
PO Box 70995
Charlotte, NC 28272-0995

Chad M. Malone
1501 W. Howard Street
Knoxville, IA 50138-3110

Chadrick O. Johnson
1420 4th Street
Nevada, IA 50201-1313

Communications Engineering Co
PO Box 488
Hiawatha, IA 52233-0488

Community State Bank
817 N Ankeny Blvd.
Ankeny, IA 50023-1776

| | | |
|---|---|---|
| Community State Bank<br>c/o Johannes H. Moorlach<br>WHITFIELD & EDDY LAW<br>699 Walnut Street, Suite 2000<br>Des Moines, IA 50309 | Community State Bank<br>c/o Peter J. Chalik<br>WHITFIELD & EDDY LAW<br>699 Walnut Street, Suite 2000<br>Des Moines, IA 50309 | Community State Bank<br>c/o Thomas H. Burke<br>699 Walnut St., Ste 2000<br>Des Moines, IA 50309-3948 |
| Consolidated Electrical Distributors<br>Michael D. Fielding, Husch Blackwell LLP<br>4801 Main Street, Suite 1000<br>Kansas City, MO 64112-2551 | Craig A. Zehner<br>6911 NW 84th Ave.<br>Johnston, IA 50131-4725 | Crescent Electric Supply Co<br>PO Box 500<br>East Dubuque, IL 61025-4418 |
| Dennis W. Hammer Jr.<br>7721 N. 95th Ave.<br>Baxter, IA 50028-8612 | Dennis W. Hammer Jr.<br>7721 N. 95th Avenue W.<br>Baxter, IA 50028-8612 | Don K. Joradn<br>66670 Hwy 210<br>Maxwell, IA 50161-8616 |
| Don K. Jordan<br>66670 Hwy 210<br>Maxwell, IA 50161-8616 | Duke Aerial Equipment, Inc.<br>65037 Boston Road<br>Atlantic, IA 50022-8622 | Duke Aeriel Equipment, Inc.<br>65037 Boston Rd.<br>Atlantic, IA 50022-8622 |
| Echo Group, Inc.<br>1851 Madison Avenue, Suite 710<br>Council Bluffs, IA 51503-3602 | Echo Group, Inc.<br>P.O. Box 336<br>Council Bluffs, IA 51502-0336 | Echo Group, Inc.<br>PO Box 336<br>Council Bluffs, IS 51502-0336 |
| Echo Group, Inc.<br>c/o Mark D. Walz<br>DAVIS, BROWN, KOEHN, SHORS,ROBERTS P.C.<br>4201 Westown Parkway, Suite 300<br>West Des Moines, IA 50266 | Echo Group, Inc.<br>c/o Michael M. Tamburini<br>LEVY CRAIG LAW FIRM<br>4520 Main Street, Suite 1600<br>Kansas City, Missouri 64111-7748 | Echo Group, Inc.<br>c/o Tara Z. Hall<br>DAVIS, BROWN, KOEHN, SHORS & ROBERTS P.C<br>215 10th Street, Suite 1300<br>Des Moines, IA 50309 |
| Electrical Engineering & Equipment<br>953 73rd Street<br>Windsor Heights, IA 50324-1031 | Electrical Engineering & Equipment Co.<br>P.O. Box 310365<br>Des Moines, IA 50331-0365 | Electrical Engineering & Equipment Co.<br>PO Box 310365<br>Des Moins, IA 50331-0365 |
| Eugene Pint<br>2713 Falls Ave<br>Waterloo, IA 50701-5723 | Fastenal Company<br>PO Box 1286<br>Winona, MN 55987-7286 | First Choice Coffee Services<br>5140 Park Ave., Ste. C<br>Des Moines, IA 50321-1280 |
| GM Financial<br>801 Cherry Street, Ste. 3600<br>Fort Worth, TX 76102-6855 | GM Financial<br>PO Box 78143<br>Phoenix, AZ 85062-8143 | Graybar<br>12437 Collections Center Dr.<br>Chicago, IL 60693-0124 |
| Graybar Electric Co., Inc.<br>2300 E 25th St<br>Minneapolis, MN 55406-1249 | Harley N. Dotzenrod<br>4544 NE McDougal Lane<br>Ankeny, IA 50021-6761 | Home Depot<br>2455 Paces Ferry Road, NW<br>Atlanta, GA 30339 |

