# CHAPTER 11- CASH FLOW (from Bank Statements)

| Debtor | Ryan's Electrical Services, LLC |
|---|---|
| Case # | 20-00411 |

| | | April | May | June | Cumulative |
|---|---|---|---|---|---|
| 1. | **FUNDS AT BEGINNING OF PERIOD** | 54,054.88 | 15,421.96 | 174,512.32 | 54,054.88 |
| 2. | **RECEIPTS:** | | | | |
| A. | Net Cash Sales | 153,683.17 | 109,596.95 | 138,788.25 | 402,068.37 |
| B. | **Cares Act (PPP Loan)** | - | **220,802.00** | - | **220,802.00** |
| C. | *CONSTRUCTIVE RECEIPTS: Joint checks* | - | *138,690.07* | *41,636.13* | *180,326.20* |
| 3. | **TOTAL RECEIPTS** | **153,683.17** | **469,089.02** | **180,424.38** | **803,196.57** |
| 4. | **FUNDS AVAILABLE FOR OPERATIONS** | **207,738.05** | **484,510.98** | **354,936.70** | **857,251.45** |
| 5. | **DISBURSEMENTS** | | | | |
| A. | Advertising | - | - | - | - |
| B. | Bank charges | - | 222.80 | - | 222.80 |
| C. | Contract labor | - | - | - | - |
| D. | Fixed asset payments (not included in N.) | - | - | - | - |
| E. | Insurance | 15,661.92 | 9,595.88 | 24,138.50 | 49,396.30 |
| F. | Inventory | - | - | - | - |
| G. | Leases | 360.75 | 3,540.86 | 1,984.73 | 5,886.34 |
| H. | Manufacturing supplies | 19,290.57 | 10,188.87 | 12,904.75 | 42,384.19 |
| I. | Office Supplies | 889.34 | 401.96 | 1,250.04 | 2,541.34 |
| J. | Payroll- Net | - | - | - | - |
| K. | Professional fees (Accounting and Legal) | 600.00 | - | - | 600.00 |
| L. | Rent | - | - | - | - |
| M. | Repairs and maintenance | - | - | - | - |
| N. | Secured creditor payments | 6,165.78 | 2,000.00 | 4,342.42 | 12,508.20 |
| O. | Taxes paid- payroll | - | - | - | - |
| P. | Taxes paid- sales & use | - | - | - | - |
| Q. | Taxes paid- other | - | - | - | - |
| R. | Telephone | - | - | - | - |
| S. | Travel and entertainment | - | - | - | - |
| T. | US. Trustee quarterly fees | - | - | - | - |
| U. | Utilities | 4,889.04 | 5,477.62 | 955.16 | 11,321.82 |
| V. | Vehicle expenses | 300.20 | 143.42 | 1,377.86 | 1,821.48 |
| W. | Payroll liabilities | 125,204.11 | 121,918.13 | 127,471.51 | 374,593.75 |
| X. | Other operating expenses- attach itemization | 18,954.38 | 17,819.05 | 37,732.14 | 74,505.57 |
| | *CONSTRUCTIVE DISBURSEMENTS* | - | *138,690.07* | *41,636.13* | *180,326.20* |
| 6. | **TOTAL DISBURSEMENTS** | **192,316.09** | **309,998.66** | **253,793.24** | **756,107.99** |
| 7. | **ENDING BALANCE** | **15,421.96** | **174,512.32** | **101,143.46** | **101,143.46** |