# UNITED STATES BANKRUPTCY COURT
# NOTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re:<br><br>**RYAN'S ELECTRICAL SERVICES, LLC.,**<br><br>    Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 20-00411<br><br>Chapter 11<br><br>**PLAN BALLOT SUMMARY FOR RYAN'S ELECTRICAL SERVICES, LLC.** |

Ryan's Electrical Services, LLC., Debtors and Debtors in Possession herein, by and through their General Reorganization Counsel, Robert C. Gainer, of the law firm Cutler Law Firm, P.C., respectfully submit their Plan Ballot Summary for the Debtors' Chapter 11 Plan of Reorganization (docket #83) as follows:

    1)    Plan Proponent:    Ryan's Electrical Services, LLC.

    2)    Are any completing plans filed with the Court?    No.

    3)    Is a cramdown requested?    Yes.

    4)    Unimpaired Classes:    1, 5, 7

    5)    Impaired Classes:    2, 3, 4, 6

    6)    Have any impaired class approved the Plan? Yes

    7)    The following is the voting summary by creditor class:

| CLASS | ACCEPTING | | | | REJECTING | | | |
|---|---|---|---|---|---|---|---|---|
| | No. | % | Amount | % ($) | No. | % | Amount | % ($) |
| 3 | 1 | 100% | $304,786.83 | 100% | | | | |
| 4 | 3 | 100% | $87,124.36 | 100% | | | | |
| 6 | 6 | 100% | $671,470.18 | 100% | | | | |
| | | | | | | | | |
| | | | | | | | | |

Dated: July 27, 2020

Respectfully submitted,
CUTLER LAW FIRM

*/s/ Robert C. Gainer*
Robert C. Gainer    AT0000305
1307 50th St.
West Des Moines, IA 50266
Tel: (515) 223-6600
Fax:(515) 223-6787
rgainer@cutlerfirm.com
ATTORNEY FOR DEBTORS

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on July 27, 2020, the foregoing instrument was filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all registered users party to this case.

    */s/ Stephanie Newton*