# BALLOT

## FOR ACCEPTANCE OR REJECTION OF THE PLAN

TO BE RETURNED TO BELOW ADDRESS

The undersigned, the holder of a Class 3 claim against the Debtor in the unpaid amount of $ __304,786.83__

(Check one box only)

[X] ACCEPTS the Plan        [ ] REJECTS the Plan

Dated: __7/21/2020__

Print or type name: __Community State Bank__

Signature: __[signature]__
Title (if corporation or partnership) __Thomas H. Burke, Attorney__
Address: __699 Walnut St. Suite 2000__
__Des Moines IA 50309__

__Attorney for Community State Bank__

Return this BALLOTT on or before July 24, 2020 at 4:30 pm (cst), to:

Robert C. Gainer
Cutler Law Firm, P.C.
1307 50th Street
West Des Moines, IA 50266
Fax: 515-223-6787
Email: rgainer@cutlerfirm.com

# BALLOT

## FOR ACCEPTANCE OR REJECTION OF THE PLAN

TO BE RETURNED TO BELOW ADDRESS

The undersigned, the holder of a Class 4 claim against the Debtor in the unpaid amount of $ _17,645.67, 28,989.42 AND 40,489.27_
(Check one box only)

[X] ACCEPTS the Plan          [ ] REJECTS the Plan

Dated: _7-15-2020_

Print or type name: _Americredit Financial Services_
Signature: _[signature]_
Title (if corporation or partnership) _Agent and Attorney_

Address: _10484 Marty ST_
_Overland Park KS 66212_

---

Return this BALLOTT on or before July 24, 2020 at 4:30 pm (cst), to:

Robert C. Gainer
Cutler Law Firm, P.C.
1307 50th Street
West Des Moines, IA 50266
Fax: 515-223-6787
Email: rgainer@cutlerfirm.com

# BALLOT

## FOR ACCEPTANCE OR REJECTION OF THE PLAN

TO BE RETURNED TO BELOW ADDRESS

The undersigned, the holder of a Class 6 claim against the Debtor in the unpaid amount of $ 52,418.46 _____ : Account Ending: 2007

(Check one box only)

[ X ] ACCEPTS the Plan          [  ] REJECTS the Plan

Dated: July 17, 2020

Print or type name: American Express National Bank

Signature: _Dawn S. Brown_ for Kenneth W. Klepinger

Title (if corporation or partnership) Attorney/Agent for creditor

Address:   c/o Becket & Lee LLP
           PO Box 3001
           Malvern, PA 19355

---

Return this BALLOTT on or before July 24, 2020 at 4:30 pm (cst), to:

Robert C. Gainer
Cutler Law Firm, P.C.
1307 50th Street
West Des Moines, IA 50266
Fax: 515-223-6787
Email: rgainer@cutlerfirm.com

# BALLOT

## FOR ACCEPTANCE OR REJECTION OF THE PLAN

TO BE RETURNED TO BELOW ADDRESS

The undersigned, the holder of a Class 6 claim against the Debtor in the unpaid amount of $ 6,158.45 :

(Check one box only)

[X] ACCEPTS the Plan          [ ] REJECTS the Plan

Dated: 6-29-2020

Print or type name: J. Matt Milburn

Signature: _____

Title (if corporation or partnership) AR + Collections Spec.

Address: Communications Engineering Co.
405 Boyson Rd
Hiawatha, IA 52233

---

Return this BALLOTT on or before July 24, 2020 at 4:30 pm (cst), to:

Robert C. Gainer
Cutler Law Firm, P.C.
1307 50th Street
West Des Moines, IA 50266
Fax: 515-223-6787
Email: rgainer@cutlerfirm.com

# BALLOT

# FOR ACCEPTANCE OR REJECTION OF THE PLAN

TO BE RETURNED TO BELOW ADDRESS

The undersigned, the holder of a Class 6 claim against the Debtor in the unpaid amount of $ 555,069.95

(Check one box only)

[X] ACCEPTS the Plan          [ ] REJECTS the Plan

Dated: 7/21/2020

Print or type name: Community State Bank

Signature: _(signed)_

Title (if corporation or partnership) Thomas H. Burke, Attorney

Address: 699 Walnut Street Suite 200
Des Moines, Iowa 50309

Attorney for Community State Bank

Return this BALLOTT on or before July 24, 2020 at 4:30 pm (cst), to:

Robert C. Gainer
Cutler Law Firm, P.C.
1307 50th Street
West Des Moines, IA 50266
Fax: 515-223-6787
Email: rgainer@cutlerfirm.com

# BALLOT

## FOR ACCEPTANCE OR REJECTION OF THE PLAN

TO BE RETURNED TO BELOW ADDRESS

The undersigned, the holder of a Class 6 claim against the Debtor in the unpaid amount of $ __443.57__ :

(Check one box only)

[X] ACCEPTS the Plan           [ ] REJECTS the Plan

Dated: __6/26/20__

Print or type name: __Larry Young__

Signature: __Larry Young__

Title (if corporation or partnership) __President__

Address: __P.O. Box 57580__
__Pleasant Hill, IA 50317__
__515-244-7357__

---

Return this BALLOTT on or before July 24, 2020 at 4:30 pm (cst), to:

Robert C. Gainer
Cutler Law Firm, P.C.
1307 50th Street
West Des Moines, IA 50266
Fax: 515-223-6787
Email: rgainer@cutlerfirm.com

# BALLOT

## FOR ACCEPTANCE OR REJECTION OF THE PLAN

TO BE RETURNED TO BELOW ADDRESS

The undersigned, the holder of a Class 6 claim against the Debtor in the unpaid amount of $ **51,439.00** :

(Check one box only)

[X] ACCEPTS the Plan          [ ] REJECTS the Plan

Dated: **7.23.20**

Print or type name: **MOSER PROPERTY MAINTENANCE, LLC**

Signature: **[signature] KEN NELSON, ITS ATTORNEY**
Title (if corporation or partnership) _____

Address: **NELSON LAW FIRM, PLLC**
**3112 BRICKWAY RD.**
**WATERLOO, IA 50701-5103**

---

Return this BALLOTT on or before July 24, 2020 at 4:30 pm (cst), to:

Robert C. Gainer
Cutler Law Firm, P.C.
1307 50th Street
West Des Moines, IA 50266
Fax: 515-223-6787
Email: rgainer@cutlerfirm.com

# BALLOT

## FOR ACCEPTANCE OR REJECTION OF THE PLAN

TO BE RETURNED TO BELOW ADDRESS

The undersigned, the holder of a Class 6 claim against the Debtor in the unpaid amount of $ 5940.75 :

(Check one box only)

[ ✓ ] ACCEPTS the Plan          [ ] REJECTS the Plan

Dated: 7-24-20

Print or type name: Shelly Larson

Signature: _Shelly Larson_

Title (if corporation or partnership) Controller

Address: 1500 SW 7th Street
Atlantic, IA
50022

---

Return this BALLOTT on or before July 24, 2020 at 4:30 pm (cst), to:

Robert C. Gainer
Cutler Law Firm, P.C.
1307 50th Street
West Des Moines, IA 50266
Fax: 515-223-6787
Email: rgainer@cutlerfirm.com