IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA
**PROCEEDING MEMO AND ORDER**

IN RE: )
) Chapter 11
RYAN'S ELECTRICAL SERVICES, LLC, )
) Bankruptcy No. 20-00411
    Debtor. )

Date of Hearing: July 29, 2020

<u>APPEARANCES</u>:

For Debtor: Robert Gainer
For Parties-In-Interest: Brandon Gray for the Iowa Department of Revenue; Martin McLaughlin for the Internal Revenue Service; Tom Burke for Community State Bank
U.S. Trustee: Ashley Zubal
Trustee: Douglas Flugum

<u>NATURE OF PROCEEDING</u>: \_\_\_\_ In Court  **X** Telephonic

Chapter 11 Small Business Subchapter V Plan Confirmation

<u>IT IS ORDERED THAT</u>:

By agreement of the parties, a final confirmation hearing will be set within 30 days by separate order.

Dated and Entered  July 29, 2020

_____
Thad J. Collins, Bankruptcy Judge