| | | |
|---|---|---|
| Home Depot Credit Services<br>2455 Paces Ferry Rd SE, #B #3<br>Atlanta, GA 30339-6444 | Husch Blackwell<br>4801 Main Street<br>Suite 1000<br>Kansas City, MO 64112-2551 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Iowa Base Inc<br>1616 270th St.<br>Nashua, IA 50658-9635 | (p)IOWA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 10471<br>DES MOINES IA 50306-0471 |
| Iowa Department of Revenue<br>Office of the Attorney General of Iowa<br>1305 E. Walnut St.<br>Des Moines, IA 50319-0109 | Iowa Department of Revenue<br>c/o Brandon J. Gray<br>Hoover State Office Building<br>Des Moines, IA 50319 | Jeff. A. Schutte<br>1948 McKimber Street<br>Harvey, IA 50119-9136 |
| Jerad R. Snyder<br>2121 E. Cauler Ave. #15<br>Des Moines, IA 50320-1943 | Joe Squire<br>809 E. 18th Street N<br>Newton, IA 50208-2444 | (p)JOHNSON CONTROLS<br>5757 N GREEN BAY AVE LD-9<br>MILWAUKEE WI 53209-4408 |
| Johnson Controls Fire Protection<br>LP DEPT CH 10320<br>Palatine, IL 60055-0320 | Johnson Controls Fire Protection Lp Dept<br>10320 Palatine, IL 60055 | Joiner Construction Co, Inc.<br>11996 490th Street<br>PO Box 27<br>Plano, IA 52581-0027 |
| Justin A. Sams<br>2860 NE 51st Court<br>Des Moines, IA 50317-4904 | KCL Engineering Co<br>300 4th Street<br>West Des Moines, IA 50265-4616 | L. Ashley Zubal<br>Trial Attorney<br>U.S. Trustee<br>Federal Building<br>210 Walnut Street, Rm 793<br>Des Moines IA 50309-2108 |
| Matthew L. Johnson<br>1608 High View Drive<br>Mt. Vernon, IA 52314-9740 | Midwest Alarm Services<br>PO Box 4511<br>Davenport, IA 52808-4511 | Mike Funk<br>1212 W. Belle Ave.<br>Howards Grove, IA 53083-1338 |
| Moser Property Maintenance<br>4528 Kimball Ave.<br>Waterloo, IA 50701-9087 | Moser Property Maintenance<br>c/o Kenneth P. Nelson<br>3112 Brockway Rd.<br>PO Box 1020<br>Waterloo, IA 50704-1020 | Neeham Electric Supply<br>5 Shawmut Road<br>Canton, MA 02021-1408 |
| Nelson Law Firm PLLC<br>3112 Brockway Road<br>Waterloo, IA 50701-5103 | Oleksandr S. Synytsya<br>1031 Lisbon Drive<br>Knoxville, IA 50138-8763 | P&E Engineering Co<br>245 S 5th Street<br>PO Box 620<br>Carlisle, IA 50047-0620 |
| P&E Engineering Co.<br>PO Box 620<br>245 S 5th Street<br>Carlisle, IA 50047-0620 | Per Mar Security Services<br>720 E 2nd Street<br>Des Moines, IA 50309-1832 | Randy L. Lange<br>1621 North 4th Ave. W<br>Newton, IA 50208-1925 |

| | | |
|---|---|---|
| Ryan Etten<br>5041 Southfork Lane<br>Waterloo, IA 50701-9576 | SCI Communications, Inc<br>2001 E Army Post Rd, Ste B<br>Des Moines, IA 50320-1821 | SCI Communications, Inc.<br>2001 E. Army Post Road<br>Des Moines, IA 50320-1821 |
| Scott A. Satterlee<br>1021 Lake Ave.<br>Evansdale, IA 50707-1922 | Scott F. Howell<br>903 Border Street<br>New Virginia, IA 50210-5000 | Siemens Industry, Inc<br>c/o Citibank (Bldg Tech)<br>PO Box 2134<br>Carol Stream, IL 60132-2134 |
| Sunbelt Rentals, Inc<br>PO Box 409211<br>Atlanta, GA 30384-9211 | Travis B. Clark<br>510 E 17th Street, Apt. 48<br>Newton, IA 50208-5707 | Tri-City Electric<br>6225 N Brady Street<br>Davenport, IA 52806-0002 |
| Trimble Inc<br>PO Box 203558<br>Dallas, TX 75320-3558 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | United Rentals Inc<br>PO Box 840514<br>Dallas, TX 75320-0001 |
| United States Attorney (IRS)<br>111 7th Avenue SE, Box 1<br>Cedar Rapids, IA 52401-2101 | United States Trustee<br>United States Federal Courthouse<br>111 7th Avenue SE, Box 17<br>Cedar Rapids, IA 52401-2103 | United States Trustee<br>111 7th Avenue SE, Box 17<br>Cedar Rapids, IA 52401-2103 |
| Van G. Miller<br>Family Charitable Foundation<br>c/o Beecher Law Firm<br>620 Lafayette Street, PO Box 17<br>Waterloo, IA 50703-4709 | Van Meter Inc<br>850 32nd Ave. SW<br>Cedar Rapids, IA 52404-3913 | Vincent S. Tsygipalo<br>604 N. 7th Street<br>Chariton, IA 50049-1438 |
| Whitfield and Eddy (atty: Burke)<br>c/o Tom Burke<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309-4195 | Willis Sheet Metal Co<br>1538 Vermont Street<br>Des Moines, IA 50314-3522 | Woodside Business Park<br>PO Box 187<br>Ankeny, IA 50021-0187 |
| Zachary B. Allen<br>1801 W. Wahkonsa Ave.<br>Polk City, IA 50226-1201 | Douglas Dean Flugum<br>Bugeye Ventures, Inc.<br>PO BOX 308<br>CEDAR RAPIDS<br>Cedar Rapids, IA 52406-0308 | Robert Cardell Gainer<br>Cutler Law Firm<br>1307 50th Street<br>West Des Moines, IA 50266-1699 |
| c/o Kenneth P. Nelso Moser Property Maintena<br>Nelson Law Firm PLLC<br>3112 Brockway Road<br>PO Box 1020<br>Waterloo, IA 50704-1020 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>PO Box 183853<br>Arlington, TX 76096 | Iowa Department of Revenue<br>Attn: Bankruptcy Unit<br>P.O. Box 10471<br>Des Moines, IA 50306 | (d)Iowa Department of Revenue<br>Hoover State Office Building C<br>Adminstrative Wage Levy<br>PO Box 10330<br>Des Moines, IA 50319 |
| Johnson Controls<br>PO Box 730068<br>Dallas, TX 75373 | (d)Johnson Controls Inc<br>PO Box 730068<br>Dallas, TX 75373 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 |
| (d)US Bank<br>4325 17th Ave<br>Fargo, ND 58125 | (d)US Bank N.A.<br>Bankruptcy Dept<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

| | | |
|---|---|---|
| (u)AmeriCredit Financial Services, Inc. dba G | (u)Community State Bank | (u)Consolidated Electrical Distributors, Inc. |
| (u)Echo Group, Inc. | (u)United States Of America IRS | (d)ABC Electrical Services<br>5299 NE 15th Street<br>Des Moines, IA 50313-2021 |
| (d)Casey's Business Mastercard<br>PO Box 70995<br>Charlotte, NC 28272-0995 | (d)Community State Bank<br>817 N. Ankeny Blvd<br>Ankeny, IA 50023-1776 | (du)Consolidated Electrical Distributors, Inc |
| (d)Crescent Electric Supply Company<br>P.O. Box 500<br>East Dubuque, IL 61025-4420 | (d)Electrical Engineering & Equipment Co.<br>953 73rd Street<br>Windsor Heights, IA 50324-1031 | (d)Graybar<br>12437 Collections Center Dr.<br>Chicago, IL 60693-2437 |
| (d)Iowa Base, Inc.<br>1616 270th St.<br>Nashua, IA 50658-9635 | (d)Midwest Alarm Services<br>PO Box 4511<br>Davenport, IA 52808-4511 | (d)Moser Property Maintenance<br>4528 Kimball Ave.<br>Waterloo, IA 50701-9087 |
| (d)P&E Engineering Company<br>245 S. 5th St.<br>PO Box 620<br>Carlisle, IA 50047-0620 | (d)Per Mar Security Services<br>720 E. 2nd St.<br>Des Moines, IA 50309-1832 | End of Label Matrix<br>Mailable recipients   114<br>Bypassed recipients    17<br>Total                 131 |